JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| See attached rider | See attached rider |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 Tel: (212) 849-7000 | See attached rider |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. § 1 et seq. Defendant co-conspirator banks coordinated to manipulate foreign exchange market prices and benchmark rates.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol. [ ] invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [X]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

TORTS                                                                                           ACTIONS UNDER STATUTES

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY
[ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690 OTHER

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840 TRADEMARK

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
[ ] 462 NATURALIZATION APPLICATION
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE REAPPORTIONMENT
[X] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE HON. LORNA G. SCHOFIELD   DOCKET NUMBER 13 Cv. 7789

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)  [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**
(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
See attached rider

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
See attached rider

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS  [X] MANHATTAN

DATE 11/7/2018  SIGNATURE OF ATTORNEY OF RECORD  *Dan Brockett*
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 04 Yr. 1985 )
Attorney Bar Code # DB3192

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## RIDER TO CIVIL COVER SHEET

**PLAINTIFFS**:

ALLIANZ GLOBAL INVESTORS GMBH and the related entities listed in Appendix A to the complaint and attached hereto; ANCHORAGE CAPITAL GROUP, L.L.C. and the related entities listed in Appendix B to the complaint and attached hereto; ANDRA AP-FONDEN; BLACKROCK, INC. and the related entities listed in Appendix C to the complaint and attached hereto; BLUECREST CAPITAL MANAGEMENT LIMITED and the related entities listed in Appendix D to the complaint and attached hereto; BREVAN HOWARD EMERGING MARKETS STRATEGIES MASTER FUND LIMITED and the related entities listed in Appendix E to the complaint and attached hereto; CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM; ERSTE ABWICKLUNGSANSTALT; FJARDE AP-FONDEN; FORSTA AP-FONDEN; NORGES BANK; PFA PENSION FORSIKRINGSAKTIESELSKAB; PFA KAPITALFORENING; PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC and the related entities listed in Appendix F to the complaint and attached hereto; PORTIGON AG; PENSION RESERVES INVESTMENT MANAGEMENT BOARD OF MASSACHUSETTS; SEI TRUST COMPANY and the related entities listed in Appendix G to the complaint and attached hereto; and TREDJE AP-FONDEN

**DEFENDANTS**:

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BARCLAYS PLC; BARCLAYS CAPITAL, INC.; BNP PARIBAS GROUP; BNP PARIBAS USA, INC.; BNP PARIBAS S.A.; BNP PARIBAS SECURITIES CORP.; CITIGROUP, INC.; CITIBANK, N.A.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO. LLC; HSBC HOLDINGS PLC; HSBC BANK PLC; HSBC NORTH AMERICA HOLDINGS INC.; HSBC BANK USA, N.A.; HSBC SECURITIES (USA) INC.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MUFG BANK, LTD.; MUFG SECURITIES AMERICAS INC.; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY & CO. INTERNATIONAL PLC; NATWEST MARKETS SECURITIES INC.; RBC CAPITAL MARKETS LLC; THE ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND PLC; SG AMERICAS SECURITIES LLC; SOCIETE GENERALE S.A.; STANDARD CHARTERED BANK; STANDARD CHARTERED SECURITIES (NORTH AMERICA), INC.; UBS AG; UBS GROUP AG; and UBS SECURITIES LLC

**DEFENDANTS' ATTORNEYS (IF KNOWN):**

| |
|---|
| David Harold Braff<br>Jeffrey T. Scott<br>Kathleen Suzanne McArthur<br>Sullivan and Cromwell, LLP (NYC)<br>125 Broad Street<br>New York, NY 10004 (212-558-4000)<br>*Attorneys for Defendants Barclays Bank PLC, Barclays PLC, and Barclays Capital, Inc.* |
| Alan M. Wiseman<br>Andrew D. Lazerow<br>Andrew Arthur Ruffino<br>Covington & Burling, LLP (DC)<br>850 10th Street NW<br>Washington, DC 20001 (202-662-6000)<br>*Attorneys for Defendants Citigroup, Inc., Citibank, N.A., and Citigroup Global Markets, Inc.* |
| David George Januszewski<br>Elai E. Katz<br>Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 (212-701-3000)<br><br>Richard Carl Schoenstein<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>New York, NY 10018 (212-216-8000)<br>*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC* |
| Joseph Serino , Jr.<br>Eric Foster Leon<br>Latham & Watkins LLP (NY)<br>885 Third Avenue<br>New York, NY 10022 (212-906-1200)<br><br>George Patrick Montgomery<br>King & Spalding LLP (DC)<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706 (202-737-0500)<br><br>Nickolas Barber<br>Kirkland & Ellis LLP (DC)<br>655 Fifteenth St., NW<br>Washington, DC 20005 (202-879-5000) |

| |
|---|
| *Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.* |
| Harry Peter Koulos<br>Peter Edward Greene<br>Tansy Woan<br>Skadden, Arps, Slate, Meagher & Flom LLP (NYC)<br>Four Times Square<br>New York, NY 10036 (212-735-3000)<br><br>Russell Laurence Hirschhorn<br>Stephen Leonard Ratner<br>Proskauer Rose LLP (NYC)<br>11 Times Square<br>New York, NY 10036 (212-969-3000)<br><br>Tibor Ludovico Nagy, Jr.<br>Anuja Thatte<br>Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075 (212-717-2900)<br>*Attorneys for Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A, and J.P. Morgan Securities LLC* |
| Arthur J. Burke<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 (212-450-4000)<br>*Attorneys for Defendants Royal Bank of Scotland Group PLC and RBS Securities, Inc.* |
| David Jarrett Arp<br>Melanie L. Katsur<br>Gibson, Dunn & Crutcher, LLP (DC)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 (202-955-8500)<br>*Attorneys for Defendants UBS AG, UBS Group AG, and UBS Securities LLC* |
| Elizabeth Vicens<br>Robert Alexander Lawner<br>Thomas J. Moloney<br>Cleary Gottlieb<br>One Liberty Plaza<br>New York, NY 10006 (212-225-2000)<br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* |
| Bradley Reid Wilson<br>Jonathan M. Moses<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 (212-403-1000)<br><br>John David Tortorella |

| |
|---|
| Kevin H. Marino<br>Marino Tortorella & Boyle, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928-1488 (973 824-9300)<br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC* |
| Adam Selim Hakki<br>Richard Franklin Schwed<br>Jeffrey Jason Resetarits<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022 (212-848-4000)<br>*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Inc.* |
| Michael E. Gertzman<br>Kenneth Anthony Gallo<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019 (212-373-3000)<br>*Attorneys for Defendants The Bank of Tokyo Mitsubishi UFJ, Ltd. and MUFG Securities Americas Inc.* |
| James P. McLoughlin, Jr.<br>Neil Thomas Bloomfield<br>Joshua D. Lanning<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202 (704-331-1000)<br>*Attorneys of Defendants RBC Capital Markets, LLC and The Royal Bank of Canada* |
| James Robert Warnot, Jr<br>Patrick Coby Ashby<br>Katherine Zupan Machan<br>Linklaters, LLP<br>1345 Avenue of the Americas<br>19th Floor<br>New York,, NY 10105 (212-903-9028)<br>*Attorneys of Defendants Societe Generale S.A. and SG Americas Securities, LLC* |
| Andrew W. Stern<br>Alan M. Unger<br>Sidley Austin LLP (NY)<br>787 Seventh Avenue<br>New York, NY 10019 (212-839-5300)<br>*Attorneys of Defendants Standard Chartered Bank; Standard Chartered Securities (North America), Inc.* |
| Joshua Aaron Goldberg<br>Camille Latoya Fletcher<br>Patterson, Belknap, Webb & Tyler LLP |

| |
|---|
| 1133 Avenue of the Americas<br>New York, NY 10036 (212-336-2000)<br><br>Laura Rose Hall<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 (212-610-6300)<br>*Attorneys of Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas Prime Brokerage, Inc., BNP Paribas S.A., and BNP Paribas Securities Corp.* |
| Gregory Thomas Casamento<br>Brookfield Place, 200 Vesey Street 20th Floor<br>New York, NY 10281-2101 (212-415-8600)<br>*Attorneys of Defendants HSBC Holdings PLC, HSBC Bank PLC, HSBC North America Holdings Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* |

## PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Allianz Global Investors GmbH is headquartered at Bockenheimer Landstrasse 42-44, 60323 Frankfurt/Main Germany. AllianzGI GmbH and the related Plaintiff management companies and investment funds listed in Appendix A to the complaint (attached hereto), made and/or managed investments in the FX market.

Anchorage Capital Group, LLC has an office located at 610 Broadway, 6th floor, New York, NY 10012. Anchorage sponsored the Plaintiff funds listed in Appendix B to the complaint (attached hereto).

Andra AP-fonden has a mailing address Box 11155, SE-404 24 Göteborg, Sweden.

BlackRock, Inc. has an office located at 40 East 52nd Street New York, NY 10022. BlackRock and its wholly owned investment advisory subsidiaries sponsored and/or managed hundreds of investment funds, including the Plaintiff funds listed in Appendix C to the complaint (attached hereto).

BlueCrest Capital Management Limited has a mailing address Ground Floor, Harbour Reach, La Rue de Carteret, St Helier, Jersey JE2 4HR, Channel Islands. BlueCrest served as investment manager to the Plaintiff funds listed in Appendix D to the complaint (attached hereto).

Brevan Howard Emerging Markets Strategies Master Fund Limited has a mailing address PO Box 309, Grand Cayman, KY1-1104, Cayman Islands. Related Plaintiff funds are listed in Appendix E to the complaint (attached hereto).

California State Teachers' Retirement System's headquarters is located at 100 Waterfront Place, West Sacramento, CA 95605.

Erste Abwicklungsanstalt is located at Elisabethstraße 65, Dusseldorf, Germany 40217.

Fjarde AP-fonden has a mailing address Jakobsbergsgatan 16, Box 3069, 103 61 Stockholm, Sweden.

Första AP-fonden has a mailing address Regeringsgatan 28, Box 16294, 103 25 Stockholm, Sweden.

Norges Bank has a mailing address P.O. Box 1179, Sentrum 0107 Oslo, Norway.

PFA Pension, Forsikringsaktieselskab is located at Sundkrogsgade 4, 2100 Copenhagen, Denmark.

PFA Kapitalforening is located at Sundkrogsgade 4, 2100 Copenhagen, Denmark.

Pacific Investment Management Company, LLC is located at 650 Newport Center Drive, Newport Beach, CA 92660.  Pacific Investment Management Company sponsored the Plaintiff funds listed in Appendix F to the complaint (attached hereto).

Portigon AG is located at Völklinger Strasse 4, 40219 Dusseldorf, Germany.

Pension Reserves Investment Management Board of Massachusetts has a mailing address 84 State Street, Suite 250 Boston, MA 02109.

SEI Trust Company is located at 1 Freedom Valley Drive, Oaks, PA 19456.  SEI sponsored the Plaintiff funds listed in Appendix G to the complaint (attached hereto).

Tredje AP-fonden has a mailing address Box 1176, SE-11191 Stockholm, Sweden.

## **DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Bank of America Corporation has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

Bank of America, N.A. has corporate offices located at 100 N. Tryon St., Charlotte, NC, 28255.

Barclays Bank PLC has offices located at 745 7th Avenue, New York, NY 10019.

Barclays PLC has corporate offices located at 1 Churchill Place, London E14 5HP, United Kingdom.

Barclays Capital, Inc. has offices located at 745 7th Avenue, New York, NY 10019.

BNP Paribas Group's headquarters is located at 16, boulevard des Italiens, 75009 Paris, France

BNP Paribas USA, Inc. has offices located at 787 Seventh Avenue , New York, NY 10019.

BNP Paribas S.A. has offices located at 787 Seventh Avenue , New York, NY 10019.

BNP Paribas Securities Corp. has offices located at 787 Seventh Avenue , New York, NY 10019.

Citigroup, Inc. has corporate offices located at 388 Greenwich Street New York, NY 10013.

Citibank, N.A. has offices located at 388 Greenwich Street New York, NY 10013.

Citigroup Global Markets, Inc. has offices located at 388 Greenwich Street, New York, NY 10013.

Credit Suisse Group AG has corporate offices located at 11 Madison Avenue, New York, NY 10010.

Credit Suisse AG has offices located at 11 Madison Avenue, New York, NY 10010.

Credit Suisse International has corporate offices located at One Cabot Square, London,  E14 4QJ, United Kingdom.

Credit Suisse Securities (USA) LLC has offices located at 11 Madison Avenue, New York, NY 10010.

Deutsche Bank AG has offices located at 60 Wall Street, New York, NY 10005.

Deutsche Bank Securities Inc. has offices located at 60 Wall Street, New York, NY 10005.

The Goldman Sachs Group, Inc. has offices located at 200 West Street, New York, NY 10282.

Goldman, Sachs & Co. LLC has offices located at 200 West Street, New York, NY 10282.

HSBC Holdings PLC has corporate offices located at 8 Canada Square, London,  E14 5HQ, United Kingdom.

HSBC Bank PLC has corporate offices located at 8 Canada Square, London,  E14 5HQ, United Kingdom.

HSBC North America Holdings Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

HSBC Bank USA, N.A. has an office located at 452 Fifth Ave., New York, NY 10018.

HSBC Securities (USA) Inc. has an office located at 452 Fifth Ave., New York, NY 10018.

J.P. Morgan Chase & Co. has corporate offices located at 270 Park Avenue, New York, NY 10017.

J.P. Morgan Chase Bank, N.A. has corporate offices located at 1111 Polaris Parkway, Columbus, OH 43240.

J.P. Morgan Securities LLC has offices located at 277 Park Avenue, New York, NY 10172.

Merrill Lynch, Pierce, Fenner & Smith Inc. has corporate offices located at One Bryant Park, New York, NY 10036.

MUFG Bank, Ltd. has an office located at 1251 Avenue of the Americas, New York, NY 10020-1104.

MUFG Securities Americas Inc. has offices located at 1221 Avenue of the Americas, New York, NY 10020-1001.

Morgan Stanley has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

Morgan Stanley & Co., LLC has corporate offices located at 1585 Broadway Avenue, New York, NY 10036.

Morgan Stanley & Co. International PLC has offices located at Cabot Square, Canary Wharf, London, E14 4QA, United Kingdom.

NatWest Markets Securities Inc. has corporate offices located at 600 Washington Boulevard Stamford, CT 06901.

RBC Capital Markets LLC has offices located at 200 Vesey Street, 9th Floor, New York, NY 10281.

The Royal Bank of Canada has corporate offices located at 200 Bay Street, Royal Bank Plaza, Toronto, ON M5J 2J5, Canada.

Royal Bank of Scotland PLC has corporate offices located at 36 St Andrew Square, Edinburgh, United Kingdom, EH2 2YB.

SG Americas Securities LLC has corporate offices located at 245 Park Avenue, New York, NY 10167.

Societe Generale S.A. has corporate offices located at 29 Boulevard Haussmann 75009 Paris, France.

Standard Chartered Bank has corporate offices located at 1 Basinghall Avenue, London, EC2V 5DD, United Kingdom.

Standard Chartered Securities (North America), Inc. has corporate offices located at 1095 Avenue of the Americas, New York, NY 10036.

UBS AG has offices located at 1285 Avenue of the Americas, New York, NY 10019.

UBS Group AG has corporate offices located at Bahnhofstrasse 45, Zurich, 8001 Switzerland.

UBS Securities LLC has offices located at 1285 Avenue of the Americas, New York, NY 10019.