UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
ALLIANZ GLOBAL INVESTORS GMBH, *et al.*, :
: Case No. 1:18-cv-10364
Plaintiffs, :
:
v. :
:
BANK OF AMERICA CORPORATION, *et al.*, :
:
Defendants. :
------------------------------------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs (i) PIMCO Funds Ireland plc, PIMCO European ABS Fund; (ii) PIMCO Funds: Global Investors Series plc, PIMCO RAE PLUS US Fund (f/k/a PIMCO Funds: Global Investors Series plc, PIMCO RAE Fundamental PLUS US Fund); and (iii) PIMCO Select Funds plc, U.S. High Yield BB-B Bond Fund (collectively, the "Three PIMCO Funds"), and their counsel hereby voluntarily dismiss without prejudice all claims they have brought against all Defendants in this action.

This Notice of Voluntarily Dismissal is limited only to dismissing the Three PIMCO Funds from this action. All Plaintiffs, except for the Three PIMCO Funds, maintain and continue to prosecute their claims in this action.

                Respectfully submitted,

Dated: New York, New York
    June 25, 2019       QUINN EMANUEL URQUHART & SULLIVAN, LLP

                By:
                /s/ *Daniel L. Brockett*
                   Daniel L. Brockett
                   Chad Johnson
                   51 Madison Avenue, 22nd Floor
                   New York, New York 10010
                   Telephone: (212) 849-7000
                   Fax: (212) 849-7100
                   danbrockett@quinnemanuel.com
                   chadjohnson@quinnemanuel.com

                   Jeremy D. Andersen
                   Chris R. Barker
                   Matt Hosen
                   865 South Figueroa Street, 10th Floor
                   Los Angeles, California 90017
                   Telephone: (213) 443-3000
                   Fax: (213) 443-3100
                   jeremyandersen@quinnemanuel.com
                   chrisbarker@quinnemanuel.com
                   matthosen@quinnemanuel.com

                 *Counsel for Plaintiffs*