# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,       :
:       Case No. 1:18-cv-10364
Plaintiffs,       :
:
v.       :
:       **STIPULATION**
BANK OF AMERICA CORPORATION, *et al.*,       :       **REGARDING DISMISSAL**
:       **OF CREDIT SUISSE GROUP**
Defendants.       :       **AG**
------------------------------------------------------------- X

WHEREAS, Plaintiffs have agreed to dismiss Defendant Credit Suisse Group AG  from the above-captioned Action;

WHEREAS, Plaintiffs shall continue to prosecute their claims against Credit Suisse AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC in this Action.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

1.       Defendant Credit Suisse Group AG is dismissed from this Action.

Dated: New York, New York
      June 27, 2019

**IT IS SO ORDERED.**

Dated: _____       _____
                                                    **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**

**SO STIPULATED AND AGREED**

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: :   */s/ Daniel L. Brockett*_____
Daniel L. Brockett
Chad Johnson
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
chadjohnson@quinnemanuel.com

Jeremy D. Andersen (Pro Hac Vice)
Anthony P. Alden (Pro Hac Vice)
Chris R. Barker (Pro Hac Vice)
Matt Hosen (Pro Hac Vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com
chrisbarker@quinnemanuel.com
matthosen@quinnemanuel.com

*Counsel for Plaintiffs*

**CAHILL GORDON & REINDEL LLP**

By:   */s/ David G. Januszewski* (on consent)
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse
Group AG, Credit Suisse AG, Credit Suisse
International, and Credit Suisse Securities
(USA) LLC*

2