USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
: 
ALLIANZ GLOBAL INVESTORS GMBH, *et al.*, :
: Case No. 1:18-cv-10364
Plaintiffs, :
:
v. :
: **STIPULATION**
BANK OF AMERICA CORPORATION, *et al.*, : **REGARDING DISMISSAL**
: **OF CREDIT SUISSE GROUP**
Defendants. : **AG**
----------------------------------------------------------------- X

WHEREAS, Plaintiffs have agreed to dismiss Defendant Credit Suisse Group AG from the above-captioned Action;

WHEREAS, Plaintiffs shall continue to prosecute their claims against Credit Suisse AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC in this Action.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendant Credit Suisse Group AG is dismissed from this Action.

Dated: New York, New York
       June 27, 2019

**IT IS SO ORDERED.**

Dated: June 28, 2019
       New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**SO STIPULATED AND AGREED**

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **CAHILL GORDON & REINDEL LLP** |
|---|---|
| By: :  */s/ Daniel L. Brockett*  \_<br>Daniel L. Brockett<br>Chad Johnson<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br>chadjohnson@quinnemanuel.com<br><br>Jeremy D. Andersen (Pro Hac Vice)<br>Anthony P. Alden (Pro Hac Vice)<br>Chris R. Barker (Pro Hac Vice)<br>Matt Hosen (Pro Hac Vice)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br>anthonyalden@quinnemanuel.com<br>chrisbarker@quinnemanuel.com<br>matthosen@quinnemanuel.com<br><br>*Counsel for Plaintiffs* | By:   */s/ David G. Januszewski* (on consent)<br>David G. Januszewski<br>Herbert S. Washer<br>Elai E. Katz<br>Jason M. Hall<br>Sheila C. Ramesh<br>Miles Wiley<br>80 Pine Street New York, New York 10005<br>Telephone: (212) 701-3000<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com<br>sramesh@cahill.com<br>mwiley@cahill.com<br><br>*Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC* |