IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION et al.,<br><br>　　Defendants. | No. 1:18:cv-10364 (LGS) |

**NOTICE OF DEFENDANTS' MOTION
TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, defendants Bank of America Corporation, Bank of America, N.A., Barclays Bank PLC, Barclays PLC, Barclays Capital, Inc., BNP Paribas (identified in the SAC as "BNP Paribas Group" and "BNP Paribas S.A."), BNP Paribas USA, Inc., BNP Paribas Securities Corp., Citigroup, Inc., Citibank, N.A., Citigroup Global Markets, Inc., Credit Suisse AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., The Goldman Sachs Group, Inc., Goldman Sachs & Co., LLC, HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., HSBC Securities (USA) Inc., J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., MUFG Bank, Ltd., MUFG Securities Americas Inc., Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International PLC, NatWest Markets Securities Inc., RBC Capital Markets, LLC, Royal Bank of Canada, The Royal Bank of Scotland plc, SG Americas Securities, LLC, Société Générale, Standard Chartered Bank, UBS AG, and UBS Securities LLC will move this Court, before the Honorable Lorna G. Schofield,

1

on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order dismissing the Second Amended Complaint in the above-referenced action in its entirety and with prejudice, in accordance with Rules 12(b)(1), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's June 10, 2019 Order (ECF 220), Plaintiffs shall file any response to this motion no later than September 9, 2019, and Defendants shall file any reply in support of this motion no later than October 9, 2019.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument in connection with this motion to dismiss.

DATED:  July 25, 2019                                          Respectfully submitted,

                                                                LOCKE LORD LLP

                                                                By: /s/ Julia C. Webb                              
                                                                Gregory T. Casamento
                                                                3 World Financial Center
                                                                New York, New York 10281
                                                                Telephone: (212) 812-8325
                                                                gcasamento@lockelord.com

                                                                Roger B. Cowie
                                                                2200 Ross Avenue, Suite 2800
                                                                Dallas, TX 75201
                                                                Telephone: (214) 740-8000
                                                                rcowie@lockelord.com

                                                                J. Matthew Goodin
                                                                Julia C. Webb
                                                                111 South Wacker Drive
                                                                Chicago, IL 60606
                                                                Telephone: (312) 443-0700
                                                                jmgoodin@lockelord.com
                                                                jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By:/s/ David C. Esseks

David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

PATTERSON BELKNAP WEBB & TYLER LLP

By:/s/ Joshua A. Goldberg
Joshua A. Goldberg
Alejandro H. Cruz
Camille L. Fletcher
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
jgoldberg@pbwt.com
acruz@pbwt.com
cfletcher@pbwt.com

*Attorneys for Defendants BNP Paribas (identified in the SAC as "BNP Paribas Group" and "BNP Paribas S.A."), BNP Paribas USA, Inc., and BNP Paribas Securities Corp.*[1]

---

[1] Allen & Overy LLP does not represent Defendants BNP Paribas BNP Paribas USA, Inc., and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with BlackRock, Inc.

| SULLIVAN & CROMWELL LLP | COVINGTON & BURLING LLP |
|---|---|
| By:/s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>Matthew A. Peller<br>Jacob B. Lieberman<br>Mavara Agha<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>pellerm@sullcrom.com<br>liebermanj@sullcrom.com<br>agham@sullcrom.com<br><br>*Attorneys for Defendant Barclays Bank PLC, Barclays PLC and Barclays Capital Inc.* | By:/s/ Andrew A. Ruffino<br>Andrew A. Ruffino<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Andrew D. Lazerow<br>Thomas Isaacson<br>Jamie Heine<br>One CityCenter<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>alazerow@cov.com<br>tisaacson@cov.com<br>jheine@cov.com<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.* |

CAHILL GORDON & REINDEL LLP

By:/s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse International, and Credit Suisse Securities (USA) LLC*

KING & SPALDING LLP

By:/s/ G. Patrick Montgomery
G. Patrick Montgomery (pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

LATHAM & WATKINS LLP

By:/s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:/s/ Thomas J. Moloney
Thomas J. Moloney
George S. Cary
Victor Hou
Rishi Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
gcary@cgsh.com
vhou@cgsh.com
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*

| | |
|---|---|
| DONTZIN NAGY & FLEISSIG LLP<br><br>By: /s/ Tibor L. Nagy, Jr.<br>Tibor L. Nagy, Jr.<br>Anuja Thatte<br>Jason A. Kolbe<br>Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075<br>Telephone: (212) 717-2900<br>tangy@dnfllp.com<br>athatte@dnfllp.com<br>jkolbe@dnfllp.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By:/s/ Kenneth A. Gallo<br>Kenneth A. Gallo<br>Michael E. Gertzman<br>Anand Sithian<br>Maxwell A.H. Kosman<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>kgallo@paulweiss.com<br>mgertzman@paulweiss.com<br>asithian@paulweiss.com<br>mkosman@paulweiss.com<br><br>*Attorneys for Defendants MUFG Bank, Ltd. and MUFG Securities Americas Inc.* |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By: /s/ Boris Bershteyn
Boris Bershteyn
Peter S. Julian
Tansy Woan
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

Gretchen Wolf (admitted *pro hac vice*)
155 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0700
gretchen.wolf@skadden.com

Paul M. Kerlin (admitted *pro hac vice*)
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
paul.kerlin@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*[2]

---

[2] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan Moses
Jonathan Moses
Justin L. Brooke
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com
JLBrooke@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International PLC*

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore and Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendants Royal Bank of Canada and RBC Capital Markets, LLC*

DAVIS POLK & WARDWELL LLP

By: /s/ Paul S. Mishkin
Paul S. Mishkin
Adam G. Mehes
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets Plc) and NatWest Markets Securities Inc.*

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
601 13th St. NW, Suite 400
Washington, DC 20005
Telephone : (202) 654-9227
adam.lurie@linklaters.com

MAYER BROWN LLP

By: /s/ Steven Wolowitz
Steven Wolowitz

---

BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the SAC.

Henninger S. Bullock
Andrew J. Calica
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: 212-506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendants Société Générale and SG Americas Securities, LLC*[3]

SIDLEY AUSTIN LLP

By:/s/ Andrew W. Stern
Andrew W. Stern
Nicholas P. Crowell
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
ncrowell@sidley.com
Telephone: (212) 839-5300

EVERSHEDS SUTHERLAND LLP

By:/s/ Lewis S. Wiener
Lewis S. Wiener
Ronald W. Zdrojeski
Meghana D. Shah
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
lewiswiener@eversheds-sutherland.com
ronzdrojeski@eversheds-sutherland.com
meghanashah@eversheds-sutherland.com

*Attorneys for Defendants Standard Chartered Bank*[4]

GIBSON, DUNN & CRUTCHER LLP

By:/s/ Eric J. Stock
Eric J. Stock
Indraneel Sur
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
isur@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities, LLC*

---

[3] Linklaters LLP does not represent Société Générale or SG Americas Securities, LLC with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the SAC.

[4] Eversheds Sutherland (US) LLP only represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, PIMCO, and the PIMCO Funds, all as defined in the SAC.