UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, *et al.*, | |
| Plaintiffs, | Case No. 1:18-cv-10364 |
| v. | |
| BANK OF AMERICA CORPORATION, *et al.*, | |
| Defendants. | |

---

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all Plaintiffs in this action and their counsel hereby give notice that the above-captioned action, in which no answer or motion for summary judgment has been filed by Defendant Credit Suisse International, is voluntarily dismissed without prejudice against Defendant Credit Suisse International.

This Notice of Voluntarily Dismissal is limited only to dismissing Defendant Credit Suisse International from this action. All Plaintiffs maintain and continue to prosecute their claims in this action against all other Defendants.

Respectfully submitted,

Dated: New York, New York
September 5, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:
/s/   *Daniel L. Brockett*
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Anthony Alden
Jeremy D. Andersen
Chris R. Barker
Matt Hosen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
anthonyalden@quinnemanuel.com
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com
matthosen@quinnemanuel.com

*Counsel for Plaintiffs*