|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 09/12/2019 |

------------------------------------------------------------------- X
:
ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,        :     Case No. 1:18-cv-10364
:
Plaintiffs,     :
:
v.                                              :
:
BANK OF AMERICA CORPORATION, *et al.*,           :
:
Defendants.    :
------------------------------------------------------------------- X

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all Plaintiffs in this action and their counsel hereby give notice that the above-captioned action, in which no responsive pleading has been filed by Defendant UBS Group AG, is voluntarily dismissed without prejudice against Defendant UBS Group AG.

This Notice of Voluntarily Dismissal is limited only to dismissing Defendant UBS Group AG from this action.  All Plaintiffs maintain and continue to prosecute their claims in this action against all other Defendants.

So Ordered.

Dated: September 12, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>February 7, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By:
/s/   *Daniel L. Brockett*
　　　Daniel L. Brockett
　　　Chad Johnson
　　　Todd Garcia
　　　51 Madison Avenue, 22nd Floor
　　　New York, New York 10010
　　　Telephone: (212) 849-7000
　　　Fax: (212) 849-7100
　　　danbrockett@quinnemanuel.com
　　　chadjohnson@quinnemanuel.com
　　　toddgarcia@quinnemanuel.com

　　　Jeremy D. Andersen
　　　Chris R. Barker
　　　Matt Hosen
　　　865 South Figueroa Street, 10th Floor
　　　Los Angeles, California 90017
　　　Telephone: (213) 443-3000
　　　Fax: (213) 443-3100
　　　jeremyandersen@quinnemanuel.com
　　　chrisbarker@quinnemanuel.com
　　　matthosen@quinnemanuel.com

　　　*Counsel for Plaintiffs*