UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2019
```

-------------------------------------------------------------------- X
: 
ALLIANZ GLOBAL INVESTORS GMBH, *et al.*, :
: Case No. 1:18-cv-10364
Plaintiffs, :
:
v. :
:
BANK OF AMERICA CORPORATION, *et al.*, :
:
Defendants. :
-------------------------------------------------------------------- X

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs (i) PIMCO Funds Ireland plc, PIMCO European ABS Fund; (ii) PIMCO Funds: Global Investors Series plc, PIMCO RAE PLUS US Fund (f/k/a PIMCO Funds: Global Investors Series plc, PIMCO RAE Fundamental PLUS US Fund); and (iii) PIMCO Select Funds plc, U.S. High Yield BB-B Bond Fund (collectively, the "Three PIMCO Funds"), and their counsel hereby voluntarily dismiss without prejudice all claims they have brought against all Defendants in this action.

This Notice of Voluntarily Dismissal is limited only to dismissing the Three PIMCO Funds from this action. All Plaintiffs, except for the Three PIMCO Funds, maintain and continue to prosecute their claims in this action.

So Ordered.

Dated: September 12, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>June 25, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | By:<br>/s/   *Daniel L. Brockett*<br>Daniel L. Brockett<br>Chad Johnson<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br>chadjohnson@quinnemanuel.com<br><br>Jeremy D. Andersen<br>Chris R. Barker<br>Matt Hosen<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br>chrisbarker@quinnemanuel.com<br>matthosen@quinnemanuel.com<br><br>*Counsel for Plaintiffs* |