UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                                           :

ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,    :

                                         Plaintiffs,         :    Case No. 1:18-cv-10364

             v.                                      :

BANK OF AMERICA CORPORATION, *et al.*,     :

                                      Defendants.     :
------------------------------------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs BlueCrest Mercantile Master Fund Limited, BlueCrest Equity Strategies Master Fund Limited, BlueCrest Special Situations Master Fund Limited, and their counsel, hereby voluntarily dismiss without prejudice all claims they have brought against all Defendants in this action.

This Notice of Voluntarily Dismissal is limited only to dismissing Plaintiffs BlueCrest Mercantile Master Fund Limited, BlueCrest Equity Strategies Master Fund Limited, and BlueCrest Special Situations Master Fund Limited from this action.

All Plaintiffs, except for BlueCrest Mercantile Master Fund Limited, BlueCrest Equity Strategies Master Fund Limited, and BlueCrest Special Situations Master Fund Limited maintain and continue to prosecute their claims in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>October 15, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By:<br>/s/   *Daniel L. Brockett*<br>         Daniel L. Brockett<br>         51 Madison Avenue, 22nd Floor<br>         New York, New York 10010<br>         Telephone: (212) 849-7000<br>         Fax: (212) 849-7100<br>         danbrockett@quinnemanuel.com<br><br>         Anthony Alden (pro hac vice)<br>         Jeremy D. Andersen (pro hac vice)<br>         Chris R. Barker (pro hac vice)<br>         Matt Hosen (pro hac vice)<br>         865 South Figueroa Street, 10th Floor<br>         Los Angeles, California 90017<br>         Telephone: (213) 443-3000<br>         Fax: (213) 443-3100<br>         anthonyalden@quinnemanuel.com<br>         jeremyandersen@quinnemanuel.com<br>         chrisbarker@quinnemanuel.com<br>         matthosen@quinnemanuel.com<br><br>         *Counsel for Plaintiffs* |