USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,

    Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.

No. 1:18-cv-10364 (LGS)

---

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Maxwell A.H. Kosman, and subject to the approval of the Court, Maxwell A.H. Kosman hereby withdraws as counsel for MUFG Bank, Ltd (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.). Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent MUFG Bank, Ltd. in this proceeding.

Dated: New York, New York
      January 24, 2020

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Maxwell A.H. Kosman*

Maxwell A.H. Kosman
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
mkosman@paulweiss.com

SO ORDERED:

Dated: January 28, 2020
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**