UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,

        Plaintiffs,

v.

BANK OF AMERICA CORPORATION, *et al.*,

        Defendants.

Case No. 1:18-cv-10364

---

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs iShares Conservative Core Portfolio Builder Fund (Corporation only), iShares Global Agriculture Index Fund (Corporation only), iShares Global Completion Portfolio Builder Fund (Corporation only), iShares Gold Bullion ETF (Corporation only), iShares Growth Core Portfolio Builder Fund (Corporation only), iShares India Index ETF (Corporation only), iShares J.P. Morgan USD Emerging Markets Bond Index Fund (CAD-Hedged) (Corporation only), iShares Jantzi Social Index Fund (Corporation only), iShares Japan Fundamental Index Fund (CAD-Hedged) (Corporation only), iShares MSCI EAFE Index Fund (CAD-Hedged) (Corporation only), and their counsel hereby voluntarily dismiss without prejudice all claims they have brought against all Defendants in this action. For avoidance of doubt, this dismissal is limited to entities listed as "Corporation[s]" in Appendix C to the Second Amended Complaint; entities of the same name but listed as "Trust[s]" in Appendix C remain in this case.

This Notice of Voluntarily Dismissal is limited only to dismissing Plaintiffs iShares Conservative Core Portfolio Builder Fund (Corporation only), iShares Global Agriculture Index

Fund (Corporation only), iShares Global Completion Portfolio Builder Fund (Corporation only), iShares Gold Bullion ETF (Corporation only), iShares Growth Core Portfolio Builder Fund (Corporation only), iShares India Index ETF (Corporation only), iShares J.P. Morgan USD Emerging Markets Bond Index Fund (CAD-Hedged) (Corporation only), iShares Jantzi Social Index Fund (Corporation only), iShares Japan Fundamental Index Fund (CAD-Hedged) (Corporation only), and iShares MSCI EAFE Index Fund (CAD-Hedged) (Corporation only) from this action.

All Plaintiffs, except for Plaintiffs iShares Conservative Core Portfolio Builder Fund (Corporation only), iShares Global Agriculture Index Fund (Corporation only), iShares Global Completion Portfolio Builder Fund (Corporation only), iShares Gold Bullion ETF (Corporation only), iShares Growth Core Portfolio Builder Fund (Corporation only), iShares India Index ETF (Corporation only), iShares J.P. Morgan USD Emerging Markets Bond Index Fund (CAD-Hedged) (Corporation only), iShares Jantzi Social Index Fund (Corporation only), iShares Japan Fundamental Index Fund (CAD-Hedged) (Corporation only), and iShares MSCI EAFE Index Fund (CAD-Hedged) (Corporation only) maintain and continue to prosecute their claims in this action, including entities of the same name but listed as "Trust[s]" in Appendix C to the Second Amended Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>February 26, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By:<br>/s/   *Daniel L. Brockett*<br>　　　Daniel L. Brockett<br>　　　51 Madison Avenue, 22nd Floor<br>　　　New York, New York 10010<br>　　　Telephone: (212) 849-7000<br>　　　Fax: (212) 849-7100<br>　　　danbrockett@quinnemanuel.com<br><br>　　　Anthony Alden<br>　　　Jeremy D. Andersen<br>　　　Chris R. Barker<br>　　　865 South Figueroa Street, 10th Floor<br>　　　Los Angeles, California 90017<br>　　　Telephone: (213) 443-3000<br>　　　Fax: (213) 443-3100<br>　　　anthonyalden@quinnemanuel.com<br>　　　jeremyandersen@quinnemanuel.com<br>　　　chrisbarker@quinnemanuel.com<br><br>　　　*Counsel for Plaintiffs* |