```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
 ALLIANZ GLOBAL INVESTORS GMBH, et           :
 al.,                                                       :
                                        Plaintiffs,         :    18 Civ. 10364 (LGS)
                                                            :
                       -against-                            :    ORDER
                                                            :
 BANK OF AMERICA CORPORATION, et al.,        :
                                        Defendants.         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order required the parties to file a status letter on March 2, 2020 (Dkt. No. 144);

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the status letter by **March 9, 2020**.

Dated: March 5, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**