March 5, 2020

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

*Allianz Global Investors GmbH, et al. v. Bank of America Corporation, et al.*, 1:18-cv-10364

Dear Judge Schofield:

Pursuant to the Court's January 17, 2019 Civil Case Management Plan and Scheduling Order, Dkt. 144 (the "Scheduling Order"), the parties write to update the Court on the status of the above-captioned action.[1]

**Pending Motions**

Defendants' motions to dismiss the Second Amended Complaint ("SAC") were filed July 25, 2019, Plaintiffs' oppositions were filed September 9, 2019, and Defendants' replies were filed October 11, 2019.

No other motions are currently pending.

**Discovery**

On February 21, 2020, the Non-Foreign Defendants requested that the Court hold regular discovery conferences, Dkt. No. 343, and Plaintiffs responded on February 27, 2020, Dkt. No. 348. On March 2, 2020, the Court ordered that a conference will be held on April 2, 2020, and that the parties shall meet and confer in advance of the conference to attempt to resolve any disputes, and jointly file a letter on March 26, 2020 identifying any disputes they propose addressing at the conference. Dkt. No. 349.

***Discovery by Plaintiffs***. Pursuant to the Court's January 17, 2019 Order, Dkt. 143, Defendants have produced the unredacted operative complaint in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), and the chat transcripts that Defendants produced in that action.

On February 15, 2019, Plaintiffs served their First Set of Requests for Production of Documents to Defendants. Defendants served their responses and objections, the parties have met and conferred, and some Defendants have produced certain categories of additional documents as a

---

[1] The parties jointly apologize the Court had to issue an order regarding the timing of this letter. The parties were actively negotiating its contents at the time of the Court's order—they had just calculated its due date, erroneously, as being next week.

result. Nonetheless, Plaintiffs believe that some Defendants' productions are still deficient and the parties are attempting to resolve those issues.

On April 15, 2019, Plaintiffs served their Second Set of Requests For Production of Documents to Defendants. Defendants served their responses and objections, and the parties have met and conferred, and some Defendants have produced certain categories of additional documents as a result. To the extent Plaintiffs have any discovery disputes that they wish to raise with the Court, they will identify such issues in the March 26, 2020 letter.

The aforementioned productions by and requests on Defendants do not apply to Defendants that filed a motion to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, against whom discovery is stayed pursuant to the Scheduling Order.

***Discovery by Defendants***. Pursuant to the Court's January 17, 2019 Order, Dkt. 143, Plaintiffs have produced or identified data underlying the economic analysis in the SAC, Plaintiffs' FX transactional data, and information on the individuals who traded FX for plaintiffs.

On March 12, 2019, Non-Foreign Defendants served their First Set of Requests For Production of Documents to Plaintiffs. Plaintiffs served their responses and objections to those document requests on April 11, 2019. Plaintiffs have been producing certain categories of documents on a rolling basis pursuant to those requests and the parties are communicating regarding other requested categories.

On May 22, 2019, the JPMorgan Defendants served a first set of interrogatories on Plaintiffs. Plaintiffs served their objections and responses on June 21, 2019. Pursuant to the Court's August 7, 2019 order, Dkt. No. 262, Plaintiffs served supplemental responses on August 21, 2019, and the parties filed a joint letter concerning the sufficiency of those responses on August 28, 2019, Dkt. No. 266. Pursuant to the Court's October 17, 2019 order, Dkt. No. 314, each Plaintiff completed a questionnaire responding to interrogatory nos. 1 and 3, and served the responsive information on Defendants on December 6, 2019. Defendants continue to analyze the sufficiency of Plaintiffs' responses to the JPMorgan Defendants' interrogatories, as mentioned in Defendants' last letter to the Court, Dkt. No. 343, and anticipate raising any issues concerning those responses, as well as any other ripe discovery disputes, in the March 26, 2020 joint letter, if necessary.

***Schedule Through Fact Discovery***. Pursuant to the Scheduling Order, no later than 10 days after the Court rules on Defendants' motions to dismiss, the parties shall submit a joint detailed proposal for the completion of fact discovery.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

2

Jeremy D. Andersen (pro hac vice)
Chris R. Barker (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com

*Counsel for Plaintiffs*

| | |
|---|---|
| SHEARMAN & STERLING LLP<br><br>By: /s/ Adam S. Hakki<br>Adam S. Hakki<br>Richard F. Schwed<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>ahakki@shearman.com<br>rschwed@shearman.com<br>jeffrey.resetarits@shearman.com<br><br>*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated* | ALLEN & OVERY LLP<br><br>By: /s/ David C. Esseks<br>David C. Esseks<br>Laura R. Hall<br>Rebecca Delfiner<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 610-6300<br>david.esseks@allenovery.com<br>laura.hall@allenovery.com<br>rebecca.delfiner@allenovery.com<br><br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br><br>By: /s/ Alejandro H. Cruz<br>Joshua A. Goldberg<br>Alejandro H. Cruz<br>Camille L. Fletcher<br>Patterson, Belknapp, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>acruz@pbwt.com<br>cfletcher@pbwt.com<br>jgoldberg@pbwt.com<br><br>*Attorneys for Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas S.A. and BNP Paribas Securities Corp.[2]* |

---

[2] Allen & Overy LLP does not represent Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas S.A. and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with BlackRock, Inc.

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>By: /s/ Matthew A. Schwartz<br>Matthew A. Schwartz<br>Jacob B. Lieberman<br>Matthew A. Peller<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>pellerm@sullcrom.com<br>liebermanj@sullcrom.com<br>agham@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank plc, Barclays plc and Barclays Capital Inc.* | COVINGTON & BURLING LLP<br><br>By: /s/ Andrew A. Ruffino<br>Andrew A. Ruffino<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Andrew D. Lazerow (pro hac vice motion forthcoming)<br>850 10th Street NW<br>Washington, DC 20001<br>Telephone: (202) 662-5081<br>alazerow@cov.com<br><br>*Attorneys for Defendants Citigroup, Inc., Citibank, N.A., Citigroup Global Markets, Inc.* |
| CAHILL GORDON & REINDEL LLP<br><br>By: /s/ David G. Januszewski<br>David G. Januszewski<br>Herbert S. Washer<br>Elai E. Katz<br>Jason M. Hall<br>Sheila C. Ramesh<br>Miles Wiley<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>djanuszewski@cahill.com<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jhall@cahill.com<br>sramesh@cahill.com<br>mwiley@cahill.com<br><br>*Attorneys for Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC* | LATHAM & WATKINS LLP<br><br>By: /s/ Joseph Serino, Jr.<br>Joseph Serino, Jr.<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1717<br>joseph.serino@lw.com<br><br>KING & SPALDING LLP<br><br>By: /s/ G. Patrick Montgomery<br>G. Patrick Montgomery (admitted pro hac vice)<br>1700 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone: (202) 626-5444<br>pmontgomery@kslaw.com<br><br>*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.* |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: /s/ Thomas J. Moloney<br>Thomas J. Moloney<br>Rishi N. Zutshi<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>tmoloney@cgsh.com<br>rzutshi@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC* | LOCKE LORD LLP<br><br>By: /s/ Gregory T. Casamento<br>Gregory T. Casamento<br>3 World Financial Center<br>New York, New York 10281<br>Telephone: (212) 812-8325<br>gcasamento@lockelord.com<br><br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com<br><br>*Attorneys for Defendants HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.* |

DONTZIN NAGY & FLEISSIG LLP

By: /s/ Tibor L. Nagy, Jr.
Tibor L. Nagy, Jr.
Anuja Thatte
Jason A. Kolbe
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
Telephone: (212) 717-2900
tangy@dnfllp.com
athatte@dnfllp.com
jkolbe@dnfllp.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Boris Bershteyn
Boris Bershteyn
Peter S. Julian
Tansy Woan
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

Gretchen Wolf (admitted *pro hac vice*)
155 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0956
gretchen.wolf@skadden.com

Paul M. Kerlin (admitted *pro hac vice*)
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
paul.kerlin@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*[3]

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
Michael E. Gertzman
Anand Sithian
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
kgallo@paulweiss.com
mgertzman@paulweiss.com
asithian@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd.*

7

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ | MOORE AND VAN ALLEN PLLC |
| By: /s/ Jonathan Moses<br>Jonathan Moses<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc* | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets LLC* |

---

[3] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint.

DAVIS POLK & WARDWELL LLP

By: /s/ Paul S. Mishkin
Paul S. Mishkin
Adam G. Mehes
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland plc and NatWest Markets Securities Inc.*

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

MAYER BROWN LLP

By: /s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendants Société Générale S.A. and SG Americas Securities, LLC*[4]

---

[4]   Linklaters LLP does not represent Société Générale or SG Americas Securities, LLC with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

| SIDLEY AUSTIN LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Andrew W. Stern<br>Andrew W. Stern<br>Nicholas P. Crowell<br>787 Seventh Avenue<br>New York, New York 10019<br>astern@sidley.com<br>ncrowell@sidley.com<br>Telephone: (212) 839-5300 | By: /s/ Eric J. Stock<br>Eric J. Stock<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br><br>D. Jarrett Arp (admitted pro hac vice)<br>Melanie L. Katsur (admitted pro hac vice)<br>Amy Feagles (admitted pro hac vice)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br>afeagles@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities LLC* |
| **EVERSHEDS SUTHERLAND LLP**<br><br>By: /s/ Lewis S. Wiener<br>Lewis S. Wiener<br>Ronald W. Zdrojeski<br>Meghana D. Shah<br>1114 Avenue of the Americas, 40th Floor<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>lewiswiener@eversheds-sutherland.com<br>ronzdrojeski@eversheds-sutherland.com<br>meghanashah@eversheds-sutherland.com<br><br>*Attorneys for Defendant Standard Chartered Bank*[5] | |

---

[5] Eversheds Sutherland (US) LLP only represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, PIMCO, and the PIMCO Funds, all as defined in the Complaint.