UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLIANZ GLOBAL INVESTORS GMBH, et al.,  :
                          Plaintiffs,  :   18 Civ. 10364 (LGS)
               -against-  :   ORDER
BANK OF AMERICA CORPORATION, et al.,  :
                          Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled for **April 2, 2020, at 10:40 a.m.**  It is hereby

**ORDERED** that the conference will be _telephonic_ and will occur on the following conference call line:

    Dial-in: 888-363-4749

    Access code: 5583333

The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: April 1, 2020
       New York, New York

                                             **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**