UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLIANZ GLOBAL INVESTORS GMBH, et al.,
                           Plaintiffs,

                 -against-

BANK OF AMERICA CORPORATION, et al.,
                          Defendants.
------------------------------------------------------------ X

18 Civ. 10364 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephonic conference was held on **April 2, 2020.**  As discussed at conference, it is hereby

    **ORDERED** a telephonic conference shall be held on **May 7, 2020, at 10:40 a.m.**  The conference will be <u>telephonic</u>.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The Court will call the parties once the conference is ready to begin.  It is further

    **ORDERED** that, by **May 1, 2020**, the parties shall file a joint letter, not to exceed six single-spaced pages, informing the Court of (1) the progress made by the parties in discovery and to resolve disputes since the last conference; (2) any remaining disputes that require the Court's attention to resolve, and the position of each party as to each dispute; and (3) <u>one</u> telephone call-in number for a conference call, and if necessary a passcode, that will be used for the telephonic conference.  It is further

    **ORDERED** that, with respect to the dispute regarding pricing communications, (1) all parties shall produce any communications that they intend to use in substantive motions, depositions or trial; (2) Plaintiffs shall produce documents or information sufficient to determine the location of the disputed trades; (3) with respect to the Plaintiffs' internal communications and communications between Plaintiffs and non-parties, the parties shall meet and confer to develop a

joint proposal that will permit the parties to conduct a sampling of available discovery, without prejudice to renewal of Defendants' request for additional searches and production at a later date. By **April 17, 2020**, the parties shall file a letter with the Court outlining the joint proposal and -- to the extent there remain disputes – the parties' positions with respect to those disputes. It is further

**ORDERED** that, with respect to the dispute regarding custodians, by **April 17, 2020**, Plaintiffs shall provide Defendants a list of ten possible custodians per Plaintiff "group" (or any other number to which the parties' agree) who are the most likely to be fruitful witnesses, and information regarding (1) the individuals' relevant role; and (2) the extent to which those ten possible custodians are applicable to the individual Plaintiffs within each group.  It is further

**ORDERED** that, with respect to the dispute regarding the interrogatory responses, Plaintiff shall, by **April 23, 2020**, file on ECF an affidavit from a person with knowledge at BlackRock to explain (1) what information they have regarding their employed portfolio managers and the funds they managed during the relevant time period; (2) the form and location of the information they have and how it can be accessed; and (3) what information they do not have.  It is further

**ORDERED** that, with respect to the dispute regarding BlackRock's Trading Analytics Reports ("TARs"), Plaintiff shall, by **April 23, 2020**, file on ECF an affidavit from a person with knowledge at BlackRock to explain (1) what searches have been conducted for TARs and when they were conducted; (2) how the TARs that were produced were located; (3) the location of the TARs that have not been produced; and (4) why it would be unduly burdensome to retrieve the TARs that have not been produced, including an estimate of the cost and time that would be required to locate and produce the TARs.  It is further

**ORDERED** that, with respect to the dispute regarding non-custodial document production and search terms, the parties shall continue to meet and confer to attempt to resolve the disputes.

Dated: April 3, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**