April 16, 2020

VIA ECF

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

*Allianz Global Investors GmbH, et al. v. Bank of America Corporation, et al.*, 1:18-cv-10364

Dear Judge Schofield:

Pursuant to the Court's January 17, 2019 Civil Case Management Plan and Scheduling Order, Dkt. 144 (the "Scheduling Order"), the parties write to update the Court on the status of the above-captioned action.

**Pending Motions**

Defendants' motions to dismiss the Second Amended Complaint ("SAC") were filed July 25, 2019, Plaintiffs' oppositions were filed September 9, 2019, and Defendants' replies were filed October 11, 2019.

No other motions are currently pending.

**Discovery**

On April 2, 2020, the Court held a telephonic discovery conference and ordered the parties to meet and confer and file additional joint letters on April 17 and May 1; for Plaintiffs to provide certain information and affidavits; and for the parties to appear for another telephonic discovery conference on May 7, 2020. Dkt. 372. The parties' positions on those issues will be set forth in the separate filings and on the timeline envisioned by the Court's order.

***Discovery by Plaintiffs***. Pursuant to the Court's January 17, 2019 Order, Dkt. 143, Defendants have produced the unredacted operative complaint in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, (S.D.N.Y. No. 13-cv-7789) ("*FOREX*"), and the chat transcripts that Defendants produced in that action.

On February 15, 2019, Plaintiffs served their First Set of Requests for Production of Documents to Defendants. Defendants served their responses and objections, the parties have met and conferred, and some Defendants have produced certain categories of additional documents as a result. Nonetheless, Plaintiffs believe that some Defendants' productions are still deficient and the parties are attempting to resolve those issues.

On April 15, 2019, Plaintiffs served their Second Set of Requests For Production of Documents to Defendants. Defendants served their responses and objections, and the parties have met and conferred, and some Defendants have produced certain categories of additional documents as a

result.  Nonetheless, Plaintiffs believe that some Defendants' productions are still deficient and the parties are attempting to resolve those issues.

The aforementioned productions by and requests on Defendants do not apply to Defendants that filed a motion to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, against whom discovery is stayed pursuant to the Scheduling Order.

***Discovery by Defendants***.  Pursuant to the Court's January 17, 2019 Order, Dkt. 143, Plaintiffs have produced or identified data underlying the economic analysis in the SAC, Plaintiffs' FX transactional data, and information on the individuals who traded FX for plaintiffs.

On March 12, 2019, Non-Foreign Defendants served their First Set of Requests for Production of Documents to Plaintiffs.  Plaintiffs served their responses and objections to those document requests on April 11, 2019.  Plaintiffs have been producing certain categories of documents on a rolling basis pursuant to those requests and the parties are communicating regarding other requested categories.

On May 22, 2019, the JPMorgan Defendants served a first set of interrogatories on Plaintiffs.  Plaintiffs served their objections and responses on June 21, 2019.  Pursuant to the Court's August 7, 2019 order, Dkt. No. 262, Plaintiffs served supplemental responses on August 21, 2019, and the parties filed a joint letter concerning the sufficiency of those responses on August 28, 2019, Dkt. No. 266.  Pursuant to the Court's October 17, 2019 order, Dkt. No. 314, each Plaintiff completed a questionnaire responding to interrogatory nos. 1 and 3, and served the responsive information on Defendants on December 6, 2019.  Defendants continue to analyze the sufficiency of Plaintiffs' responses to the JPMorgan Defendants' interrogatories, as mentioned in Defendants' last letter to the Court, Dkt. No. 343, and will raise any issues concerning those responses, as well as any other ripe discovery disputes, if necessary.

On March 30, 2020, UBS Securities LLC served a first set of interrogatories on certain Plaintiffs.  Plaintiffs' responses are due on April 29, 2020.

On April 10, 2020, the JPMorgan Defendants served a second set of interrogatories on Plaintiffs.  Plaintiffs' responses are due on May 11, 2020.

On April 13, 2020, Non-Foreign Defendants served a notice of deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure on BlackRock Plaintiffs.

***Schedule Through Fact Discovery***.  Pursuant to the Scheduling Order, no later than 10 days after the Court rules on Defendants' motions to dismiss, the parties shall submit a joint detailed proposal for the completion of fact discovery.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Chris R. Barker (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
chrisbarker@quinnemanuel.com

*Counsel for Plaintiffs*

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: /s/ Alejandro H. Cruz
Joshua A. Goldberg
Alejandro H. Cruz
Camille L. Fletcher
Patterson, Belknapp, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
acruz@pbwt.com
cfletcher@pbwt.com
jgoldberg@pbwt.com

*Attorneys for Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas S.A. and BNP Paribas Securities Corp.*[1]

[1] Allen & Overy LLP does not represent Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas S.A. and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with BlackRock, Inc.

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz
Matthew A. Schwartz
Jacob B. Lieberman
Matthew A. Peller
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
pellerm@sullcrom.com
liebermanj@sullcrom.com
agham@sullcrom.com

*Attorneys for Defendants Barclays Bank plc, Barclays plc and Barclays Capital Inc.*

COVINGTON & BURLING LLP

By: /s/ Andrew A. Ruffino
Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow (pro hac vice motion forthcoming)
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup, Inc., Citibank, N.A., Citigroup Global Markets, Inc.*

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC*

LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
Rishi N. Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*

LOCKE LORD LLP

By: /s/ Gregory T. Casamento
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

DONTZIN NAGY & FLEISSIG LLP

By: /s/ Tibor L. Nagy, Jr.
Tibor L. Nagy, Jr.
Anuja Thatte
Jason A. Kolbe
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
Telephone: (212) 717-2900
tangy@dnfllp.com
athatte@dnfllp.com
jkolbe@dnfllp.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Boris Bershteyn
Boris Bershteyn
Peter S. Julian
Tansy Woan
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

Gretchen Wolf (admitted *pro hac vice*)
155 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0956
gretchen.wolf@skadden.com

Paul M. Kerlin (admitted *pro hac vice*)
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
paul.kerlin@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*[2]

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
Michael E. Gertzman
Anand Sithian
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
kgallo@paulweiss.com
mgertzman@paulweiss.com
asithian@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd.*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Jonathan Moses
Jonathan Moses
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc*

MOORE AND VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for Defendants The Royal Bank of Canada and RBC Capital Markets LLC*

[2] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint.

DAVIS POLK & WARDWELL LLP

By: /s/ Paul S. Mishkin
Paul S. Mishkin
Adam G. Mehes
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland plc and NatWest Markets Securities Inc.*

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

MAYER BROWN LLP

By: /s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendants Société Générale S.A. and SG Americas Securities, LLC*[3]

[3] Linklaters LLP does not represent Société Générale or SG Americas Securities, LLC with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

HOGAN LOVELLS US LLP

By: /s/ Marc J. Gottridge
Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
Charles Barrera Moore

390 Madison Avenue
New York, New York 10017
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com
charles.moore@hoganlovells.com

Telephone: (212) 918-3000

EVERSHEDS SUTHERLAND LLP

By: /s/ Lewis S. Wiener
Lewis S. Wiener
Ronald W. Zdrojeski
Meghana D. Shah
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
lewiswiener@eversheds-sutherland.com
ronzdrojeski@eversheds-sutherland.com
meghanashah@eversheds-sutherland.com

*Attorneys for Defendant Standard Chartered Bank*[4]

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric J. Stock
Eric J. Stock
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com

D. Jarrett Arp (admitted pro hac vice)
Melanie L. Katsur (admitted pro hac vice)
Amy Feagles (admitted pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
jarp@gibsondunn.com
mkatsur@gibsondunn.com
afeagles@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*

[4] Eversheds Sutherland (US) LLP only represents Standard Chartered Bank with respect to claims by Allianz Plaintiffs, Brevan Howard Plaintiffs, CalSTRS, Norges, and PIMCO Plaintiffs, as defined in the Second Amended Complaint.