UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :
ALLIANZ GLOBAL INVESTORS GMBH, et al.,  :      18 Civ. 10364 (LGS)
                            Plaintiffs,  :
                                          :           <u>ORDER</u>
                  -against-  :
                                          :
BANK OF AMERICA CORPORATION, et al.,  :
                            Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference is scheduled for **May 7, 2020**;

      WHEREAS, on May 1, 2020, the parties filed a joint letter in preparation for the telephonic conference, identifying issues in dispute (Dkt. No. 390). It is hereby

      **ORDERED** that, with respect to the dispute regarding Plaintiffs' custodians, the custodians need not represent every individual plaintiff within a Plaintiff "group" to permit the parties to conduct the sampling of available discovery discussed at the conference on April 2, 2020, which is to be conducted without prejudice to renewal of Defendants' request for additional custodians at a later date. By **May 22, 2020**, based on this clarification, the parties shall meet and confer and file a letter with the Court outlining their joint proposal and -- to the extent there remain disputes – the parties' positions with respect to those disputes. It is further

      **ORDERED** that, with respect to the dispute regarding BlackRock's Trading Analytics Reports ("TARs"), Plaintiffs shall provide to Defendants (i) the identity of those employees who authored and distributed the TARs; and (ii) the identity of the BlackRock employees to whom TARs were distributed. The parties shall then meet and confer to determine whether any of the identified individuals should be added as a custodian. The parties shall outline any remaining disputes on this issue in the joint letter to be filed on **May 22, 2020**. It is further

      **ORDERED** that, with respect to the dispute regarding the BlackRock Portfolio Managers

("PMs"), by **May 22, 2020**, Plaintiffs shall provide Defendants (1) the list of PMs referenced in the BlackRock affidavit on this subject (Dkt. 386); and (2) the "tie-out table" matching the produced documents to the specific named Plaintiffs referenced in the joint letter.  The parties shall propose to the Court in the joint letter on **May 22, 2020**, a date by which the parties shall file another joint letter to raise any remaining disputes with the Court on this issue.  If Plaintiffs are unable to provide the list or the table by this date, Plaintiffs shall explain why they were unable to do so, and propose a deadline by which they will be provided.  It is further

**ORDERED** that, with respect to the dispute regarding Defendants' production of reasonably accessible, centrally maintained analyses, reports, studies, summaries, board minutes, and presentations relating to Defendants' FX trading activities, the parties shall engage in the meet and confer calls scheduled for next week.  To the extent that disputes remain following those discussions, the parties shall explain the issues in dispute in the joint letter to be filed on **May 22, 2020**.  It is further

**ORDERED** that the parties shall be prepared to discuss the remaining disputes at the conference on May 7, 2020.

Dated: May 5, 2020
      New York, New York

                                           **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**