UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------X  
:  
ALLIANZ GLOBAL INVESTORS GMBH, et al., : 18 Civ. 10364 (LGS)  
Plaintiffs, :  
: <u>ORDER</u>  
-against- :  
:  
BANK OF AMERICA CORPORATION, et al., :  
Defendants. :  
------------------------------------------------------------ X  

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the telephonic conference, currently scheduled to occur on May 7, 2020, at 10:40 a.m., is ADJOURNED to **May 7, 2020, at 11:40 a.m.**

Dated: May 6, 2020  
   New York, New York

_____  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**