UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                    :
ALLIANZ GLOBAL INVESTORS GMBH, et        :
al.,                                                :        18 Civ. 10364 (LGS)
                                    Plaintiffs,     :
                                                    :               ORDER
                      -against-                     :
                                                    :
BANK OF AMERICA CORPORATION, et al.,     :
                                    Defendants.     :
--------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a telephonic conference was held on **May 7, 2020**.  As discussed at the

conference, it is hereby

        **ORDERED** a telephonic conference shall be held on **June 18, 2020, at 11:20 a.m.**  The

conference will be <u>telephonic</u>.  The time of the conference is approximate, but the parties shall be

ready to proceed by that time.  The Court will call the parties once the conference is ready to

begin.  It is further

        **ORDERED** that, by **June 12, 2020**, the parties shall file a joint letter, not to exceed six

single-spaced pages, informing the Court of (1) the progress made by the parties in discovery and

to resolve disputes since the last conference; (2) any remaining disputes that require the Court's

attention to resolve, and the position of each party as to each dispute; and (3) <u>one</u> telephone call-

in number for a conference call, and if necessary a passcode, that will be used for the telephonic

conference.  It is further

        **ORDERED** that Plaintiff BlackRock shall include Richard Prager in its list of custodians.

It is further

        **ORDERED** that, with respect to the dispute regarding the categories of documents to be

withheld from production as non-responsive to document requests, the parties shall meet and

confer and, by **May 22, 2020**, file a letter with the Court outlining any agreement reached as to

the categories of documents that Plaintiffs will withhold from production as non-responsive to Defendants' requests.  To the extent the parties are unable to reach agreement by May 22, 2020, the letter shall so indicate.  The parties shall outline any disputes remaining in the letter on **June 12, 2020**.  It is further

   **ORDERED** that, with respect to the dispute concerning search terms, Plaintiffs shall run the disputed search terms and share the hit counts with Defendants.  By **May 22, 2020**, the parties shall meet and confer and file a letter apprising the Court as to the status of discussions.  To the extent necessary, the parties shall continue meeting and conferring, shall outline any disputes remaining in the letter on **June 12, 2020**.  It is further

   **ORDERED** that the discovery stay as to the Defendants that filed the motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) is **LIFTED** as to those Defendants that were not dismissed pursuant to this Court's Opinion and Order at Dkt. No. 389.  Initial requests to and from such Defendants may be served at any time.  It is further

   **ORDERED** that discovery is stayed as to SG Americas Securities LLC.

Dated: May 7, 2020
       New York, New York

                                   **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**