```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALLIANZ GLOBAL INVESTORS GMBH, et                           :
al.,                                                        :
                              Plaintiffs,                   :   18 Civ. 10364 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
BANK OF AMERICA CORPORATION, et al.,                        :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 14, 2020, Defendant Societe Generale requested leave to file in redacted form portions of Defendant's memorandum of law in support of its motion for reconsideration (Dkt. No. 398). It is hereby

**ORDERED** that Defendant's request is **GRANTED**. The document at Dkt. No. 401 shall remain sealed and accessible only to the parties and counsel identified in the attached Appendix. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

Dated: June 1, 2020
      New York, New York

                                                     LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE