UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                       :
ALLIANZ GLOBAL INVESTORS GMBH, et al.,    :
                                                          Plaintiffs,    :        18 Civ. 10364 (LGS)
                                                                       :
                         -against-                    :        ORDER
                                                                       :
BANK OF AMERICA CORPORATION, et al.,    :
                                                          Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 4, 2020, Plaintiffs requested leave to file under seal portions of Plaintiffs' Motion for Leave to Amend and the accompanying proposed Third Amended Complaint (Dkt. 411);

       WHEREAS, on June 4, 2020, Plaintiffs filed an emergency letter motion to seal the proposed Third Amended Complaint filed in redacted form at Dkt. 410-1[1] due to a scrivenor's error (Dkt. 413). It is hereby

       **ORDERED** that Plaintiffs' request at Dkt. No. 413 is **GRANTED**. The Clerk of Court is directed to seal the document at Dkt. No. 410-1. The document shall be accessible only to the parties and counsel identified in the attached Appendix. Plaintiffs shall re-file the proposed Third Amended Complaint in redacted form by **June 8, 2020**. It is further

       **ORDERED** that Plaintiffs' request at Dkt. No. 411 is **GRANTED**. The document at Dkt. No. 412 and its attachments shall remain sealed. The document shall be accessible only to the parties and counsel identified in the attached Appendix. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.

---

[1] The Court presumes the reference to Dkt. 412-1 in the letter motion was in error.

*Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced documents in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

Dated: June 5, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**APPENDIX**

| PARTY | COUNSEL OF RECORD |
|---|---|
| **Plaintiffs** | |
| Allianz, et al. (Plaintiffs) | Daniel L. Brockett<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br><br>Anthony Alden (pro hac vice)<br>Jeremy D. Andersen (pro hac vice)<br>Chris R. Barker (pro hac vice)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>anthonyalden@quinnemanuel.com<br>jeremyandersen@quinnemanuel.com<br>chrisbarker@quinnemanuel.com |
| **Defendants** | |
| Bank of America Corporation<br>Bank of America, N.A.<br>Merrill Lynch, Pierce, Fenner & Smith Inc. | Adam Selim Hakki<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022 (212)-848-4924<br>Fax: (646)-848-4924<br>Email: ahakki@shearman.com<br><br>Jeffrey Jason Resetarits<br>Shearman & Sterling LLP (NY)<br>Email: jeffrey.resetarits@shearman.com<br><br>Richard Franklin Schwed<br>Email: rschwed@shearman.com |
| Barclays Bank PLC<br>Barclays PLC<br>Barclays Capital, Inc. | Jacob Bailey Lieberman<br>Sullivan & Cromwell, LLP (NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212)-558-3193<br>Fax: (212)-291-9489<br>Email: liebermanj@sullcrom.com |

| | |
|---|---|
| | Matthew Alain Peller<br>Sullivan & Cromwell, LLP (NYC)<br>Email: pellerm@sullcrom.com<br><br>Matthew Alexander Schwartz<br>Sullivan & Cromwell, LLP (NYC)<br>Email: schwartzmatthew@sullcrom.com<br><br>Mavara Agha<br>Sullivan & Cromwell, LLP (NYC)<br>Email: agham@sullcrom.com |
| BNP Paribas Group<br>BNP Paribas USA, Inc.<br>BNP Paribas S.A.<br>BNP Paribas Securities Corp. | Alejandro Hari Cruz<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2000<br>Fax: 212-336-2222<br>Email: acruz@pbwt.com<br><br>Camille Latoya Fletcher<br>Patterson, Belknap, Webb & Tyler LLP<br>Email: cfletcher@pbwt.com<br><br>David C. Esseks<br>Allen & Overy, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 x344-6694<br>Fax: (212) 610-6399<br>Email: david.esseks@allenovery.com<br><br>Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>Email: jgoldberg@pbwt.com<br><br>Laura Rose Hall<br>Allen & Overy, LLP<br>Email: laura.hall@allenovery.com<br><br>Rebecca Rose Delfiner<br>Allen & Overy, LLP<br>Email: rebecca.delfiner@allenovery.com |
| Citigroup, Inc.<br>Citibank, N.A.<br>Citigroup Global Markets, Inc. | Andrew Arthur Ruffino<br>Covington & Burling LLP (NYC)<br>620 Eighth Avenue |

| | |
|---|---|
| | New York, NY 10018-1405<br>212-841-1000<br>Fax: 212-841-1010<br>Email: aruffino@cov.com<br><br>Andrew D. Lazerow<br>Covington & Burling, LLP (DC)<br>Email: alazerow@cov.com<br><br>Robert D. Wick<br>Covington & Burling, LLP (DC)<br>Email: rwick@cov.com |
| Credit Suisse AG<br>Credit Suisse Securities (USA) LLC | David George Januszewski<br>Cahill Gordon & Reindel LLP<br>80 Pine Street New York, NY 10005<br>212-701-3000<br>Fax: 212-269-5420<br>Email: djanuszewski@cahill.com<br><br>Elai E. Katz<br>Cahill Gordon & Reindel LLP<br>Email: ekatz@cahill.com<br><br>Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>Email: hwasher@cahill.com<br><br>Jason Michael Hall<br>Cahill Gordon & Reindel LLP<br>Email: jhall@cahill.com<br><br>Miles Wiley<br>Cahill Gordon & Reindel<br>Email: mwiley@cahill.com<br><br>Sheila Chithran Ramesh<br>Cahill Gordon & Reindel LLP<br>Email: sramesh@cahill.com |
| Deutsche Bank AG<br>Deutsche Bank Securities Inc. | George Patrick Montgomery<br>King & Spalding LLP (DC)<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706<br>202-737-0500<br>Fax: 202-626-3737<br>Email: pmontgomery@kslaw.com |

| | |
|---|---|
| | Joseph Serino, Jr.<br>Latham & Watkins LLP (NY)<br>Email: joseph.serino@lw.com |
| The Goldman Sachs Group, Inc.<br>Goldman, Sachs & Co. LLC | Rishi Nachiketa Zutshi Cleary Gottlieb Steen & Hamilton LLP (NYC) One Liberty Plaza New York, NY 10006 (212)-225-2085 Fax: (212)-225-3999 Email: rzutshi@cgsh.com<br>Thomas J. Moloney Cleary Gottlieb Email: tmoloney@cgsh.com |
| HSBC Bank PLC<br>HSBC North America Holdings Inc.<br>HSBC Bank USA, N.A.<br>HSBC Securities (USA) Inc. | James Matthew Goodin<br>Locke Lord LLP<br>111 S Wacker Dr.<br>Chicago, IL 60606<br>(312)-443-0472<br>Fax: (312)-896-6472<br>Email: jmgoodin@lockelord.com<br><br>Roger Brian Cowie<br>Locke Lord LLP<br>2200 Ross Avenue Suite 2200<br>Dallas, TX 75201<br>(214) 740-8614<br>Fax: (214)-740-8800<br>Email: rcowie@lockelord.com<br><br>Gregory Thomas Casamento<br>Locke Lord LLP (NYC)<br>Email: gcasamento@lockelord.com<br><br>Joseph Unis<br>Locke Lord LLP (TX)<br>Email: junis@lockelord.com<br><br>Julia C Webb<br>Locke Lord LLP (IL)<br>Email: jwebb@lockelord.com |
| J.P. Morgan Chase & Co.<br>J.P. Morgan Chase Bank. N.A.<br>J.P. Morgan Securities LLC | Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3834<br>Email: boris.bershteyn@skadden.com<br><br>Tibor Ludovico Nagy, Jr. |

6

| | |
|---|---|
| | Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075<br>(212)-717-2900<br>Fax: (212)-717-8088<br>Email: tnagy@dnfllp.com<br><br>Anuja Thatte<br>Dontzin Nagy & Fleissig LLP<br>Email: athatte@dnfllp.com<br><br>Gretchen Wolf<br>Skadden, Arps, Slate, Meagher & Flom, LLP (IL)<br>Email: gretchen.wolf@skadden.com<br><br>Harry Peter Koulos<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Email: harry.koulos@skadden.com<br><br>Jason Andrew Kolbe<br>Dontzin Nagy & Fleissig LLP<br>Email: jkolbe@dnfllp.com<br><br>Paul M. Kerlin<br>Skadden, Arps, Slate, Meagher & Flom LLP (DC)<br>Email: paul.kerlin@skadden.com<br><br>Peter S. Julian<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Email: peter.julian@skadden.com<br><br>Stephen Bryan Popernik<br>Dontzin Nagy & Fleissig LLP<br>Email: spopernik@dnfllp.com<br><br>Tansy Woan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Email: tansy.woan@skadden.com |
| MUFG Bank, Ltd. | Andrew Corydon Finch<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019<br>(212)-373-3640 |

| | |
|---|---|
| | Fax: (212)-492-0460<br>Email: afinch@paulweiss.com<br><br>Kenneth Anthony Gallo<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP (NYC)<br>Email: kgallo@paulweiss.com<br><br>Michael E. Gertzman<br>Paul Weiss (NY)<br>Email: mgertzman@paulweiss.com<br><br>Anand Sithian<br>Paul Weiss (NY)<br>Email: asithian@paulweiss.com |
| Morgan Stanley<br>Morgan Stanley & Co., LLC<br>Morgan Stanley & Co. International PLC | Jonathan M. Moses<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1000<br>Fax: (212) 403-2000<br>Email: JMMoses@wlrk.com<br><br>Justin L. Brooke<br>Wachtell, Lipton, Rosen & Katz<br>Email: jlbrooke@wlrk.com |
| Natwest Markets Securities Inc.<br>Royal Bank of Scotland PLC | Paul Steel Mishkin<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>(212)-450-4292<br>Fax: (212)-450-3292<br>Email: paul.mishkin@dpw.com<br><br>Adam Gabor Mehes<br>Davis Polk & Wardwell LLP (NYC)<br>Email: adam.mehes@davispolk.com<br><br>John Michael Briggs<br>Davis Polk & Wardwell LLP (NYC)<br>Email: john.briggs@davispolk.com<br><br>Maude Paquin<br>Davis Polk & Wardwell LLP<br>Email: maude.paquin@davispolk.com |

| | |
|---|---|
| RBC Capital Markets LLC<br>The Royal Bank of Canada | James P. McLoughlin, Jr.<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>(704)-331-1054<br>Fax: (704)-378-2054<br>Email: jimmcloughlin@mvalaw.com<br><br>Joshua D. Lanning<br>Moore & Van Allen, PLLC<br>Email: joshlanning@mvalaw.com<br><br>Mark A. Nebrig<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>(704)-331-3602<br>Fax: (704)-339-5974<br>Email: marknebrig@mvalaw.com |
| Société Générale S.A.<br>SG Americas Securities, LLC | James R. Warnot, Jr.<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 903-9000<br>Email: james.warnot@linklaters.com<br><br>Patrick C. Ashby<br>Linklaters LLP<br>Email: patrick.ashby@linklaters.com<br><br>Nicole E. Jerry<br>Linklaters LLP<br>Email: nicole.e.jerry@linklaters.com<br><br>Adam S. Lurie<br>Linklaters LLP<br>601 13th St. NW, Suite 400<br>Washington, DC 20005<br>Telephone: (202) 654-9227<br>Email: adam.lurie@linklaters.com<br><br>Steven Wolowitz<br>Mayer Brown LLP<br>1221 Avenue of the Americas |

| | |
|---|---|
| | New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: swolowitz@mayerbrown.com<br><br>Henninger S. Bullock<br>Mayer Brown LLP<br>Email: hbullock@mayerbrown.com<br><br>Andrew J. Calica<br>Mayer Brown LLP<br>Email: acalica@mayerbrown.com |
| Standard Chartered Bank | Lewis S. Wiener<br>Eversheds Sutherland (US) LLP (DC)<br>700 Sixth St. NW, Suite 700<br>Washington, DC 20001<br>(202)-383-0100<br>Fax: (202)-637-3593<br>Email: lewiswiener@eversheds-sutherland.com<br><br>Benjamin Andrew Fleming<br>Hogan Lovells US LLP (NYC)<br>390 Madison Ave.<br>New York, NY 10017<br>212 918 3283<br>Fax: 212 918 3100<br>Email: benjamin.fleming@hoganlovells.com<br><br>Charles Barrera Moore<br>Hogan Lovells US LLP<br>Email: charles.moore@hoganlovells.com<br><br>Lisa Jean Fried<br>Hogan Lovells US LLP (NYC)<br>Email: lisa.fried@hoganlovells.com<br><br>Marc Joel Gottridge<br>Hogan Lovells US LLP (NYC)<br>Email: marc.gottridge@hoganlovells.com<br><br>Meghana Shah<br>Eversheds Sutherland, LLP (NYC)<br>Email: MeghanaShah@eversheds-sutherland.us |

| | |
|---|---|
| | Ronald Walter Zdrojeski<br>Sutherland Asbill & Brennan<br>Email: ronzdrojeski@eversheds-sutherland.us<br><br>Sarah Chaudhry<br>Eversheds Sutherland, LLP (NYC)<br>Email: sarahchaudhry@evershedssutherland.us |
| UBS AG<br>UBS Securities LLC | David Jarrett Arp<br>Gibson, Dunn & Crutcher, LLP (DC)<br>1025 Connecticut Avenue, N.W. Washington, DC 20036<br>(202)-955-8678<br>Fax: (202)-530-9527<br>Email: jarp@gibsondunn.com<br><br>Amy Feagles<br>Gibson, Dunn & Crutcher LLP<br>Email: afeagles@gibsondunn.com<br><br>Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP (NY)<br>Email: estock@gibsondunn.com<br><br>Melanie L. Katsur<br>Gibson, Dunn & Crutcher LLP<br>Email: mkatsur@gibsondunn.com<br><br>Philip Oren Shapiro<br>Gibson, Dunn & Crutcher, LLP (NY)<br>Email: pshapiro@gibsondunn.com |