**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

> Application DENIED as moot in light of this Court's Order at Dkt. No. 418.
>
> The Clerk of Court is respectfully requested to close the motion at Dkt. No. 414.
>
> Dated: June 8, 2020
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

June 5, 2020

VIA ECF

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

*Allianz Global Investors GmbH, et al. v. Bank of America Corporation, et al.*, 1:18-cv-10364

Dear Judge Schofield:

      We respectfully request that the redacted version of the Proposed Third Amended Complaint ("PTAC") that Plaintiffs filed yesterday evening, at Dkt. 410-1, be formally sealed by the Court.  Due to a scrivenor's error, that version of the PTAC failed to redact a specific portion of one chat transcript that Defendant Barclays had produced, designated as confidential, and requested be redacted.  We understand that this document has been removed from the docket, but that the Court requires a letter identifying the correct docket number for sealing:  the correct docket number is 410-1.

Respectfully submitted,

/s/ Daniel L. Brockett

Daniel L. Brockett
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony Alden (pro hac vice)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

Johanna Ong (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
anthonyalden@quinnemanuel.com
jeremyandersen@quinnemanuel.com
johannaong@quinnemanuel.com

*Counsel for Plaintiffs*

# APPENDIX

| PARTY | COUNSEL OF RECORD |
|---|---|
| **Plaintiffs** | |
| Allianz, et al. (Plaintiffs) | Daniel L. Brockett<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br><br>Anthony Alden (pro hac vice)<br>Jeremy D. Andersen (pro hac vice)<br>Chris R. Barker (pro hac vice)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>anthonyalden@quinnemanuel.com<br>jeremyandersen@quinnemanuel.com<br>chrisbarker@quinnemanuel.com |
| **Defendants** | |
| Bank of America Corporation<br>Bank of America, N.A.<br>Merrill Lynch, Pierce, Fenner & Smith Inc. | Adam Selim Hakki<br>Shearman & Sterling LLP (NY)<br>599 Lexington Avenue<br>New York, NY 10022 (212)-848-4924<br>Fax: (646)-848-4924<br>Email: ahakki@shearman.com<br><br>Jeffrey Jason Resetarits<br>Shearman & Sterling LLP (NY)<br>Email: jeffrey.resetarits@shearman.com<br><br>Richard Franklin Schwed<br>Email: rschwed@shearman.com |
| Barclays Bank PLC<br>Barclays PLC<br>Barclays Capital, Inc. | Jacob Bailey Lieberman<br>Sullivan & Cromwell, LLP (NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212)-558-3193<br>Fax: (212)-291-9489<br>Email: liebermanj@sullcrom.com |

|  | Matthew Alain Peller<br>Sullivan & Cromwell, LLP (NYC)<br>Email: pellerm@sullcrom.com<br><br>Matthew Alexander Schwartz<br>Sullivan & Cromwell, LLP (NYC)<br>Email: schwartzmatthew@sullcrom.com<br><br>Mavara Agha<br>Sullivan & Cromwell, LLP (NYC)<br>Email: agham@sullcrom.com |
|---|---|
| BNP Paribas Group<br>BNP Paribas USA, Inc.<br>BNP Paribas S.A.<br>BNP Paribas Securities Corp. | Alejandro Hari Cruz<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2000<br>Fax: 212-336-2222<br>Email: acruz@pbwt.com<br><br>Camille Latoya Fletcher<br>Patterson, Belknap, Webb & Tyler LLP<br>Email: cfletcher@pbwt.com<br><br>David C. Esseks<br>Allen & Overy, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 x344-6694<br>Fax: (212) 610-6399<br>Email: david.esseks@allenovery.com<br><br>Joshua Aaron Goldberg<br>Patterson, Belknap, Webb & Tyler LLP<br>Email: jgoldberg@pbwt.com<br><br>Laura Rose Hall<br>Allen & Overy, LLP<br>Email: laura.hall@allenovery.com<br><br>Rebecca Rose Delfiner<br>Allen & Overy, LLP<br>Email: rebecca.delfiner@allenovery.com |
| Citigroup, Inc.<br>Citibank, N.A.<br>Citigroup Global Markets, Inc. | Andrew Arthur Ruffino<br>Covington & Burling LLP (NYC)<br>620 Eighth Avenue |

| | |
|---|---|
| | New York, NY 10018-1405<br>212-841-1000<br>Fax: 212-841-1010<br>Email: aruffino@cov.com<br><br>Andrew D. Lazerow<br>Covington & Burling, LLP (DC)<br>Email: alazerow@cov.com<br><br>Robert D. Wick<br>Covington & Burling, LLP (DC)<br>Email: rwick@cov.com |
| Credit Suisse AG<br>Credit Suisse Securities (USA) LLC | David George Januszewski<br>Cahill Gordon & Reindel LLP<br>80 Pine Street New York, NY 10005<br>212-701-3000<br>Fax: 212-269-5420<br>Email: djanuszewski@cahill.com<br><br>Elai E. Katz<br>Cahill Gordon & Reindel LLP<br>Email: ekatz@cahill.com<br><br>Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>Email: hwasher@cahill.com<br><br>Jason Michael Hall<br>Cahill Gordon & Reindel LLP<br>Email: jhall@cahill.com<br><br>Miles Wiley<br>Cahill Gordon & Reindel<br>Email: mwiley@cahill.com<br><br>Sheila Chithran Ramesh<br>Cahill Gordon & Reindel LLP<br>Email: sramesh@cahill.com |
| Deutsche Bank AG<br>Deutsche Bank Securities Inc. | George Patrick Montgomery<br>King & Spalding LLP (DC)<br>1700 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-4706<br>202-737-0500<br>Fax: 202-626-3737<br>Email: pmontgomery@kslaw.com |

|  | Joseph Serino, Jr.<br>Latham & Watkins LLP (NY)<br>Email: joseph.serino@lw.com |
|---|---|
| The Goldman Sachs Group, Inc.<br>Goldman, Sachs & Co. LLC | Rishi Nachiketa Zutshi Cleary Gottlieb Steen & Hamilton LLP (NYC) One Liberty Plaza New York, NY 10006 (212)-225-2085 Fax: (212)-225-3999 Email: rzutshi@cgsh.com<br>Thomas J. Moloney Cleary Gottlieb Email: tmoloney@cgsh.com |
| HSBC Bank PLC<br>HSBC North America Holdings Inc.<br>HSBC Bank USA, N.A.<br>HSBC Securities (USA) Inc. | James Matthew Goodin<br>Locke Lord LLP<br>111 S Wacker Dr.<br>Chicago, IL 60606<br>(312)-443-0472<br>Fax: (312)-896-6472<br>Email: jmgoodin@lockelord.com<br><br>Roger Brian Cowie<br>Locke Lord LLP<br>2200 Ross Avenue Suite 2200<br>Dallas, TX 75201<br>(214) 740-8614<br>Fax: (214)-740-8800<br>Email: rcowie@lockelord.com<br><br>Gregory Thomas Casamento<br>Locke Lord LLP (NYC)<br>Email: gcasamento@lockelord.com<br><br>Joseph Unis<br>Locke Lord LLP (TX)<br>Email: junis@lockelord.com<br><br>Julia C Webb<br>Locke Lord LLP (IL)<br>Email: jwebb@lockelord.com |
| J.P. Morgan Chase & Co.<br>J.P. Morgan Chase Bank. N.A.<br>J.P. Morgan Securities LLC | Boris Bershteyn<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3834<br>Email: boris.bershteyn@skadden.com<br><br>Tibor Ludovico Nagy, Jr. |

| | |
|---|---|
| | Dontzin Nagy & Fleissig LLP<br>980 Madison Avenue<br>New York, NY 10075<br>(212)-717-2900<br>Fax: (212)-717-8088<br>Email: tnagy@dnfllp.com<br><br>Anuja Thatte<br>Dontzin Nagy & Fleissig LLP<br>Email: athatte@dnfllp.com<br><br>Gretchen Wolf<br>Skadden, Arps, Slate, Meagher & Flom, LLP (IL)<br>Email: gretchen.wolf@skadden.com<br><br>Harry Peter Koulos<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Email: harry.koulos@skadden.com<br><br>Jason Andrew Kolbe<br>Dontzin Nagy & Fleissig LLP<br>Email: jkolbe@dnfllp.com<br><br>Paul M. Kerlin<br>Skadden, Arps, Slate, Meagher & Flom LLP (DC)<br>Email: paul.kerlin@skadden.com<br><br>Peter S. Julian<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Email: peter.julian@skadden.com<br><br>Stephen Bryan Popernik<br>Dontzin Nagy & Fleissig LLP<br>Email: spopernik@dnfllp.com<br><br>Tansy Woan<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Email: tansy.woan@skadden.com |
| MUFG Bank, Ltd. | Andrew Corydon Finch<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019<br>(212)-373-3640 |

|  | Fax: (212)-492-0460<br>Email: afinch@paulweiss.com<br><br>Kenneth Anthony Gallo<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP (NYC)<br>Email: kgallo@paulweiss.com<br><br>Michael E. Gertzman<br>Paul Weiss (NY)<br>Email: mgertzman@paulweiss.com<br><br>Anand Sithian<br>Paul Weiss (NY)<br>Email: asithian@paulweiss.com |
|---|---|
| Morgan Stanley<br>Morgan Stanley & Co., LLC<br>Morgan Stanley & Co. International PLC | Jonathan M. Moses<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1000<br>Fax: (212) 403-2000<br>Email: JMMoses@wlrk.com<br><br>Justin L. Brooke<br>Wachtell, Lipton, Rosen & Katz<br>Email: jlbrooke@wlrk.com |
| Natwest Markets Securities Inc.<br>Royal Bank of Scotland PLC | Paul Steel Mishkin<br>Davis Polk & Wardwell LLP (NYC)<br>450 Lexington Avenue<br>New York, NY 10017<br>(212)-450-4292<br>Fax: (212)-450-3292<br>Email: paul.mishkin@dpw.com<br><br>Adam Gabor Mehes<br>Davis Polk & Wardwell LLP (NYC)<br>Email: adam.mehes@davispolk.com<br><br>John Michael Briggs<br>Davis Polk & Wardwell LLP (NYC)<br>Email: john.briggs@davispolk.com<br><br>Maude Paquin<br>Davis Polk & Wardwell LLP<br>Email: maude.paquin@davispolk.com |

| | |
|---|---|
| RBC Capital Markets LLC<br>The Royal Bank of Canada | James P. McLoughlin, Jr.<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>(704)-331-1054<br>Fax: (704)-378-2054<br>Email: jimmcloughlin@mvalaw.com<br><br>Joshua D. Lanning<br>Moore & Van Allen, PLLC<br>Email: joshlanning@mvalaw.com<br><br>Mark A. Nebrig<br>Moore & Van Allen, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>(704)-331-3602<br>Fax: (704)-339-5974<br>Email: marknebrig@mvalaw.com |
| Société Générale S.A.<br>SG Americas Securities, LLC | James R. Warnot, Jr.<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 903-9000<br>Email: james.warnot@linklaters.com<br><br>Patrick C. Ashby<br>Linklaters LLP<br>Email: patrick.ashby@linklaters.com<br><br>Nicole E. Jerry<br>Linklaters LLP<br>Email: nicole.e.jerry@linklaters.com<br><br>Adam S. Lurie<br>Linklaters LLP<br>601 13th St. NW, Suite 400<br>Washington, DC 20005<br>Telephone: (202) 654-9227<br>Email: adam.lurie@linklaters.com<br><br>Steven Wolowitz<br>Mayer Brown LLP<br>1221 Avenue of the Americas |

| | |
|---|---|
| | New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Email: swolowitz@mayerbrown.com<br><br>Henninger S. Bullock<br>Mayer Brown LLP<br>Email: hbullock@mayerbrown.com<br><br>Andrew J. Calica<br>Mayer Brown LLP<br>Email: acalica@mayerbrown.com |
| Standard Chartered Bank | Lewis S. Wiener<br>Eversheds Sutherland (US) LLP (DC)<br>700 Sixth St. NW, Suite 700<br>Washington, DC 20001<br>(202)-383-0100<br>Fax: (202)-637-3593<br>Email: lewiswiener@eversheds-sutherland.com<br><br>Benjamin Andrew Fleming<br>Hogan Lovells US LLP (NYC)<br>390 Madison Ave.<br>New York, NY 10017<br>212 918 3283<br>Fax: 212 918 3100<br>Email: benjamin.fleming@hoganlovells.com<br><br>Charles Barrera Moore<br>Hogan Lovells US LLP<br>Email: charles.moore@hoganlovells.com<br><br>Lisa Jean Fried<br>Hogan Lovells US LLP (NYC)<br>Email: lisa.fried@hoganlovells.com<br><br>Marc Joel Gottridge<br>Hogan Lovells US LLP (NYC)<br>Email: marc.gottridge@hoganlovells.com<br><br>Meghana Shah<br>Eversheds Sutherland, LLP (NYC)<br>Email: MeghanaShah@eversheds-sutherland.us |

|  | Ronald Walter Zdrojeski<br>Sutherland Asbill & Brennan<br>Email: ronzdrojeski@eversheds-sutherland.us<br><br>Sarah Chaudhry<br>Eversheds Sutherland, LLP (NYC)<br>Email: sarahchaudhry@evershedssutherland.us |
|---|---|
| UBS AG<br>UBS Securities LLC | David Jarrett Arp<br>Gibson, Dunn & Crutcher, LLP (DC)<br>1025 Connecticut Avenue, N.W. Washington, DC 20036<br>(202)-955-8678<br>Fax: (202)-530-9527<br>Email: jarp@gibsondunn.com<br><br>Amy Feagles<br>Gibson, Dunn & Crutcher LLP<br>Email: afeagles@gibsondunn.com<br><br>Eric Jonathan Stock<br>Gibson, Dunn & Crutcher, LLP (NY)<br>Email: estock@gibsondunn.com<br><br>Melanie L. Katsur<br>Gibson, Dunn & Crutcher LLP<br>Email: mkatsur@gibsondunn.com<br><br>Philip Oren Shapiro<br>Gibson, Dunn & Crutcher, LLP (NY)<br>Email: pshapiro@gibsondunn.com |