UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,

              Plaintiffs,

    v.

BANK OF AMERICA CORPORATION, *et al.*,

              Defendants.

------------------------------ x

Case No. 1:18-cv-10364-LGS

## MOTION FOR WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 1.4, Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc., by and through their counsel Sullivan & Cromwell LLP, respectfully request the withdrawal of the appearance of Mavara Agha as counsel for Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. in the above-referenced action. Mavara Agha is no longer associated with the firm of Sullivan & Cromwell LLP. Sullivan & Cromwell LLP will continue to serve as counsel for Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc.

Application GRANTED.

Dated: June 10, 2020
       New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

-2-

Dated: June 9, 2020
      New York, New York

      Respectfully submitted,

*/s/ Matthew A. Schwartz*
Matthew A. Schwartz (schwartzmatthew@sullcrom.com)
Matthew A. Peller (pellerm@sullcrom.com)
Jacob B. Lieberman (liebermanj@sullcrom.com)
Nikolai Krylov (krylovn@sullcrom.com)
Maeghan O. Mikorski (mikorskim@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588

*Attorneys for Defendants Barclays PLC,*
*Barclays Bank PLC, and Barclays Capital Inc.*