```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ALLIANZ GLOBAL INVESTORS GMBH, et            :
al.,                                                         :       18 Civ. 10364 (LGS)
                                       Plaintiffs,           :
                                                             :       ORDER
              -against-                                      :
                                                             :
BANK OF AMERICA CORPORATION, et al.,         :
                                       Defendants.           :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, a telephonic conference is scheduled for June 18, 2020;

   WHEREAS, on June 12, 2020, the parties filed a joint letter in preparation for the telephonic conference, identifying issues in dispute (Dkt. No. 434).  A joint status letter was also filed on May 22, 2020 (Dkt. No. 404);

   WHEREAS, on June 13, 2020, the parties filed a letter regarding the parties' proposed fact discovery schedule, and disputes regarding the same (Dkt. No. 435).  It is hereby

   **ORDERED** that the telephonic conference, scheduled for June 18, 2020, is **CANCELED**.  A referral to the Magistrate Judge for general pretrial will issue separately.

Dated: June 16, 2020
       New York, New York

                                         _____
                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**