```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                                  Plaintiffs,

-against-

Bank of America Corporation et al.,

                                  Defendants.

1:18-cv-10364-LGS-SDA

ORDER SCHEDULING
TELEPHONIC STATUS CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial purposes, *see* ECF No. 441. The parties shall appear for a status conference by telephone on June 24, 2020 at 4:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 or (214) 765-0479 and enter access code 6489745.

No later than 5:00 p.m. on June 23, 2020, the parties shall submit a joint letter not to exceed 5 pages regarding the status of this action.

**SO ORDERED.**

DATED:     New York, New York
                June 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge