USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allianz Global Investors GmbH, et al., <br> Plaintiffs, <br> v. <br> Bank of America Corporation, et al., <br> Defendants | No. 1:18-cv-10364-LGS |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

IT IS HEREBY ORDERED that the motion for Christopher R. Barker to withdraw as counsel for Plaintiffs is GRANTED, and Mr. Barker's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Mr. Barker from the CM/ECF service list for this action.

SO ORDERED:

Dated: 6/24/2020

_____
United States Magistrate Judge