```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                Plaintiffs,

-against-

Bank of America Corporation et al.,

                Defendants.

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephonic conference with the parties on June 24, 2020, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. With respect to the dispute regarding the custodial "sampling" production to be made by Plaintiffs (*see* ECF No. 434), the parties shall meet and confer regarding hit counts and adjust the search terms, as needed, in order to avoid undue burden on Plaintiffs. Thereafter, Plaintiffs shall produce to Defendants all non-privileged documents containing search terms that relate in any way to FX trading. Plaintiffs shall provide the hit counts to Defendants as soon as reasonably practicable.

2. Based upon representations made by Plaintiffs' counsel during the June 24 conference and in the parties' joint letter, dated June 12, 2020 (ECF No. 434), Plaintiffs need not provide any additional responses, for now, to Defendants' interrogatories regarding trades, subject to Plaintiffs' duty to supplement their responses, pursuant to Rule 26(e)(1)(A) of the Federal Rules of Civil Procedure.

3. With respect to the dispute regarding Blackrock's objections to Defendants' Rule 30(b)(6) topics and Plaintiffs' Rule 30(b)(6) notice on JPMorgan (*see* ECF No. 434), the Court declines to quash the disputed topics.

4. A telephonic conference shall be held on **July 29, 2020, at 2:00 p.m. EST**. At the scheduled time, the parties shall each separately call (888) 278-0296 or (214) 765-0479 and enter access code 6489745.

5. By July 24, 2020, the parties shall file a joint letter, not to exceed ten single-spaced pages, informing the Court of (a) the progress made by the parties in discovery and to resolve disputes since the last conference, and (b) any remaining disputes that require the Court's attention to resolve, and the position of each party as to each dispute.

**SO ORDERED.**

DATED:   New York, New York
         June 24, 2020

_____
STEWART D. AARON
United States Magistrate Judge