USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Allianz Global Investors GmbH et al.,**

                **Plaintiffs,**

      **-against-**

**Bank of America Corporation et al.,**

                **Defendants.**

**1:18-cv-10364 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having considered the parties' submission at ECF No. 435, the Court, in its discretion, sets the following schedule:

| Description | Deadline |
| --- | --- |
| Parties to submit joint ESI protocol, or any disputes related thereto | July 8, 2020 |
| Last day for all parties to substantially complete their productions in response to previously served document requests, with privilege logs associated with any production to be served within 45 days of the production of associated documents | October 16, 2020 |
| Substantial completion of document discovery for all parties: Document productions shall proceed on a rolling basis prior to this date, with privilege logs associated with any production to be served within 45 days of the production of associated documents | April 1, 2021 |
| Close of fact discovery | September 1, 2021 |

Proposed expert discovery deadlines shall be negotiated by the parties and submitted to the Court no later than 60 days before the close of fact discovery.

The foregoing deadlines shall be extended for good cause shown.

**SO ORDERED.**

DATED:   New York, New York
         June 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge