USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, et al.,<br><br>                              *Plaintiffs*,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>                              *Defendants*. | Index No.: 18 Civ. 10364 (LGS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

**IT IS HEREBY ORDERED** that the motion for Stephen B. Popernik to withdraw as counsel for Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., and J.P. Morgan Securities LLC, is **GRANTED**, and Mr. Popernik's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Mr. Popernik from the CM/ECF service list for this action.

SO ORDERED:

Dated:   7/1/2020                                                          */s/ Stewart D. Aaron*