```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/21/2020___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**1:18-cv-10364 (LGS) (SDA)**

Allianz Global Investors GmbH et al.,

                                    Plaintiffs,

**ORDER**

                    -against-

Bank of America Corporation et al.,

                                    Defendants.

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Pending before the Court is Plaintiffs' Letter Motion to compel. (Pls.' Ltr. Motion, ECF No. 463.)[1] Plaintiffs' Letter Motion is GRANTED IN PART and DENIED IN PART, as follows:

1. Bank of America, Deutsche Bank, Goldman Sachs, Standard Chartered and UBS promptly shall run agreed-upon[2] Plaintiff name search terms across all reasonably accessible databases containing custodial documents previously collected in prior regulatory investigations and related actions and provide to Plaintiffs hit counts for each prior custodian. To the extent that a database is not reasonably accessible, due to foreign law restrictions or otherwise,[3] each of the foregoing Defendants shall identify such database(s) to Plaintiffs, and the parties shall meet and confer regarding

---

[1] In issuing this Order, in addition to reviewing the Plaintiffs' Letter Motion (together with its exhibits), the Court has reviewed Defendants' Letter Response in opposition (together with its exhibits) (Defs.' Ltr. Resp., ECF No. 470) and Plaintiffs' Reply. (Pls.' Reply, ECF No. 472.)

[2] The parties are expected to meet and confer and come to agreement upon the Plaintiff name search terms.

[3] For example, the information may not be reasonably accessible because of undue burden or cost. *See* Fed. R. Civ. P. 26(b)(2)(B).

the need for information from such database(s), as well as possible cost-shifting of expenses associated with searching such database(s).

2. Deutsche Bank promptly shall provide to Plaintiffs names, job titles, dates of employment, location, and to the extent reasonably available, a brief description of job responsibilities for each of the custodians included in their prior productions; provided, however, that the foregoing information need not be provided for any employees who were salespersons with no relationship to any of the Plaintiffs, in which case Deutsche Bank need only provide the names of such salespersons. To the extent that information as to any particular custodian is not reasonably accessible, due to foreign law restrictions or otherwise, Deutsche Bank shall so specify, and shall provide as much information as is reasonably accessible regarding that custodian.

**SO ORDERED.**

DATED:       New York, New York
             July 21, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2