**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2020

| | |
|---|---|
| Allianz Global Investors GmbH et al., | |
| Plaintiffs, | 1:18-cv-10364 (LGS) (SDA) |
| -against- | **ORDER** |
| Bank of America Corporation et al., | |
| Defendants. | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a Telephone Conference with the parties today regarding the issues raised in the joint letter, dated July 24, 2020 (ECF No. 474), and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. Defendants' request for immediate production by the BlackRock Plaintiffs of documents regarding the destruction of trading analytics reports ("TARs") is denied as premature, as Defendants served narrowed discovery requests with respect to these documents on July 16, 2020. Nonetheless, the Court expects BlackRock, pursuant to Fed. R. Civ. P. 34(b)(2)(B), to provide timely and specific responses and objections to Defendants' requests and promptly produce responsive documents, if any, and further expects that BlackRock and the Defendants will meet and confer in an attempt to resolve any disputes.

2. Plaintiffs shall run the same search terms for custodian Alan Howard as for all other agreed-upon custodians, and shall provide a hit count report to Defendants.

3. With respect to custodian proposals, the parties shall meet and confer on a Defendant-by-Defendant basis to seek a consensual resolution. The parties shall meet

and confer to establish an appropriate deadline to resolve their disputes regarding custodians and, if they cannot agree, file a joint letter no later than Monday, August 3, 2020, requesting that the Court set such deadline.

4. The motion by Defendants RBC and MUFG for a further stay of discovery is denied.

5. No later than Thursday, August 26, 2020, at 6:00 p.m. EST, the parties shall file a joint letter regarding the status of discovery and any existing disputes.

6. The parties are directed to appear for a Telephone Conference in this action on Monday, August 31, 2020 at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
          July 29, 2020

_____
STEWART D. AARON
United States Magistrate Judge