UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>  Defendants. | No. 1:18-cv-10364 (LGS) (SDA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for defendant MUFG Bank, Ltd.

Dated:  Washington, DC
        September 3, 2020

                                        Respectfully submitted,

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By: /s/ Joseph J. Bial
                                            Joseph J. Bial (jbial@paulweiss.com)
                                            2001 K Street NW
                                            Washington, DC 20006-1047
                                            Tel:  (202) 223-7300
                                            Fax:  (202) 223-7420

                                        *Attorney for Defendant MUFG Bank, Ltd.*