UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ALLIANZ GLOBAL INVESTORS GMBH, et al.,
                                           Plaintiffs,

                         -against-

BANK OF AMERICA CORPORATION, et al.,
                                           Defendants.
------------------------------------------------------------- X

18 Civ. 10364 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 26, 2020, Defendants MUFG Bank Ltd. ("MUFG"), the Royal Bank of Canada ("RBC"), and RBC Capital Markets, LLC ("RBCCM"), filed a pre-motion letter seeking leave to file a motion to dismiss and proposing a briefing schedule (Dkt. No. 506);

WHEREAS, on September 4, 2020, Plaintiffs filed a responsive letter (Dkt. No. 512);

WHEREAS, on September 11, 2020, MUFG, RBC and RBCCM filed a second letter responsive to Plaintiffs' September 4, 2020, letter at Dkt. No. 512 (Dkt. No. 530); it is hereby

**ORDERED** that, Defendants MUFG, RBC and RBCCM shall file a joint motion to dismiss, and the motion shall be briefed according to the following schedule:

- By **October 5, 2020**, Defendants MUFG, RBC and RBCCM shall file their joint motion to dismiss, with a memorandum of law not to exceed twenty-five (25) pages.

- By **October 26, 2020**, Plaintiffs shall file any opposition, not to exceed twenty-five (25) pages.

- By **November 5, 2020**, Defendants MUFG, RBC and RBCCM shall file any reply in support of their motion, not to exceed ten (10) pages.

The parties shall comply with this Court's Individual Rules in filing the motion and supporting papers.

Dated: September 14, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE