**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Allianz Global Investors GmbH et al., | |
| Plaintiffs, | 1:18-cv-10364 (LGS) (SDA) |
| -against- | **ORDER** |
| Bank of America Corporation et al., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a Telephone Conference with the parties today regarding the issues raised in their joint letter, dated September 30, 2020 (9/30/20 Joint Ltr., ECF No. 539), and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. The parties shall meet and confer regarding Defendants' search terms and, no later than October 16, 2020, file a joint letter setting forth the parties' positions with respect to any remaining disputes.

2. The October 16, 2020 joint letter also shall address any ripe disputes regarding Defendants' custodians. Any party requesting additional time to meet and confer regarding custodians shall provide an explanation as to why such additional time is required.

3. The October 16, 2020 joint letter shall indicate each party's position as to whether a hearing is required with respect to any disputes regarding Defendants' search terms or custodians.

4. No later than November 5, 2020, at 6:00 p.m. EST, the parties shall file a joint letter regarding the status of discovery and any existing disputes.

5. The parties are directed to appear for a Telephone Conference in this action on November 10, 2020, at 10:00 a.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
          October 2, 2020

_____
STEWART D. AARON
United States Magistrate Judge