USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2020

**VIA ECF**

October 16, 2020

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Request GRANTED on consent.
SO ORDERED.
Dated: 10/17/2020

Att'd of an

Re: *Allianz, et al. v. Bank of America Corp. et al.*, 18-cv-10364-LGS

Dear Judge Aaron:

On behalf of all parties in the above-referenced action, we write to request a brief extension of the deadline to submit the parties' disputes on search terms. This would move the deadline four business days from October 16, 2020 to October 22, 2020. Since the Court ordered the October 16 deadline (Dkt. 542), the parties' conferrals on search terms have been productive, and we have significantly narrowed the disputes. However, there are a handful of issues that require further global and bilateral conferrals, and having additional time would benefit the parties and the Court. This extension would not affect any other currently-scheduled deadline.

Additionally, pursuant to the Court's order dated October 2, 2020 (Dkt. 542), we write to update the Court on the status of custodial negotiations. The parties have made significant progress with regard to custodial negotiations over the past few weeks. Specifically, Plaintiffs can report that the parties have reached custodian agreements with five Defendants: BNP Paribas, MUFG, Royal Bank of Scotland, Société Générale and Standard Chartered. This agreement thus moots the pending motion to compel filed by Plaintiffs against RBS. We also continue to conduct bilateral negotiations with several defendants, including Credit Suisse, Goldman Sachs and Royal Bank of Canada. The delta on these negotiations is small, and there is a respectable chance the parties could reach agreement by the end of next week. As to the remaining Defendants, the Court has already ruled on Plaintiffs' motion to compel as to Citi, and there are currently pending motions to compel or motions for protective order that will need to be decided as to Bank of America, Barclays, Deutsche Bank, HSBC, JPMorgan, Morgan Stanley, and UBS.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Anthony P. Alden (pro hac vice)
Jeremy D. Andersen (pro hac vice)
Johanna Y. Ong (pro hac vice)
865 South Figueroa Street, 10th Floor

Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
anthonyalden@quinnemanuel.com
jeremyandersen@quinnemanuel.com
johannaong@quinnemanuel.com

*Counsel for Plaintiffs*

SHEARMAN & STERLING LLP

By: /s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By: /s/ David C. Esseks
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

PATTERSON, BELKNAP, WEBB & TYLER LLP

By: /s/ Joshua A. Goldberg
Joshua A. Goldberg
Alejandro H. Cruz
Camille L. Fletcher
Patterson, Belknapp, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
acruz@pbwt.com
cfletcher@pbwt.com
jgoldberg@pbwt.com

*Attorneys for Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas S.A. and BNP Paribas Securities Corp.[1]*

---

[1] Allen & Overy LLP does not represent Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP Paribas S.A. and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with BlackRock, Inc.

SULLIVAN & CROMWELL LLP

By: /s/ Matthew A. Schwartz
Matthew A. Schwartz
Jacob B. Lieberman
Matthew A. Peller
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
pellerm@sullcrom.com
liebermanj@sullcrom.com
agham@sullcrom.com

*Attorneys for Defendants Barclays Bank plc, Barclays plc and Barclays Capital Inc.*


CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC*

COVINGTON & BURLING LLP

By: /s/ Andrew A. Ruffino
Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow (pro hac vice motion forthcoming)
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup, Inc., Citibank, N.A., Citigroup Global Markets, Inc.*


LATHAM & WATKINS LLP

By: /s/ Joseph Serino, Jr.
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By: /s/ G. Patrick Montgomery
G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

<table>
<tr><td>

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Thomas J. Moloney
Thomas J. Moloney
Rishi N. Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*

</td><td>

LOCKE LORD LLP

By: /s/ Gregory T. Casamento
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Bank USA, N.A., and HSBC Securities (USA) Inc.*

</td></tr>
</table>

DONTZIN NAGY & FLEISSIG LLP         .

By: /s/ Tibor L. Nagy, Jr.
Tibor L. Nagy, Jr.
Jason A. Kolbe
Anuja Thatte
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
Telephone: (212) 717-2900
tibor@dnfllp.com
jkolbe@dnfllp.com
athatte@dnfllp.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Boris Bershteyn
Boris Bershteyn
Peter S. Julian
Tansy Woan
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

Gretchen Wolf (admitted *pro hac vice*)
155 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0956
gretchen.wolf@skadden.com

Paul M. Kerlin (admitted *pro hac vice*)
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
paul.kerlin@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*[2]

---

[2] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint.

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ | MOORE AND VAN ALLEN PLLC |
| By: /s/ Jonathan Moses<br>Jonathan Moses<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc* | By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for The Royal Bank of Canada and Defendant RBC Capital Markets LLC on behalf of RBC Capital Markets LLC* |

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | LINKLATERS LLP |
| By: /s/ Paul S. Mishkin<br>Paul S. Mishkin<br>Adam G. Mehes<br>John M. Briggs<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>adam.mehes@davispolk.com<br>john.briggs@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland plc and NatWest Markets Securities Inc.* | By: /s/ James R. Warnot, Jr.<br>James R. Warnot, Jr.<br>Patrick C. Ashby<br>Nicole E. Jerry<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 903-9000<br>james.warnot@linklaters.com<br>patrick.ashby@linklaters.com<br>nicole.jerry@linklaters.com<br><br>Adam S. Lurie<br>601 13th St. NW<br>Suite 400<br>Washington, DC 20005<br>Telephone: (202) 654-9227<br>adam.lurie@linklaters.com<br><br>MAYER BROWN LLP<br><br>By: /s/ Steven Wolowitz<br>Steven Wolowitz<br>Henninger S. Bullock<br>Andrew J. Calica<br>Victoria D. Whitney<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>swolowitz@mayerbrown.com<br>hbullock@mayerbrown.com<br>acalica@mayerbrown.com<br>vwhitney@mayerbrown.com<br><br>*Attorneys for Defendants Société Générale S.A. and SG Americas Securities, LLC[3]* |

---

[3] Linklaters LLP does not represent Société Générale or SG Americas Securities, LLC with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

| | |
|---|---|
| HOGAN LOVELLS US LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Marc J. Gottridge<br>Marc J. Gottridge<br>Lisa J. Fried<br>Benjamin A. Fleming<br>Charles Barrera Moore<br><br>390 Madison Avenue<br>New York, New York 10017<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br>benjamin.fleming@hoganlovells.com<br>charles.moore@hoganlovells.com<br><br>Telephone: (212) 918-3000 | By: /s/ Eric J. Stock<br>Eric J. Stock<br>Philip O. Shapiro<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>pshapiro@gibsondunn.com<br><br>D. Jarrett Arp (admitted pro hac vice)<br>Melanie L. Katsur (admitted pro hac vice)<br>Amy Feagles (admitted pro hac vice)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>jarp@gibsondunn.com<br>mkatsur@gibsondunn.com<br>afeagles@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities LLC* |
| EVERSHEDS SUTHERLAND LLP | |
| By:  /s/ Lewis S. Wiener<br>Lewis S. Wiener<br>Ronald W. Zdrojeski<br>Meghana D. Shah<br>1114 Avenue of the Americas, 40th Floor<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>lewiswiener@eversheds-sutherland.com<br>ronzdrojeski@eversheds-sutherland.com<br>meghanashah@eversheds-sutherland.com<br><br>*Attorneys for Defendant Standard Chartered Bank[4]* | |

cc:  All counsel of record (via ECF).

---

[4]     Eversheds Sutherland (US) LLP only represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, PIMCO, and the PIMCO Funds, all as defined in the Complaint.