UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                Plaintiffs,

-against-

Bank of America Corporation et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2020

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court has reviewed the parties' submissions and, applying proportionality principles, in its discretion, ORDERS as follows:

1. JPMorgan's Letter Motion (ECF No. 558) for a protective order is GRANTED IN PART and DENIED IN PART. JPMorgan shall collect materials from a total of 40 custodians. Plaintiffs shall select these custodians from among the 27 that JPMorgan itself offered and the individuals identified by Plaintiffs in ECF No. 576.

2. UBS's Letter Motion (ECF No. 559 & 575) for a protective order is GRANTED IN PART and DENIED IN PART. UBS shall collect materials from a total of 40 custodians. Plaintiffs shall select these custodians from among the 26[1] that UBS itself offered and the individuals identified by Plaintiffs in ECF No. 592.

3. Bank of America's Letter Motion (ECF No. 560) for a protective order is GRANTED IN PART and DENIED IN PART. Bank of America shall collect materials from a total of 30

---

[1] UBS's Letter Motion sought to limit the number to 25, but UBS increased that number by one in its Reply (ECF No. 608).

custodians. Plaintiffs shall select these custodians from among the 25 that Bank of America itself offered and the individuals identified by Plaintiffs in ECF No. 584.

4. Deutsche Bank's Letter Motion (ECF No. 561) for a protective order is GRANTED IN PART and DENIED IN PART. Deutsche Bank shall collect materials from a total of 30 custodians. Plaintiffs shall select these custodians from among the 22 that Deutsche Bank itself offered and the individuals identified by Plaintiffs in ECF No. 587.

5. Plaintiffs' Letter Motion (ECF Nos. 562 & 564) to compel with respect to Barclays is GRANTED IN PART and DENIED IN PART. Barclays shall collect materials from a total of 43 custodians. Plaintiffs shall select these custodians from among the 40[2] that Barclays itself offered and the individuals identified by Plaintiffs in ECF No. 562.

The Court finds that a proper showing has been made for the motions to seal relating to each of the foregoing Letter Motions (ECF Nos. 563, 574, 577, 583, 586, 589, 590, 605 & 606) and those motions are hereby GRANTED. The motions to seal filed at ECF No. 572 and 579 addressed a now-withdrawn Letter Motion related to RBS, and those motions also are granted.

**SO ORDERED.**

Dated:   New York, New York
         October 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge

---

[2] Seven of the 40 offered were "wild cards." (*See* ECF No. 594.)