**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

Allianz Global Investors GmbH et al.,

                Plaintiffs,

-against-

Bank of America Corporation et al.,

                Defendants.

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court has reviewed the parties' submissions and, applying proportionality principles, in its discretion, ORDERS as follows:

1. Plaintiffs' Letter Motion (ECF Nos. 565 & 567) to compel with respect to HSBC is GRANTED IN PART and DENIED IN PART. HSBC shall collect materials from a total of 40 custodians. Plaintiffs shall select these custodians from among the 24 that UBS itself offered and the individuals identified by Plaintiffs in ECF No. 620.

2. Plaintiffs' Letter Motion (ECF Nos. 568 & 570) to compel with respect to Morgan Stanley is GRANTED IN PART and DENIED IN PART. Morgan Stanley shall collect materials from a total of 30 custodians. Plaintiffs shall select these custodians from among the 23 that Morgan Stanley itself offered and the individuals identified by Plaintiffs in ECF No. 570.

The Court finds that a proper showing has been made for the motions to seal relating to each of the foregoing Letter Motions (ECF Nos. 566, 569, 598, 601, 616, 619) and those motions are hereby GRANTED.

**SO ORDERED.**

Dated: New York, New York
October 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2