USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                      Plaintiffs,

-against-

Bank of America Corporation et al.,

                      Defendants.

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a Telephone Conference with the parties today regarding the issues raised in their joint letter, dated November 5, 2020 (11/5/20 Joint Ltr., ECF No. 641), and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. District Judge Schofield already has found plausible allegations of a conspiracy in this case and stated that "[t]he conspiracy operated largely through the use of numerous multi-bank chatrooms, which was facilitated in part because many of the traders had previously worked together and formed social ties." *Allianz Glob. Inv'rs GmbH v. Bank of Am. Corp.*, 457 F. Supp. 3d 401, 409-10 (S.D.N.Y. May 19, 2020). Within 30 days of the date of this Order, for all the chatrooms listed in Appendix A to the 11/5/20 Joint Letter that are not highlighted in yellow (*i.e.*, the ones where a date range is listed), Defendants shall access and produce the transcripts of such chatrooms for the dates in which their participant(s) were in the chatrooms. The Court finds that production of such chatroom transcripts is proportional to the needs of the case given the central role of the chatrooms in this case.

2. Defendants' request for the Court to compel Plaintiffs to produce their communications with third parties about this litigation is denied.

3. No later than December 10, 2020, at 6:00 p.m. EST, the parties shall file a joint letter regarding the status of discovery and any existing disputes.

4. The parties are directed to appear for a Telephone Conference in this action on December 17, 2020, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
          November 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge