UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                        :

ALLIANZ GLOBAL INVESTORS GMBH, et al.,    :                                                                                                              18 Civ. 10364 (LGS)

                                          Plaintiffs,   :

                                                                         :                               <u>ORDER</u>

                                 -against-                          :

BANK OF AMERICA CORPORATION, et al.,   :
                                                Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 18, 2020, Defendants filed a letter motion for a temporary restraining order or in the alternative to enforce the parties' confidentiality agreement, along with the Affidavit of Matthew A Schwartz and accompanying exhibits. Dkt. Nos. 653-654.

WHEREAS, Defendants' November 18, 2020, motion requests that the Court enjoin Plaintiffs from retaining and paying Jason Katz, a former Barclays and BNP Paribas trader, $400 per hour, for his services as a consultant in this action. *See* Dkt. No. 653 1/11.

WHEREAS, on November 19, 2020, Plaintiffs filed a responsive letter to Defendants' motion, along with the Declaration of Daniel L. Brockett and accompanying exhibits. Dkt. Nos. 656-657.

WHEREAS, a show cause hearing was held on November 20, 2020. For the reasons stated at the hearing, it is hereby

**ORDERED** that, by **November 25, 2020**, Plaintiffs shall file a letter (i) indicating whether they are willing to cap Mr. Katz's payment for services as a non-testifying consultant (without prejudice to his later retention as a testifying consultant) and, if amenable to a cap, identifying a cap to which they agree and (ii) memorializing the terms of Plaintiffs' potential stand-still agreement, regarding the disclosure to Mr. Katz of documents designated as Confidential or Highly Confidential that Mr. Katz did not authored or receive, prior to Mr. Katz's December 16, 2020,

deposition in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13 Civ. 7789 (S.D.N.Y., filed Nov. 1, 2013).

This order is limited to this action, and nothing in this order shall be construed as exercising jurisdiction over matters pending before other courts including those in the United Kingdom.

Dated: November 24, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**