**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

January 14, 2020

<u>VIA ECF</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/15/2021
```

The Honorable Stewart D. Aaron
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 1/15/2021

*Allianz Global Investors GmbH, et al. v. Bank of America Corporation, et al.*, 1:18-cv-10364

Dear Judge Aaron,

Pursuant to Section I.D. of Your Honor's Individual Practices, Plaintiff Norges Bank respectfully requests a 17-day extension of the January 15, 2021 deadline set by the Court's Order (Dkt. 646) to provide hits report "for any additional custodians within 45 days after resolution by agreement or court order" (Dkt. 709).[1] Norges has encountered some issues with the transfer of documents previously collected for four of the five additional custodians to a new more powerful computer it purchased to run the complex search terms proposed by Defendants, which could not be run on its existing systems. As for the fifth additional custodian, (Dkt. 709), Norges has a pending objection to Your Honor's December 17, 2020 Order, which has not yet been resolved and if resolved now, would not give Norges sufficient time to collect the documents and run the search terms. This is Norges' second request for extension. Defendants do not oppose Norges' request for extension.

Respectfully submitted,   /s/ Daniel L. Brockett

Daniel L. Brockett
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor, New York, New York 10010
Telephone: (212) 849-7000 / Fax: (212) 849-7100
danbrockett@quinnemanuel.com

---

[1] The parties agreed on the four additional custodians on December 1, 2020, which triggered the 45 day period set by the Court for the production of the corresponding hit reports.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

>Jeremy D. Andersen (pro hac vice)
>Anthony P. Alden (pro hac vice)
>Johanna Y. Ong (pro hac vice)
>865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017
>Telephone: (213) 443-3000 / Fax: (213) 443-3100
>jeremyandersen@quinnemanuel.com
>anthonyalden@quinnemanuel.com
>johannaong@quinnemanuel.com
>
>*Counsel for Plaintiffs*

cc:     Counsel for all parties via ECF