USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

        Plaintiffs,

-against-

Bank of America Corporation et al.,

        Defendants.

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephonic conference held this afternoon, and having reviewed the Joint Letter submitted by the parties, dated January 21, 2021 (1/21/21 Joint Ltr., ECF No. 744), the Court hereby ORDERS, as follows:

1. Defendants shall diligently endeavor to complete promptly their production of Bloomberg chatroom transcripts. (*See* 1/21/21 Joint Ltr. at 3.) No later than Friday, February 19, 2021, any Defendant that has not completed its production of such transcripts shall file a letter with the Court providing an update on the status of such production and setting forth a timeline for its completion thereof.

2. Defendants shall diligently endeavor to complete promptly their production of the identifying information that Plaintiffs have requested in connection with the unmasking of certain data that Plaintiffs seek from CME. (*See* 1/21/21 Joint Ltr. at 5.) No later than Friday, February 19, 2021, any Defendant that has not completed its production of such information shall file a letter with the Court providing an update on the status of such production and setting forth a timeline for its completion thereof.

3. No later than Wednesday, February 24, 2021, at 6:00 p.m. EST, the parties shall file a joint letter regarding the status of discovery and any existing disputes.

4. The parties are directed to appear for a Telephone Conference in this action on Friday, February 26, 2021, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:   New York, New York
         January 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge

2