UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

ALLIANZ GLOBAL INVESTORS GMBH, et al.,

                Plaintiffs,

  - against -

BANK OF AMERICA CORPORATION, et al.,

                Defendants.

-----------------------------------------------------------------

18 Civ. 10364 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 9, 2021, the Court issued an Order denying Plaintiffs Forsta AP-fonden's ("AP1") and Fjarde AP-fonden's ("AP4") motion to dismiss as moot because the Court's May 28, 2020, Opinion and Order dismissed AP1's and AP4's claims. Dkt. No. 756.

WHEREAS, on February 11, 2021, AP1 and AP4 filed a letter seeking an amendment to the February 9, 2021 Order; it is hereby

**ORDERED** that the February 9, 2021 Order is hereby amended to replace the penultimate paragraph with the following:

> **ORDERED** that, the AP Plaintiffs' January 31, 2021, pre-motion letter is construed as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), and with respect to AP1 and AP4, such motion is **DENIED** as moot. The Court's May 28, 2020, Opinion and Order dismissed *with prejudice* certain claims.  Based on the May 28, 2020, Opinion and Order and AP1's and AP4's representation that they do not have any remaining claims, they are dismissed from the case.

Dated: February 17, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE