UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                      Plaintiffs,

-against-

Bank of America Corporation et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, the Court hereby ORDERS, as follows:

1. The Court, in its discretion, revises the discovery schedule as set forth below:

| Description | Deadline |
|---|---|
| Last day for all parties to substantially complete their productions of custodial documents in response to previously served document requests, with privilege logs associated with any production to be served within 45 days of the production of associated documents | April 26, 2021 |
| Substantial completion of document discovery for all parties: Document productions shall proceed on a rolling basis prior to this date, with privilege logs associated with any production to be served within 45 days of the production of associated documents | October 6, 2021 |
| Close of fact discovery | March 8, 2022 |

2. The foregoing deadlines may be extended for good cause shown. Proposed expert discovery deadlines shall be negotiated by the parties and submitted to the Court no later than 60 days before the close of fact discovery.

3. No later than Friday, March 12, 2021:

a) Each of those Defendants that has not provided complete hit count reports to Plaintiffs (*see* 2/25/21 Joint Ltr., ECF No. 768, at 7-8) shall provide a progress report to the Court regarding such reports; provided, however, that all hit count reports shall be provided to Plaintiffs by no later than Friday, March 26, 2021. Any Defendant seeking an extension of this March 26 deadline must make a substantial showing of good cause supported by specific facts. Plaintiffs shall meet and confer separately with each Defendant, as needed, regarding the format of hit count reports.

b) Each of those Defendants that has not produced Bloomberg chat transcripts to Plaintiffs (*see* 2/25/21 Joint Ltr. at 8) shall provide a progress report to the Court regarding such transcripts and advise the Court when it intends to complete production.

c) Each of those Defendants that trades FX on the Chicago Mercantile Exchange and that has not completed production to Plaintiffs of unmasked data relating to such trades (*see* 2/25/21 Joint Ltr. at 9) shall provide a progress report to the Court regarding such data and advise the Court when it intends to complete production.

d) Each of the Defendants that has not provided a data field spreadsheet to Plaintiffs (*see* 2/25/21 Joint Ltr. at 9-10) shall provide a progress report to the Court regarding the preparation of its spreadsheet and advise the Court when it intends to provide its spreadsheet.

5.   No later than Friday, March 26, 2021:

   a)   Each of the Affected Defendants (*see* 12/24/20 Order, ECF No. 715) that is required to produce audio files to the Plaintiffs (*see* 2/25/21 Joint Ltr. at 9) shall provide a progress report to the Court regarding such audio files and advise the Court when it intends to complete production.

   b)   Each of the Defendants shall provide a progress report to the Court with regard to "unmasked" plaintiff-defendant and defendant-defendant transaction data (*see* 2/25/21 Joint Ltr. at 9) and advise the Court when it intends to produce such data.

6.   No later than Wednesday, March 31, 2021, at 6:00 p.m. EST, the parties shall file a joint letter regarding the status of discovery and any existing disputes.

7.   The parties are directed to appear for a Telephone Conference in this action on Friday, April 2, 2021, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:   New York, New York
         February 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge