```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

ENDORSEMENT: The Court being satisfied that the requested sealing is appropriate under the standards articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), these requests to seal are GRANTED.

Dated: March 17, 2021

500 Pearl Street
New York, NY 10007

Re: *Allianz Glob. Invs. GmbH et al.* v. *Bank of Am. Corp. et al.*, No. 18-CV-10364

Dear Judge Aaron,

    We write on behalf of Plaintiffs and Defendant MUFG Bank, Ltd. ("MUFG Bank") to respectfully seek leave to file under seal (i) an unredacted version of Plaintiffs and MUFG Bank's joint letter motion requesting an extension of various discovery deadlines as to MUFG Bank (the "Letter Motion"), and (ii) an unredacted version of this letter. The Letter Motion and this letter have been filed publicly with redactions, and unredacted versions have been filed electronically.

    The basis for these requests to seal is that ███████████████████████████████████████████████████████████████████.

    We welcome any questions the Court may have regarding the above.

Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Daniel L. Brockett | By: /s/ Joseph J. Bial |
| Daniel L. Brockett | Joseph J. Bial |
| 51 Madison Avenue, 22nd Floor | 2001 K Street NW |
| New York, New York 10010 | Washington, DC 20006 |
| Telephone: (212) 849-7000 | Telephone: (202) 223-7300 |
| Fax: (212) 849-7100 | Fax: (202) 204-7378 |
| danbrockett@quinnemanuel.com | jbial@paulweiss.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant MUFG Bank, Ltd.* |

Cc: Counsel of Record (via ECF)