```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021
```

March 31, 2021

**VIA ECF**

The Honorable Stewart D. Aaron
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. Counsel for Plaintiffs and counsel for Refinitiv shall appear for a remote telephone conference on Monday, April 5, 2021, at 9 a.m. EDT. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
Dated: 4/1/2021

*Allianz Global Investors GmbH, et al. v. Bank of America Corporation, et al.*, (1:18-cv-10364)

Dear Magistrate Judge Aaron:

We write on behalf of nonparty Refinitiv US LLC ("Refinitiv") respectfully requesting an adjournment of the telephonic pre-motion conference scheduled for Friday, April 2, 2021 in the above-referenced action.

On Wednesday, March 31, 2021, this Court scheduled a telephonic conference for Friday, April 2, 2021 at 2:00 pm EDT to address the issues raised in ECF 787, 791, and 792.

Counsel for Refinitiv are unavailable on April 2 due to pre-existing travel schedules. We contacted counsel for Plaintiffs, informed them of our intention to request an adjournment from the Court, and proposed alternate dates.

Both counsel for Refinitiv and counsel for Plaintiffs have limited availability during the week of April 5. With the consent of Plaintiffs' counsel, we propose the following alternate dates: April 5, 2021 or April 14, 2021.

There have been no previous requests for adjournment or extension as regards this conference.

Respectfully submitted,


/s/ Paula Howell Anderson
Paula Howell Anderson
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel. 212-848-7727
Email: paula.anderson@shearman.com

*Attorney for Non-Party Refinitiv US LLP*

cc:   All Counsel of Record (viaECF)