USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/5/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Allianz Global Investors GmbH et al.,

Plaintiffs,

-against-

Bank of America Corporation et al.,

Defendants.

**1:18-cv-10364 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with counsel for Plaintiffs and counsel for Refinitiv US LLC ("Refinitiv"), it is hereby Ordered as follows:

1.      Plaintiffs and Refinitiv shall meet and confer regarding whether Plaintiffs can obtain certain data from Defendants, thereby narrowing the data required from Refinitiv.

2.      No later than April 16, 2021, Plaintiffs and Refinitiv shall file a joint letter regarding the result of the meet and confer process and shall propose a deadline for Refinitiv to produce the remaining data to Plaintiffs. Thereafter, the Court will set a schedule for the production and for Refinitiv to make an application for reasonable compensation, in accordance with Federal Rule of Civil Procedure 45(d)(3)(C)(ii).

**SO ORDERED.**

Dated:      New York, New York
            April 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge