April 29, 2021

**By ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The Honorable Stewart D. Aaron, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/3/2021

Request GRANTED. Pretrial proceedings are hereby stayed as to MUFG Bank. The parties shall provide a further update on May 31, 2021 if MUFG Bank has not been dismissed by then. SO ORDERED.
Dated: May 3, 2021

Re: *Allianz Glob. Invs. GmbH et al.* v. *Bank of Am. Corp. et al.*, No. 18-CV-10364

Dear Judge Schofield and Judge Aaron,

      We write on behalf of Plaintiffs and Defendant MUFG Bank, Ltd. ("MUFG Bank") to inform the Court that Plaintiffs and MUFG Bank have executed an agreement that resolves Plaintiffs' claims against MUFG Bank. Accordingly, Plaintiffs and MUFG Bank respectfully request a stay of the above-captioned matter as to MUFG Bank pending performance of the terms of the settlement agreement. To the extent performance of the settlement agreement is not completed within 30 days, the parties will provide a further update at that time.

      We welcome any questions the Court may have regarding the above.

Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Daniel L. Brockett | By: /s/ Joseph J. Bial |
| Daniel L. Brockett | Joseph J. Bial |
| 51 Madison Avenue, 22nd Floor | 2001 K Street NW |
| New York, New York 10010 | Washington, DC 20006 |
| Telephone: (212) 849-7000 | Telephone: (202) 223-7300 |
| Fax: (212) 849-7100 | Fax: (202) 204-7378 |
| danbrockett@quinnemanuel.com | jbial@paulweiss.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant MUFG Bank, Ltd.* |

Cc: Counsel of Record