UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. 1:18-cv-10364-LGS |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

Plaintiff Norges Bank and Defendants, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Norges Bank against any and all Defendants in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs, expenses, and attorneys' fees.

So Ordered.

Dated:  May 17, 2021
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: _____
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
Johanna Y. Ong (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com
johannaong@quinnemanuel.com

*Counsel for Plaintiff Norges Bank*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and Merrill
Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By: _____
David C. Esseks
Laura R. Hall
Rebecca Delfiner
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.delfiner@allenovery.com

PATTERSON, BELKNAP, WEBB & TYLER
LLP

By: _____
Joshua A. Goldberg
Alejandro H. Cruz
Camille L. Fletcher
Patterson, Belknapp, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
acruz@pbwt.com
cfletcher@pbwt.com
jgoldberg@pbwt.com

*Attorneys for Defendants BNP Paribas Group,
BNP Paribas USA, Inc., BNP Paribas S.A. and
BNP Paribas Securities Corp.*[1]

---

[1]   Allen & Overy LLP does not represent Defendants BNP Paribas Group, BNP Paribas USA, Inc., BNP
Paribas S.A. and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with
BlackRock, Inc.

SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A. and Merrill
Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Cecchini
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.cecchini@allenovery.com

PATTERSON, BELKNAP, WEBB & TYLER
LLP

By:_____
Joshua A. Goldberg
Alejandro H. Cruz
Esther Kim
Patterson, Belknapp, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
acruz@pbwt.com
jgoldberg@pbwt.com
ekim@pbwt.com

*Attorneys for Defendants BNP Paribas
(identified in the Amended Complaint as "BNP
Paribas Group" and "BNP Paribas S.A."), BNP
Paribas USA, Inc., and BNP Paribas Securities
Corp.*[1]

---

[1]    Allen & Overy LLP does not represent Defendants BNP Paribas, BNP Paribas USA, Inc., and BNP Paribas Securities Corp. with respect to claims by Plaintiffs affiliated with BlackRock, Inc.

SHEARMAN & STERLING LLP

By:_____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America*
*Corporation, Bank of America, N.A. and Merrill*
*Lynch, Pierce, Fenner & Smith Incorporated*

ALLEN & OVERY LLP

By:_____
David C. Esseks
Laura R. Hall
Rebecca Cecchini
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com
rebecca.cecchini@allenovery.com

PATTERSON, BELKNAP, WEBB & TYLER
LLP

By:_____
Joshua A. Goldberg
Alejandro H. Cruz
Esther Kim
Patterson, Belknapp, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
acruz@pbwt.com
jgoldberg@pbwt.com
ekim@pbwt.com

*Attorneys for Defendants BNP Paribas*
*(identified in the Amended Complaint as "BNP*
*Paribas Group" and "BNP Paribas S.A."), BNP*
*Paribas USA, Inc., and BNP Paribas Securities*
*Corp.*[1]

---

[1]     Allen & Overy LLP does not represent Defendants BNP Paribas, BNP Paribas USA, Inc., and BNP Paribas
Securities Corp. with respect to claims by Plaintiffs affiliated with BlackRock, Inc.

SULLIVAN & CROMWELL LLP

By: _Matthew A. Schwartz J.J._
Matthew A. Schwartz
Christopher J. Dunne
Jacob B. Lieberman
Maeghan O. Mikorski
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
dunnec@sullcrom.com

liebermanj@sullcrom.com
mikorskim@sullcrom.com

*Attorneys for Defendants Barclays Bank plc,*
*Barclays plc and Barclays Capital Inc.*

CAHILL GORDON & REINDEL LLP

By:_____
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and*
*Credit Suisse Securities (USA) LLC*

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow (pro hac vice motion
forthcoming)
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup, Inc.,*
*Citibank, N.A., Citigroup Global Markets, Inc.*

LATHAM & WATKINS LLP

By:_____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By:_____
G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and*
*Deutsche Bank Securities Inc.*

SULLIVAN & CROMWELL LLP

By:_____

Matthew A. Schwartz
Christopher J. Dunne
Jacob B. Lieberman
Maeghan O. Mikorski
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
dunnec@sullcrom.com
liebermanj@sullcrom.com
mikorskim@sullcrom.com

*Attorneys for Defendants Barclays Bank plc,*
*Barclays plc and Barclays Capital Inc.*

CAHILL GORDON & REINDEL LLP

By:_____

David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and*
*Credit Suisse Securities (USA) LLC*

COVINGTON & BURLING LLP

By:_____

Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup Inc.,*
*Citibank, N.A., Citigroup Global Markets, Inc.*

LATHAM & WATKINS LLP

By: ._____

Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By:_____

G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and*
*Deutsche Bank Securities Inc.*

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
Christopher J. Dunne
Jacob B. Lieberman
Maeghan O. Mikorski
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
dunnec@sullcrom.com

liebermanj@sullcrom.com
mikorskim@sullcrom.com

*Attorneys for Defendants Barclays Bank plc,*
*Barclays plc and Barclays Capital Inc.*

CAHILL GORDON & REINDEL LLP

By:_____
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and*
*Credit Suisse Securities (USA) LLC*

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow (pro hac vice motion
forthcoming)
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup, Inc.,*
*Citibank, N.A., Citigroup Global Markets, Inc.*

LATHAM & WATKINS LLP

By:_____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By:_____
G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and*
*Deutsche Bank Securities Inc.*

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
Christopher J. Dunne
Jacob B. Lieberman
Maeghan O. Mikorski
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
dunnec@sullcrom.com

liebermanj@sullcrom.com
mikorskim@sullcrom.com

*Attorneys for Defendants Barclays Bank plc,*
*Barclays plc and Barclays Capital Inc.*

CAHILL GORDON & REINDEL LLP

By:_____
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and*
*Credit Suisse Securities (USA) LLC*

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow (pro hac vice motion
forthcoming)
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup, Inc.,*
*Citibank, N.A., Citigroup Global Markets, Inc.*

LATHAM & WATKINS LLP

By:_____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By:_____
G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and*
*Deutsche Bank Securities Inc.*

SULLIVAN & CROMWELL LLP

By:_____
Matthew A. Schwartz
Christopher J. Dunne
Jacob B. Lieberman
Maeghan O. Mikorski
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
dunnec@sullcrom.com

liebermanj@sullcrom.com
mikorskim@sullcrom.com

*Attorneys for Defendants Barclays Bank plc,*
*Barclays plc and Barclays Capital Inc.*

CAHILL GORDON & REINDEL LLP

By:_____
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG and*
*Credit Suisse Securities (USA) LLC*

COVINGTON & BURLING LLP

By:_____
Andrew A. Ruffino
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow (pro hac vice motion
forthcoming)
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-5081
alazerow@cov.com

*Attorneys for Defendants Citigroup, Inc.,*
*Citibank, N.A., Citigroup Global Markets, Inc.*

LATHAM & WATKINS LLP

By: ._____
Joseph Serino, Jr.
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1717
joseph.serino@lw.com

KING & SPALDING LLP

By:_____
G. Patrick Montgomery (admitted pro hac vice)
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorneys for Defendants Deutsche Bank AG and*
*Deutsche Bank Securities Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By:_____
Rishi N. Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman Sachs &
Co. LLC*

LOCKE LORD LLP

By:_____
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Bank plc, HSBC
North America Holdings, Inc., HSBC Bank USA,
N.A., and HSBC Securities (USA) Inc.*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP


By:_____
Thomas J. Moloney
Rishi N. Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
tmoloney@cgsh.com
rzutshi@cgsh.com


*Attorneys for Defendants The Goldman
Sachs Group, Inc. and Goldman Sachs &
Co. LLC*

LOCKE LORD LLP


By:_____
Gregory T. Casamento
3 World Financial Center
New York, New York 10281
Telephone: (212) 812-8325
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com


*Attorneys for Defendants HSBC Bank plc, HSBC
North America Holdings, Inc., HSBC Bank USA,
N.A., and HSBC Securities (USA) Inc.*

DONTZIN NAGY & FLEISSIG LLP          .

By:_____
Tibor L. Nagy, Jr.
Jason A. Kolbe
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
Telephone: (212) 717-2900
tibor@dnfllp.com
jkolbe@dnfllp.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP


By:_____
Boris Bershteyn
Peter S. Julian
Tansy Woan
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

Gretchen Wolf (admitted *pro hac vice*)
155 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0956
gretchen.wolf@skadden.com

Paul M. Kerlin (admitted *pro hac vice*)
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
paul.kerlin@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co., JPMorgan Chase Bank, N.A. and J.P.
Morgan Securities LLC*[2]

DONTZIN NAGY & FLEISSIG LLP                    .

By:_._____

Tibor L. Nagy, Jr.
Anuja Thatte
Jason A. Kolbe
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, NY 10075
Telephone: (212) 717-2900
tibor@dnfllp.com
athatte@dnfllp.com
jkolbe@dnfllp.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____

Boris Bershteyn
Peter S. Julian
Tansy Woan
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
boris.bershteyn@skadden.com
peter.julian@skadden.com
tansy.woan@skadden.com

Gretchen Wolf (admitted *pro hac vice*)
155 N. Wacker Dr., Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0956
gretchen.wolf@skadden.com

Paul M. Kerlin (admitted *pro hac vice*)
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7000
paul.kerlin@skadden.com

*Attorneys for Defendants JPMorgan Chase &*
*Co., JPMorgan Chase Bank, N.A. and J.P.*
*Morgan Securities LLC*[2]

WACHTELL, LIPTON, ROSEN & KATZ

By:_____
Jonathan M. Moses
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com

*Attorneys for Defendants Morgan Stanley,*
*Morgan Stanley & Co., LLC, and Morgan*
*Stanley & Co. International plc*

MOORE AND VAN ALLEN PLLC

By:_____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for The Royal Bank of Canada and*
*Defendant RBC Capital Markets LLC on behalf*
*of RBC Capital Markets LLC*

---

[2]    Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint.

WACHTELL, LIPTON, ROSEN & KATZ

By:_____
Jonathan M. Moses
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com

*Attorneys for Defendants Morgan Stanley,*
*Morgan Stanley & Co., LLC, and Morgan*
*Stanley & Co. International plc*

MOORE AND VAN ALLEN PLLC

By:_____
James P. McLoughlin, Jr.
Mark A. Nebrig
Joshua D. Lanning
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
jimmcloughlin@mvalaw.com
marknebrig@mvalaw.com
joshlanning@mvalaw.com

*Attorneys for The Royal Bank of Canada and*
*Defendant RBC Capital Markets LLC on behalf*
*of RBC Capital Markets LLC*

---

[2]     Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the complaint.

DAVIS POLK & WARDWELL LLP

By: _Paul Mish_

Paul S. Mishkin
Adam G. Mehes
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland plc and NatWest Markets Securities Inc.*

LINKLATERS LLP

By:_____

James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com


Adam S. Lurie
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com


MAYER BROWN LLP


By:_____
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendant Société Générale[3]*

---

[3]     Linklaters LLP does not represent Société Générale with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

DAVIS POLK & WARDWELL LLP

By:_____
Paul S. Mishkin
Adam G. Mehes
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank of Scotland plc and NatWest Markets Securities Inc.*

LINKLATERS LLP

By:_____
James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com

Adam S. Lurie
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

MAYER BROWN LLP

By:_____
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendant Société Générale*[3]

---

[3]     Linklaters LLP does not represent Société Générale with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

DAVIS POLK & WARDWELL LLP

By:_____
Paul S. Mishkin
Adam G. Mehes
Maude Paquin
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
maude.paquin@davispolk.com

*Attorneys for Defendants The Royal Bank of
Scotland plc and NatWest Markets Securities
Inc.*

LINKLATERS LLP

By:_____
James R. Warnot, Jr.
Patrick C. Ashby
Nicole E. Jerry
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
james.warnot@linklaters.com
patrick.ashby@linklaters.com
nicole.jerry@linklaters.com


Adam S. Lurie
601 13th St. NW
Suite 400
Washington, DC 20005
Telephone: (202) 654-9227
adam.lurie@linklaters.com

MAYER BROWN LLP

By:_____
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
Victoria D. Whitney
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com
vwhitney@mayerbrown.com

*Attorneys for Defendant Société Générale*[3]

---

[3]     Linklaters LLP does not represent Société Générale with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

HOGAN LOVELLS US LLP

By: _Lisa J. Fried_
Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
Charles Barrera Moore

390 Madison Avenue
New York, New York 10017
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com
charles.moore@hoganlovells.com

Telephone: (212) 918-3000

EVERSHEDS SUTHERLAND LLP

By: _____
Lewis S. Wiener
Ronald W. Zdrojeski
Meghana D. Shah
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
lewiswiener@eversheds-sutherland.com
ronzdrojeski@eversheds-sutherland.com
meghanashah@eversheds-sutherland.com

*Attorneys for Defendant Standard Chartered Bank[4]*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Eric J. Stock
Philip O. Shapiro
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
pshapiro@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*

Melanie L. Katsur (admitted *pro hac vice0*
Amy W. Feagles (admitted *pro hac vice*)
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 955-8500
mkatsur@gibsondunn.com
afeagles@gibsondunn.com

---

[4]     Eversheds Sutherland (US) LLP only represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, PIMCO, and the PIMCO Funds, all as defined in the Complaint.

HOGAN LOVELLS US LLP

By:_____
Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
Charles Barrera Moore

390 Madison Avenue
New York, New York 10017
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com
charles.moore@hoganlovells.com

Telephone: (212) 918-3000

EVERSHEDS SUTHERLAND LLP

By:_____
Lewis S. Wiener
Ronald W. Zdrojeski
Meghana D. Shah
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
lewiswiener@eversheds-sutherland.com
ronzdrojeski@eversheds-sutherland.com
meghanashah@eversheds-sutherland.com

*Attorneys for Defendant Standard Chartered Bank[4]*

GIBSON, DUNN & CRUTCHER LLP

By:_____
Eric J. Stock
Philip O. Shapiro
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
estock@gibsondunn.com
pshapiro@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*

Melanie L. Katsur (admitted *pro hac vice0*
Amy W. Feagles (admitted *pro hac vice*)
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 955-8500
mkatsur@gibsondunn.com
afeagles@gibsondunn.com

---

[4]    Eversheds Sutherland (US) LLP only represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, PIMCO, and the PIMCO Funds, all as defined in the Complaint.

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Joseph J. Bial
Kenneth A. Gallo
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300
jbial@paulweiss.com
kgallo@paulweiss.com

Michael E. Gertzman
Andrew C. Finch
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
mgertzman@paulweiss.com
afinch@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd.*