USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

Request GRANTED.
SO ORDERED.
Dated: 5/26/2021

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　　　　　May 25, 2021

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Allianz, et al. v. Bank of America Corp. et al., 18-cv-10364-LGS

Dear Judge Aaron:

Under Section I.D. of the Court's Individual Practices, we write on behalf of Plaintiffs and Defendants Goldman Sachs and Morgan Stanley regarding the deadline set by the Court in its May 7, 2021 order (ECF No. 827) (the "May 7 Order").

Plaintiffs and Defendants Goldman Sachs and Morgan Stanley (together, the "Affected Parties") respectfully request a short extension of the May 25, 2021 deadline set by the Court in its May 7 Order to file joint letters setting forth their respective positions on outstanding disputes regarding the review of custodial discovery (the "Joint Letters Deadline"). The Affected Parties request that the Joint Letters Deadline be extended to June 3, 2021, to allow for additional time to meet-and-confer to attempt to resolve outstanding disputes.

This is the first request for an extension of the Joint Letters Deadline. Given that the deadline for substantial completion of document discovery for all parties is currently October 6, 2021, the requested extension should have no impact on the overall case schedule.

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

By: */s/ Daniel L. Brockett*
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
Johanna Y. Ong (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com
johannaong@quinnemanuel.com

*Counsel for Plaintiffs*

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: */s/ Rishi N. Zutshi*<br>Carmine D. Boccuzzi<br>Rishi N. Zutshi<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>cboccuzzi@cgsh.com<br>rzutshi@cgsh.com | By: */s/ Justin L. Brooke*<br>Jonathan M. Moses<br>Andrew J.H. Cheung<br>Justin L. Brooke<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>AJHCheung@wlrk.com<br>JLBrooke@wlrk.com |
| *Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC* | *Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc* |