UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                              Defendants. | Case No. 1:18-cv-10364-LGS |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II))

Plaintiffs and Defendant MUFG Bank, Ltd., through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiffs against Defendant MUFG Bank, Ltd. in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs, expenses, and attorneys' fees.

New York, New York

Dated:  May 26, 2021

                              SO ORDERED.

                              _____
                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com

*Counsel for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Joseph J. Bial
Joseph J. Bial
Kenneth A. Gallo
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7300
jbial@paulweiss.com
kgallo@paulweiss.com

Michael E. Gertzman
Andrew C. Finch
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
mgertzman@paulweiss.com
afinch@paulweiss.com

*Attorneys for Defendant MUFG Bank, Ltd.*