June 3, 2021

<u>Via ECF</u>

The Honorable Stewart D. Aaron
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

      Re: *Allianz Global Investors GmbH, et al.* v. *Bank of America Corp., et al.*, No. 18 Civ. 10364 (LGS) (SDA) (S.D.N.Y. 2018)

Dear Judge Aaron:

      Under Section I.D. of the Court's Individual Practices, we write on behalf of Plaintiffs and Defendants Morgan Stanley and Goldman Sachs (the "Parties") regarding the deadline set by the Court in its May 7, 2021 order, Dkt. 827, and extended to today in the Court's May 26, 2021 order, Dkt. 836.

      The Parties continue to engage in meet and confer discussions regarding the review of Morgan Stanley's and Goldman Sachs' custodian discovery. To enable the Parties additional time to conduct these discussions and attempt to resolve any potential disputes, the Parties respectfully request that the Court extend the deadline to file the letters setting out outstanding disputes relating to custodian discovery, if any, from today to Tuesday, June 8, 2021.

      This is the second request for an extension of the deadline to file these joint letters. Given that the deadline for substantial completion of document discovery for all parties is currently October 6, 2021, the requested extension should have no impact on the overall case schedule.

                                               Respectfully submitted,

Request GRANTED. The deadline for Plaintiffs and Defendants Morgan Stanley and Goldman Sachs to submit a joint letter setting out outstanding disputes relating to custodian discovery, if any, hereby is extended to Tuesday, June 8, 2021. The Court notes that the October 6 date set forth in the last paragraph of this letter is in error. The correct deadline for substantial completion of document discovery for all parties is currently December 6, 2021 (*see* ECF No. 819; *see also* ECF No. 839). SO ORDERED.
Dated: 6/4/2021

*/s/ Stewart D. Aaron*

1

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Daniel L. Brockett*
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
Johanna Y. Ong (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com
johannaong@quinnemanuel.com

*Counsel for Plaintiffs*

WACHTELL, LIPTON, ROSEN & KATZ

By: */s/ Justin L. Brooke*
Jonathan M. Moses
Andrew J.H. Cheung
Justin L. Brooke
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com
AJHCheung@wlrk.com
JLBrooke@wlrk.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Rishi N. Zutshi*
Rishi N. Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
rzutshi@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc. and Goldman Sachs & Co. LLC*