June 7, 2021

**VIA ECF**

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2021

**Re:** *Allianz, et al. v. Bank of America Corp. et al.*, 18-cv-10364-LGS

Dear Judge Aaron:

    Plaintiffs respectfully request an adjournment of the telephonic discovery conference scheduled for June 17, 2021 and joint letter due June 15 in the above-referenced action, set by the Court's May 7, 2021 Order (ECF 827). Due to a scheduling conflict, Plaintiffs respectfully request that the conference be moved to July 1 with the joint letter due on June 28. Defendants do not oppose the request and are available on these later dates. There have been no previous requests for adjournment or extension regarding this conference.

Respectfully submitted,

                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

                                           By:/s/ Daniel L. Brockett

                                           Daniel L. Brockett
                                           51 Madison Avenue, 22nd Floor
                                           New York, New York 10010
                                           Telephone: (212) 849-7000
                                           Fax: (212) 849-7100
                                           danbrockett@quinnemanuel.com

                                           Counsel for Plaintiffs

cc: All counsel of record (via ECF).

---

Motion GRANTED. The Telephone Conference originally scheduled for June 17, 2021 is hereby adjourned to Thursday, July 1, 2021, at 11:00 a.m. No later than Monday, June 28, 2021, at 6:00 p.m. EDT, the parties shall file a joint letter regarding the status of discovery and any existing disputes. SO ORDERED.
Dated: June 8, 2021

1