```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/9/2021
```

June 8, 2021

<u>Via ECF</u>

The Honorable Stewart D. Aaron
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: *Allianz Global Investors GmbH, et al.* v. *Bank of America Corp., et al.*,
      No. 18 Civ. 10364 (LGS) (SDA) (S.D.N.Y. 2018)

Dear Judge Aaron:

  Under Section I.D. of the Court's Individual Practices, we write on behalf of Plaintiffs and Defendant Morgan Stanley (the "Parties") regarding the deadline set by the Court in its May 7, 2021 order, Dkt. 827, and extended to today in the Court's June 4, 2021 order, Dkt. 840; *see also* Dkt. 836 (granting extension to June 3, 2021).

  The Parties continue to engage in meet and confer discussions regarding the review of Morgan Stanley's custodian discovery. To enable the Parties additional time to conduct these discussions and attempt to resolve any potential disputes, the Parties respectfully request that the Court extend the deadline to file a letter setting out outstanding disputes relating to custodian discovery, if any, from today to Wednesday, June 16, 2021.

  This is the third request for an extension of the deadline to file this joint letter. Given that the deadline for substantial completion of document discovery for all parties is currently December 6, 2021, Dkt. 819, the requested extension should have no impact on the overall case schedule.

            Respectfully submitted,

Request GRANTED. SO ORDERED.
Dated: 6/9/2021

*/s/ Stewart D. Aaron*

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br><br>By: */s/ Daniel L. Brockett*<br>Daniel L. Brockett<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br><br>Jeremy D. Andersen (pro hac vice)<br>Anthony P. Alden (pro hac vice)<br>Johanna Y. Ong (pro hac vice)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br>anthonyalden@quinnemanuel.com<br>johannaong@quinnemanuel.com<br><br>*Counsel for Plaintiffs* | WACHTELL, LIPTON, ROSEN & KATZ<br><br>By: */s/ Justin L. Brooke*<br>Jonathan M. Moses<br>Andrew J.H. Cheung<br>Justin L. Brooke<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>AJHCheung@wlrk.com<br>JLBrooke@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, and Morgan Stanley & Co. International plc* |