UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                Plaintiffs,

-against-

Bank of America Corporation et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, for the reasons stated on the record, the Court hereby ORDERS, as follows:

1. With respect to the outstanding dispute raised in the parties' June 28 Joint Letter regarding RBC's custodial discovery (*see* 6/28/2021 Joint Ltr., ECF No. 854, at 2-3, 9), the Court rules as follows:[1]

    a. Plaintiffs and RBC promptly shall meet and confer in a good-faith effort to resolve any remaining disputes regarding RBC's hit counts.

    b. To the extent Plaintiffs and RBC are unable to resolve their disputes, they shall file a joint letter setting forth their respective positions on all outstanding disputes no later than July 16, 2021.

2. With respect to Plaintiffs' questions regarding the Bank of America trading data for the period 2003 to 2007, which no longer is available (*see* 6/28/2021 Joint Ltr. at 3-4), the Court declines to require Bank of America to respond to such questions by July 9, 2021. Plaintiffs

---

[1] During today's telephone conference, the Court was advised that there no longer is any dispute requiring court intervention at this time regarding BNPP.

may make inquiries regarding the subject data at a Rule 30(b)(6) deposition of Bank of America.

3. No later than Monday, August 16, 2021, at 6:00 p.m. EDT, the parties shall file a joint letter regarding the status of discovery and any existing disputes.

4. The parties are directed to appear for a Telephone Conference in this action on Thursday, August 19, 2021, at 2:00 p.m. EDT. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated: New York, New York
July 1, 2021

_____
STEWART D. AARON
United States Magistrate Judge