August 3, 2021

<u>VIA ECF</u>

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2021
```

Re:   *Allianz, et al. v. Bank of America Corp. et al.*, 18-cv-10364-LGS

Dear Judge Aaron:

Pursuant to the Court's June 17, 2021 Order (ECF 847), the parties respectfully submit this letter to provide a joint update on Refinitiv's compliance with Plaintiffs' April 17, 2020 subpoena ("Subpoena").

Refinitiv expects to complete its production of unmasked data by August 3. Plaintiffs are continuing to evaluate the data produced by Refinitiv and will meet and confer with Refinitiv to discuss any concerns with the requested data as needed. Further, the parties have successfully resolved their dispute regarding compensation for Refinitiv's compliance with the Subpoena.

Respectfully,

ENDORSEMENT: Plaintiffs and Refinitiv shall file a letter with the Court if any disputes arise regarding the data produced by Refinitiv that cannot be consensually resolved. The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 787. SO ORDERED.
Dated: August 4, 2021

| | |
|---|---|
| SHEARMAN & STERLING LLP<br><br>By: /s/ *Paula H. Anderson*<br>Paula H. Anderson<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 848-4000<br>panderson@shearman.com<br><br>*Attorneys for Non-Party Refinitiv US LLC* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: /s/ *Daniel L. Brockett*<br>Daniel L. Brockett<br>Shira A. Steinberg<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danielbrockett@quinnemanuel.com<br><br>Jeremy D. Andersen (pro hac vice)<br>Anthony P. Alden (pro hac vice)<br>Johanna Y. Ong (pro hac vice)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>jeremyandersen@quinnemanuel.com<br>anthonyalden@quinnemanuel.com<br>johannaong@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>*Attorneys for Plaintiffs* |