January 10, 2022

*By ECF*

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***Allianz, et al. v. Bank of America Corp. et al., 18-cv-10364-LGS***

Dear Judge Aaron:

    Pursuant to the Court's Order of November 19, 2021 (ECF 973), the parties jointly write to report that there are no ripe issues for the Court to address at the January 12, 2022 conference. Should the Court nonetheless wish to proceed with the conference, the parties would be happy to do so. Otherwise, the parties respectfully request that the conference be taken off calendar and that the next conference be set for 2:00 p.m. on February 24 or 25, subject to the Court's availability, with the joint letter to be filed by 6 p.m. on February 22.

Respectfully submitted,

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DONTZIN NAGY & FLEISSIG LLP |
|---|---|
| By: /s/ Daniel L. Brockett | By: /s/ Jason A. Kolbe |
| Daniel L. Brockett<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com | Jason A. Kolbe<br>980 Madison Avenue, 2nd Floor<br>New York, New York 10075<br>Telephone: (212) 717-2900<br>Fax: (212) 717-8088<br>jkolbe@dnfllp.com |
| *Counsel for Plaintiffs* | *Counsel for the JP Morgan Defendants* |