UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLIANZ GLOBAL INVESTORS GMBH ET AL.,

       Plaintiffs,

v.

BANK OF AMERICA CORPORATION ET AL.,

       Defendants.

No. 18-cv-10364

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2022**

## MOTION AND PROPOSED ORDER OF WITHDRAWAL OF APPEARANCE OF SHIRA A. STEINBERG

Pursuant to Local Civil Rule 1.4, Plaintiffs in the above-captioned action by and through its counsel Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), respectfully requests the withdrawal of the appearance of Shira A. Steinberg as counsel on its behalf. After January 14, 2022, Ms. Steinberg will no longer be associated with Quinn Emanuel and as a result, she will not continue to represent Plaintiffs in this action.

Dated:  January 14, 2022

/s/ Shira Steinberg

Shira A. Steinberg
Daniel L. Brockett
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Ave., 22nd Fl.
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
shirasteinberg@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com

*Attorneys for Plaintiffs*

Request GRANTED.

SO ORDERED.

_____
Honorable Stewart D. Aaron
United States Magistrate Judge
Dated: January 14, 2022

2