# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | Case No. 1:18-cv-10364-LGS |

## DECLARATION OF CHARLES BARRERA MOORE PURSUANT TO LOCAL RULE 1.4

I, Charles Barrera Moore, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Defendant Standard Chartered Bank ("SCB") is represented in this matter by the law firms of Hogan Lovells US LLP, Eversheds Sutherland (US) LLP, and Herbert Smith Freehills LLP. I am one of the counsel of record for SCB.

2. After February 4, 2022, I will no longer be employed at Hogan Lovells US LLP.

3. Because others at the law firms identified above continue to represent SCB in this case, withdrawal of my appearance will not prejudice SCB or delay the litigation.

4. I am not asserting a retaining or charging lien.

5. Accordingly, I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for SCB and to remove me from CM/ECF notifications in the above-referenced action.

Dated: New York, New York  
       February 4, 2022

HOGAN LOVELLS US LLP

By: /s/ Charles Barrera Moore
    Charles Barrera Moore
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
charles.moore@hoganlovells.com