# Dontzin Nagy & Fleissig LLP

980 Madison Avenue
New York, N.Y. 10075
Telephone (212) 717-2900
Fax (212) 717-8088

Hon. Michael J. Dontzin (1993-2012)
Matthew S. Dontzin
Tibor L. Nagy, Jr.
David A. Fleissig
Tracy O. Appleton
Jason A. Kolbe

Ruben G. Perlmutter
Amina M. Hafez
Susan S. Hu
Asher T. Lowenstein
Heidi R. Schumann
William H. LaGrange
Richard J. Sarcone

February 22, 2022

**VIA ECF**

The Hon. Steward D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Allianz Global Investors GmbH, et al. v. Bank of America Corp. et al.,* Case No. 1:18-cv-10364 (S.D.N.Y. 2018)

Dear Judge Aaron:

      We represent the JPMorgan Defendants in the above-referenced action, and write on behalf of Defendants, with Plaintiffs' consent, respectfully to request a one-day extension of the deadline for the joint letter due today at 6 p.m., until tomorrow, February 23, 2022, at 6 p.m. *See* ECF 187. The reason for the request is that Plaintiff's counsel must attend a funeral this afternoon (Pacific time), and consequently will be unavailable during the time that the parties ordinarily would devote to finalizing the joint letter. This is the first request for an extension of this deadline, and Plaintiffs agree to this request.

      Presently, the only disputed issues for the Court to resolve at the February 24, 2022 conference are deposition limits for the BlackRock and PIMCO groups. If the Court grants the requested extension, the parties will endeavor to file the joint letter as early as possible on February 23, and will be prepared to proceed with the conference on February 24 at 2 p.m. EST as scheduled. However, if the Court would prefer to have more time to review the parties' briefing in advance of the conference, the parties are also available at 2 p.m. EST on either Friday, February 25 or Monday, February 28.

**Dontzin Nagy & Fleissig LLP**

The Honorable Stewart D. Aaron
February 22, 2022
Page 2 of 2

Respectfully submitted

DONTZIN NAGY & FLEISSIG LLP

By: /s/ Jason A. Kolbe

Jason A. Kolbe
980 Madison Avenue, 2nd Floor
New York, New York 10075
Telephone: (212) 717-2900
Fax: (212) 717-8088
jkolbe@dnfllp.com

*Counsel for the JP Morgan Defendants*