UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GmbH, *et al.*, | :<br>:<br>: |
| Plaintiffs, | : |
| v. | :<br>: Case No. 1:18-cv-10364-LGS-SDA |
| BANK OF AMERICA CORPORATION, *et al.*, | :<br>:<br>: |
| Defendants. | :<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Samantha L. Fidler hereby withdraws as counsel for defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Matthew A. Schwartz, Christopher J. Dunne, Mark A. Popovsky, and Maeghan O. Mikorski of Sullivan & Cromwell LLP will continue to represent Barclays PLC, Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

Dated: March 2, 2022

*/s/ Samantha L. Fidler*

Samantha L. Fidler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
fidlers@sullcrom.com
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

SO ORDERED

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
ALLIANZ GLOBAL INVESTORS GmbH, *et al.*,

          Plaintiffs,

          v.

BANK OF AMERICA CORPORATION, *et al.*,

          Defendants.
------------------------------- x

Case No. 1:18-cv-10364-LGS-SDA

## DECLARATION OF SAMANTHA L. FIDLER PURSUANT TO LOCAL RULE 1.4

I, SAMANTHA L. FIDLER, declare as follows:

1.    I am an Associate at the law firm Sullivan & Cromwell LLP, counsel for Barclays PLC, Barclays Bank PLC and Barclays Capital Inc. in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Sullivan & Cromwell LLP.

2.    Matthew A. Schwartz, Christopher J. Dunne, Mark A. Popovsky, and Maeghan O. Mikorski will continue to represent Barclays PLC, Barclays Bank PLC and Barclays Capital Inc. in this proceeding.

3.    My withdrawal will not delay the matter or prejudice any party.

4.    I am not retaining or charing a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2022          By:  */s/ Samantha L. Fidler*
                                                          Samantha L. Fidler