UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                  Plaintiffs,

-against-

Bank of America Corporation et al.,

                  Defendants.

1:18-cv-10364 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    No later than March 31, 2022, Defendants shall file any response to Plaintiffs' motion for issuance of a Hague Convention Request for International Judicial Assistance to take testimony overseas filed at ECF Nos. 1012 and 1015. No later than April 7, 2022, Plaintiffs shall file any reply.

**SO ORDERED.**

Dated:     New York, New York
            March 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge