UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

                            Plaintiffs,

-against-

Bank of America Corporation et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2022

1:18-cv-10364 (LGS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      No later than April 5, 2022, Defendants shall file any response to Plaintiffs' motion for issuance of a Hague Convention Request for International Judicial Assistance to take testimony overseas filed at ECF Nos. 1019 and 1023. No later than April 12, 2022, Plaintiffs shall file any reply.

SO ORDERED.

Dated:    New York, New York
            March 22, 2022

_____
STEWART D. AARON
United States Magistrate Judge