USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allianz Global Investors GmbH et al.,

Plaintiffs,

-against-

Bank of America Corporation et al.,

Defendants.

1:18-cv-10364 (LGS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on March 16, 2022, Plaintiffs filed a motion for issuance of a Request for International Judicial Assistance pursuant to the Hague Convention to take testimony overseas of Alvin Ip (ECF Nos. 1012, 1015); and

WHEREAS, on March 21, 2022, Plaintiffs filed a motion for issuance of a Request for International Judicial Assistance pursuant to the Hague Convention to take testimony overseas of Serge Sarramegna (ECF Nos. 1019, 1023); and

WHEREAS, on March 25, 2022, Plaintiffs filed a motion for issuance of a Request for International Judicial Assistance pursuant to the Hague Convention to take testimony overseas of Stuart Scott (ECF No. 1028); and

WHEREAS, on March 30, 2022, Plaintiffs filed revised letters of request for Messrs. Ip, Sarramegna and Scott (ECF Nos. 1034-1, 1034-2, 1034-3) and advised the Court that the Defendants do not oppose the issuance of the revised letters of request (ECF No. 1034); and

WHEREAS, the previously filed forms of proposed orders granting the aforesaid motions (*see*, *e.g.*, ECF Nos. 1025-8) need to be revised and updated.

NOW, THEREFORE, IT HEREBY ORDERED, that, no later than April 7, 2022, Plaintiffs shall file revised proposed orders for each of the three Hague Convention requests, attaching each corresponding letter of request as an exhibit to each proposed order, and affixing a signature block for Magistrate Judge Aaron, rather than Judge Schofield. If Plaintiffs intend for the Court to issue both a redacted and an unredacted version of each Order, Plaintiffs shall file both versions of such Order for each request. Plaintiffs hereby are granted permission to file the unredacted versions under seal, consistent with the redactions made to the previously-filed documents, given that the proposed redactions are narrowly tailored to prevent unauthorized dissemination of sensitive business information. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

The Clerk of Court is respectfully directed to terminate the gavels at ECF Nos. 1012, 1015, 1019, 1023 and 1028.

**SO ORDERED.**

Dated:   New York, New York
         March 31, 2022

_____
STEWART D. AARON
United States Magistrate Judge