**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___04/04/2022___

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

April 4, 2022

**VIA ECF ELECTRONIC FILING**

Hon. Stewart D. Aaron,
United States Magistrate Judge (S.D.N.Y.)
Daniel Patrick Moynihan Courthouse,
Courtroom 11C
500 Pearl St.
New York, NY 10007

> Request GRANTED. The telephone conference
> currently scheduled for April 14, 2022 at 2:00 p.m.
> is hereby rescheduled to April 25, 2022 at 2:00 p.m.
> SO ORDERED.
> Dated: April 4, 2022

Re:     *Allianz, et al. v. Bank of America Corp. et al.*, 18-cv-10364-LGS

Dear Judge Aaron:

Pursuant to Section I.D of the Court's Individual Practices, Plaintiffs in the above-captioned
action write to respectfully request that the Court adjourn the telephone conference currently
scheduled for April 14, 2022, ECF No. 1006, to either April 25 or 26, 2022.

The reason for the requested adjournment is that several of Plaintiffs' attorneys would like to be
on spring vacation with their families during the week of April 11 and the beginning of the
following week.  Subject to the Court's availability, Plaintiffs thus propose that the parties file
their joint letter on April 21, and the conference be set for either April 25 or 26, 2022.  Plaintiffs
have conferred with Defendants, who do not oppose this request and have agreed to the new
proposed dates.  No previous request for an adjournment of this conference has been requested.

In the event the Court is unavailable on April 25 or 26, the parties are happy to further meet and
confer to propose alternative dates.

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM |
MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

/s/ *Daniel L. Brockett*

Daniel L. Brockett
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: 212-849-7345
Fax: 212 849 7100
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs*