April 21, 2022

*By ECF*

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Allianz, et al. v. Bank of America Corp. et al., 18-cv-10364-LGS***

Dear Judge Aaron:

We write regarding two issues.  First, pursuant to the Court's Order of April 4, 2022 (ECF 1044), the parties jointly write to report that there are no ripe issues for the Court to address at the April 25, 2022 conference.  Should the Court nonetheless wish to proceed with the conference, the parties would be happy to do so.  Otherwise, the parties respectfully request that the conference be taken off calendar and that the next conference be set for May 23, 2022, with the joint letter filed on May 19, 2022.

Second, pursuant to Section 1.D of the Court's Individual Practices, Defendants write to respectfully request a three-month extension—from June 23, 2022 to September 23, 2022—to complete fact depositions.  Defendants are currently working to schedule and complete fact depositions of Plaintiffs' current and former employees.  However, the fact that many of Plaintiffs' witnesses are former employees and some are located overseas has delayed the speed with which Defendants can schedule certain depositions.  Defendants currently believe that they will be able to complete all fact depositions by September 23, 2022, with the possible exception of certain depositions for which Defendants are waiting on international judicial assistance.  Defendants are not requesting an extension of the current June 23, 2022 deadline for written discovery, and note the requirement to submit proposed expert discovery deadlines 60 days prior to the end of fact discovery (ECF 329) would now attach to the new "fact deposition" deadline.  Plaintiffs do not oppose Defendants' request but reserve the right to object to any further requested extensions.

The parties (either alone or together) have previously requested extensions of the close of fact discovery four times, and the Court granted each request.  ECF 541, 770, 819, 980, 985.

Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SHEARMAN & STERLING LLP |
| By: /s/ Daniel L. Brockett<br>Daniel L. Brockett<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br><br>*Counsel for Plaintiffs* | By: /s/ Jeffrey Resetarits<br>Jeffrey J. Resetarits<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212-848-4000<br>jeffrey.resetarits@shearman.com<br><br>*Counsel for the Bank of America Defendants* |