**Davis Polk**

John M. Briggs
+1 212 450 3292
john.briggs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

May 11, 2022

Re: *Allianz Global Investors GmbH, et al v. Bank of America Corporation, et al.*,
No. 18 Civ. 10364 (LGS) (SDA)

<u>By ECF</u>

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Aaron:

Davis Polk & Wardwell LLP ("Davis Polk") represents defendants The Royal Bank of Scotland plc, now known as NatWest Markets Plc, and NatWest Markets Securities Inc. (collectively, "RBS"), in the above-referenced action. After May 13, 2022, I will no longer be associated with Davis Polk and thus will no longer serve as counsel to RBS. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.

Davis Polk attorneys, including Paul S. Mishkin and Adam G. Mehes, will continue to represent RBS in this action. Pursuant to Local Rule 1.4, I confirm that I am not asserting a retaining or charging lien.

Respectfully submitted,

/s/ John M. Briggs
John M. Briggs

cc: All counsel of record (by ECF)

SO ORDERED.        DATE _____

_____
U.S.M.J.