```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/2022
```

June 13, 2022

*By ECF*

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Allianz, et al. v. Bank of America Corp. et al., 18-cv-10364-LGS*

Dear Judge Aaron:

Pursuant to the Court's order of June 10, 2022 (ECF 1089), the parties propose August 17, 2022 for the next discovery conference, with the corresponding joint letter to be filed on August 15, 2022.

Respectfully submitted,

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DONTZIN NAGY & FLEISSIG LLP |
|---|---|
| By: /s/ Daniel L. Brockett | By: /s/ Jason A. Kolbe |
| Daniel L. Brockett<br>51 Madison Avenue, 22nd Floor,<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849 7100<br>danbrockett@quinnemanuel.com | Jason A. Kolbe<br>980 Madison Avenue, 2nd Floor<br>New York, New York 10075<br>Telephone: (212) 717-2900<br>Fax: (212) 717-8088<br>jkolbe@dnfllp.com |
| *Counsel for Plaintiffs* | *Counsel for the JP Morgan Defendants* |

ENDORSEMENT:
No later than August 15, 2022, the parties shall file a joint letter regarding the status of discovery and any existing disputes. The parties are directed to appear for a Telephone Conference in this action on August 17, 2022, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.
SO ORDERED.
Dated: June 14, 2022