# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: +1 202 737 0500
Fax: +1 202 626 3737
www.kslaw.com

Patrick Montgomery
Partner
Direct Dial: +1 202 626 5444
pmontgomery@kslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2022

June 15, 2022

**VIA ECF**

Request GRANTED. The proposed sealing requests are narrowly tailored to prevent unauthorized dissemination of sensitive business information. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). SO ORDERED.
Dated: June 16, 2022

Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Allianz Global, et al. v. Bank of Am. Corp., et al.*, 1:18-cv-10364

Dear Judge Aaron:

Pursuant to Section II(B)(3) of Your Honor's Individual Practices, I write to seek leave to file under seal unredacted versions of certain supporting papers and exhibits to Defendants' Unopposed Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Obtain Evidence in Denmark. These papers have been publicly filed with redactions, and unredacted versions are filed contemporaneously herewith under seal, accessible to counsel of record for the parties in this action.

This request asks the Court to seal documents that include or quote from chat transcripts and other documents that Plaintiffs produced and designated as confidential, and personal information about the proposed deponents. Given Plaintiffs designated these materials as "confidential," supporting papers include documents already filed under seal, and personal information of the deponents are contained within these papers, Deutsche Bank respectfully requests that the Court grant Deutsche Bank permission to file the requested documents in redacted form on ECF and in unredacted form under seal.

June 15, 2022
Page 2

        Respectfully Submitted,

        */s/ G. Patrick Montgomery*
        G. Patrick Montgomery (*pro hac vice*)
        1700 KING & SPALDING LLP
        1700 Pennsylvania Ave., N.W.
        Washington, DC 20006
        Telephone: (202) 626-5444
        pmontgomery@kslaw.com

        *Counsel for Defendants Deutsche Bank AG*
        *and Deutsche Bank Securities Inc*

.