**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Eric J. Stock
Direct: +1 212.351.2301
Fax: +1 212.716.0801
estock@gibsondunn.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2022
```

June 22, 2022

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Allianz Global Investors GmbH, et al. v. Bank of Am. Corp., et al.,*
          *1:18-cv-10364*

Dear Judge Aaron:

      Pursuant to Section II(B)(3) of Your Honor's Individual Practices, we respectfully seek leave to file under seal unredacted versions of certain supporting papers and exhibits to Defendants UBS AG and UBS Securities LLC's (collectively the "UBS Defendants") Motion for Issuance of Hague Convention Request for International Judicial Assistance to Obtain Evidence in the United Kingdom and Hong Kong. These papers have been publicly filed with redactions, and unredacted versions are filed contemporaneously herewith under seal, accessible to counsel of record for the parties in this action.

      This request asks the Court to seal documents that include or quote from chat transcripts and other documents that the Parties produced and designated as Confidential or Highly Confidential under the Protective Order, and personal information about the proposed deponents. Given that the Parties designated these materials as Confidential or Highly Confidential, and personal information of the deponents is contained within these papers, the UBS Defendants respectfully request that the Court grant the UBS Defendants permission to file the requested documents in redacted form on ECF and in unredacted form under seal.

June 22, 2022
Page 2

Respectfully Submitted,

By: /s/ Eric J. Stock
Eric J. Stock
Philip O. Shapiro
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
United States of America
Telephone: +1 (212) 351-2301
Email: estock@gibsondunn.com

*Counsel for Defendants UBS AG and UBS Securities LLC*

.

Request GRANTED. The proposed sealing requests are narrowly tailored to prevent unauthorized dissemination of sensitive business information. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). SO ORDERED.
Dated: June 23, 2022