UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:18-cv-10364 (LGS) (SDA)<br><br>MOTION TO WITHDRAW |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the declaration of Anthony P. Alden below, Plaintiffs hereby move this Court for an Order allowing Kenneth Edward Sexauer to withdraw as counsel in this matter. In support of such notice, and pursuant to Local Rule 1.4, undersigned counsel states the following:

1. After August 12, 2022, Mr. Sexauer will no longer be associated with the law firm of Quinn Emanuel Urquhart & Sullivan ("Quinn Emanuel").

2. Written fact discovery was completed on June 23, 2022 [ECF No. 1069] and fact depositions are currently scheduled to conclude no later than September 23, 2022 [ECF No. 1069]. Mr. Sexauer's withdrawal will not affect any deadlines or cause any delay in this matter.

3. Quinn Emanuel continues to be counsel of record for Plaintiffs in this matter.

4. Pursuant to Local Rule 1.4, Mr. Sexauer is not asserting a retaining or charging lien.

5. Accordingly, Plaintiffs respectfully request that the Court instruct the docket clerk to remove Mr. Sexauer's registration as counsel of record, effective August 12, 2022.

Dated:  August 8, 2022                          Respectfully submitted,

/s/ *Anthony P. Alden*
Anthony P. Alden
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Tel.: 213-443-3000

*Attorney for Plaintiffs*