August 15, 2022

**Via ECF**

Hon. Stewart D. Aaron,
United States Magistrate Judge (S.D.N.Y.)
Daniel Patrick Moynihan Courthouse,
Courtroom 11C
500 Pearl St.
New York, NY 10007

Re:   *Allianz, et al. v. Bank of America Corp. et al.*, 18-cv-10364-LGS

Dear Judge Aaron:

      Pursuant to the Court's Order of June 14, 2022 (ECF 1093), the parties jointly write to report that there are no ripe issues for the Court to address at the August 17, 2022 conference. Should the Court nonetheless wish to proceed with the conference, the parties would be happy to do so. Otherwise, the parties respectfully request that the conference be taken off of the calendar and that the next conference be set for 2:00 p.m. on September 22 or 23, subject to the Court's availability, with the joint letter to be filed by 6 p.m. on September 20.

  Respectfully submitted,

| /s/ *Jason A. Kolbe* | /s/ *Anthony P. Alden* |
|---|---|
| Jason A. Kolbe | Anthony P. Alden |
| DONTZIN NAGY & FLEISSIG LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 980 Madison Avenue, 2nd Floor | 865 S. Figueroa Street, 10th Floor |
| New York, New York 10075 | Los Angeles, CA 90015 |
| (212) 717-2900 | (213) 443-3000 |
| jkolbe@dnfllp.com | anthonyalden@quinnemanuel.com |
| *Counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC* | *Counsel for Plaintiffs* |

cc: All counsel of record (via ECF)