UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                              Defendants. | Case No. 1:18-cv-10364-LGS |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II))

Plaintiffs and Defendants Credit Suisse AG and Credit Suisse Securities (USA) LLC, through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiffs against those Defendants in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs, expenses, and attorneys' fees.

Plaintiffs and previously dismissed Defendants Credit Suisse Group AG and Credit Suisse International, whose dismissals were previously entered on a without-prejudice basis, Dkts. 226 and 273, hereby stipulate and agree that all claims and causes of action asserted by Plaintiffs against those Defendants in the above-captioned action are deemed to now be dismissed with prejudice.  The relevant parties respectfully request an order confirming the prior dismissals are now on a with-prejudice basis.  Each party shall bear its own costs, expenses, and attorneys' fees.

So Ordered.

Dated: August 31, 2022
New York, New York

                                                          _____
                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Dan Brockett
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com

*Counsel for Plaintiffs*

CAHILL GORDON & REINDEL LLP

By: */s/ Jason M. Hall*
David G. Januszewski
Herbert S. Washer
Elai E. Katz
Jason M. Hall
Sheila C. Ramesh
Miles Wiley
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mwiley@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Group AG, and Credit Suisse International*

New York, New York

Dated: _____, 2022

                                        SO ORDERED.

                                        _____
                                        Hon. Lorna G. Schofield
                                        United States District Judge