```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____10/25/2022____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Allianz Global Investors GmbH et al.,** |
| **Plaintiffs,** |
| **-against-** |
| **Bank of America Corporation et al.,** |
| **Defendants.** |

**1:18-cv-10364 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

No later than October 27, 2022, Defendants shall respond to the letter at ECF No. 1173.

No later than October 28, 2022, Plaintiffs shall respond to the letter at ECF No. 1174.

The parties are directed to appear for a telephone conference on November 1, 2022, at 2:00 p.m., to discuss the letters filed at ECF Nos. 1173 and 1174. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:      New York, New York
            October 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge