**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

October 26, 2022

<u>VIA ECF</u>

The Hon. Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Allianz Global Investors GmbH, et al. v. Bank of America Corporation, et al.*, Case No.18-CV-10364-LGS

Dear Judge Aaron:

By order dated October 25, 2022 (ECF No. 1175), the Court scheduled a telephone conference on November 1, 2022, at 2:00 p.m., to discuss the letters filed at ECF Nos. 1173 and 1174. Plaintiffs respectfully request that the conference be rescheduled because of a scheduling conflict for Plaintiffs' counsel. Plaintiffs have conferred with Defendants and determined that the parties are available at any of the following times: Wednesday, November 2, 2022 at 2:00 p.m. EST, Thursday November 3, 2022 at 3:00 p.m. EST, or Friday November 4, 2022 at 2:00 p.m. EST. Subject to the Court's availability, we respectfully request that the conference be rescheduled to one of those times.

Respectfully submitted,

Anthony P. Alden

865 S. Figueroa Street, 10th Fl.
Los Angeles, CA 90017
Tel: (213) 443-3159
Fax: (213) 443-3100
anthonyalden@quinnemanuel.com

*Counsel for Plaintiffs*

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH