**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(212) 849-7345

November 30, 2022

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

**VIA ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  11/30/2022

Re: *Allianz Global Investors GmbH, et al., v. Bank of America Corp., et al.*, 1:18-cv-10364

Dear Judge Aaron:

We write with respect to the Court's November 14, 2022 order requiring Plaintiff The California State Teachers' Retirement System ("CalSTRS") to serve a declaration on Defendants by November 30, 2022, regarding FX trading conducted by certain of CalSTRS' third-party asset managers during the relevant period.  ECF No. 1203.

This week, our contact at one of CalSTRS' former external managers informed us he was diagnosed with COVID last week, delaying his ability to search for information requested by CalSTRS.  Our contact has stated that he intends to provide us with information by the end of this week.  To allow time to incorporate that information into CalSTRS' declaration, we respectfully request an extension of the deadline to December 9, with the understanding that we will serve the declaration sooner if we are able to do so.

Defendants do not oppose the requested extension but reserve all rights, including those set forth in Defendants' letter to the Court dated November 14, 2022 (ECF No. 1202).

Respectfully submitted,

By: /s/ *Daniel L. Brockett*
Daniel L. Brockett
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs*

Request GRANTED. SO ORDERED.
Dated: November 30, 2022

*[handwritten signature]*

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH