| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ![signature]<br>**LORNA G. SCHOFIELD**<br>**UNITED STATES DISTRICT JUDGE** |
| ALLIANZ GLOBAL INVESTORS GMBH, *et al.*,<br>                             Plaintiffs,<br>vs.<br>BANK OF AMERICA CORPORATION, *et al.*,<br>                             Defendants. | Case No. 1:18-cv-10364-LGS<br><br>So Ordered.<br><br>Dated: May 17, 2023<br>         New York, New York |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II))

All Plaintiffs and all the remaining Defendants—i.e., the Bank of America, Barclays, BNP Paribas, Citigroup, Deutsche Bank, Goldman Sachs, HSBC Bank, JPMorgan, Morgan Stanley, RBC, RBS, Société Générale, Standard Chartered, and UBS Defendants—through their respective counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiffs against those Defendants in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, expenses, and attorneys' fees.

The MUFG Defendants and Credit Suisse Defendants were previously dismissed with prejudice as a result of similar stipulations. *See* Dkt. Nos. 837, 1152. For the sake of clarity, then, with the entry of this order, all claims by all Plaintiffs against all Defendants will have been fully resolved.

New York, New York
Dated: May 15, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Daniel L. Brockett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

Jeremy D. Andersen (pro hac vice)
Anthony P. Alden (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
anthonyalden@quinnemanuel.com

*Counsel for Plaintiffs*

<div style="display: flex;">

<div>

SHEARMAN & STERLING LLP

By: /s/ *[signature]*
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Bank of America Merrill Lynch International Designated Activity Company, and Merrill Lynch International*

</div>

<div>

ALLEN & OVERY LLP

By: _____
David C. Esseks
Laura R. Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com

*Attorneys for Defendants BNP Paribas (identified in the TAC as "BNP Paribas Group" and "BNP Paribas S.A." and identified in the Claim Form for the Second U.K. Action as "BNP Paribas S.A"), BNP Paribas London Branch, BNP Paribas Securities Services (identified in the Second U.K. Action Claim Form as BNP Paribas Securities Services SCA and now merged with BNP Paribas), BNP Paribas USA, Inc., and BNP Paribas Securities Corp.[1]*

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Joshua A. Goldberg
Alejandro H. Cruz
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
jgoldberg@pbwt.com
acruz@pbwt.com

*Attorneys for BNP Paribas (identified in the TAC as "BNP Paribas Group" and "BNP Paribas S.A."), BNP Paribas USA, Inc., and BNP Paribas Securities Corp.*

</div>

</div>

---

[1] Allen & Overy LLP does not represent Defendants BNP Paribas, BNP Paribas USA, Inc., and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with BlackRock, Inc.

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Bank of America Merrill Lynch International Designated Activity Company, and Merrill Lynch International*

ALLEN & OVERY LLP

By: _____
David C. Esseks
Laura R. Hall
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
laura.hall@allenovery.com

*Attorneys for Defendants BNP Paribas (identified in the TAC as "BNP Paribas Group" and "BNP Paribas S.A." and identified in the Claim Form for the Second U.K. Action as "BNP Paribas S.A"), BNP Paribas London Branch, BNP Paribas Securities Services (identified in the Second U.K. Action Claim Form as BNP Paribas Securities Services SCA and now merged with BNP Paribas), BNP Paribas USA, Inc., and BNP Paribas Securities Corp.*[1]

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Joshua A. Goldberg
Alejandro H. Cruz
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
jgoldberg@pbwt.com
acruz@pbwt.com

*Attorneys for BNP Paribas (identified in the TAC as "BNP Paribas Group" and "BNP Paribas S.A."), BNP Paribas USA, Inc., and BNP Paribas Securities Corp.*

---

[1] Allen & Overy LLP does not represent Defendants BNP Paribas, BNP Paribas USA, Inc., and BNP Paribas Securities Corp. with respect to claims by Claimants affiliated with BlackRock, Inc.

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>By: /s/ Matthew A. Schwartz<br><br>Matthew A. Schwartz<br>Christopher J. Dunne<br>Mark A. Popovsky<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>dunnec@sullcrom.com<br>popovskym@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC, Barclays PLC and Barclays Capital Inc.* | COVINGTON & BURLING LLP<br><br>By: _____<br><br>Andrew A. Ruffino<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Andrew D. Lazerow<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>alazerow@cov.com<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: _____<br>Carmine D. Boccuzzi, Jr.<br>Rishi Zutshi<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>cboccuzzi@cgsh.com<br>rzutshi@cgsh.com<br><br>James Norris-Jones<br>2 London Wall Place<br>London EC2Y 5AU<br>England<br>jnorrisjones@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, Goldman Sachs International Bank, Goldman Sachs Group UK Limited, and Goldman Sachs Bank USA* | KING & SPALDING LLP<br><br>By: _____<br>G. Patrick Montgomery<br>1700 Pennsylvania Ave., NW<br>Suite 900<br>Washington, DC 20006<br>Telephone: (202) 626-5444<br>pmontgomery@kslaw.com<br><br>*Attorney for Defendants Deutsche Bank AG and Deutsche Bank AG London* |

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>By: _____<br><br>Matthew A. Schwartz<br>Christopher J. Dunne<br>Mark A. Popovsky<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>dunnec@sullcrom.com<br>popovskym@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC, Barclays PLC and Barclays Capital Inc.* | COVINGTON & BURLING LLP<br><br>By: _____<br><br>Andrew A. Ruffino<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Andrew D. Lazerow<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>alazerow@cov.com<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: */s/ Carmine D. Boccuzzi, Jr.*<br>Carmine D. Boccuzzi, Jr.<br>Rishi Zutshi<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>cboccuzzi@cgsh.com<br>rzutshi@cgsh.com<br><br>James Norris-Jones<br>2 London Wall Place<br>London EC2Y 5AU<br>England<br>jnorrisjones@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, Goldman Sachs International Bank, Goldman Sachs Group UK Limited, and Goldman Sachs Bank USA* | KING & SPALDING LLP<br><br>By: _____<br>G. Patrick Montgomery<br>1700 Pennsylvania Ave., NW<br>Suite 900<br>Washington, DC 20006<br>Telephone: (202) 626-5444<br>pmontgomery@kslaw.com<br><br>*Attorney for Defendants Deutsche Bank AG and Deutsche Bank AG London* |

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>By: _____<br><br>Matthew A. Schwartz<br>Christopher J. Dunne<br>Mark A. Popovsky<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>schwartzmatthew@sullcrom.com<br>dunnec@sullcrom.com<br>popovskym@sullcrom.com<br><br>*Attorneys for Defendants Barclays Bank PLC, Barclays PLC and Barclays Capital Inc.* | COVINGTON & BURLING LLP<br><br>By: *Andrew A. Ruffino* (signed)<br><br>Andrew A. Ruffino<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Andrew D. Lazerow<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>alazerow@cov.com<br><br>*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By: _____<br>Carmine D. Boccuzzi, Jr.<br>Rishi Zutshi<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>cboccuzzi@cgsh.com<br>rzutshi@cgsh.com<br><br>James Norris-Jones<br>2 London Wall Place<br>London EC2Y 5AU<br>England<br>jnorrisjones@cgsh.com<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, Goldman Sachs International Bank, Goldman Sachs Group UK Limited, and Goldman Sachs Bank USA* | KING & SPALDING LLP<br><br>By: _____<br>G. Patrick Montgomery<br>1700 Pennsylvania Ave., NW<br>Suite 900<br>Washington, DC 20006<br>Telephone: (202) 626-5444<br>pmontgomery@kslaw.com<br><br>*Attorney for Defendants Deutsche Bank AG and Deutsche Bank AG London* |

SULLIVAN & CROMWELL LLP

By: _____

Matthew A. Schwartz
Christopher J. Dunne
Mark A. Popovsky
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
schwartzmatthew@sullcrom.com
dunnec@sullcrom.com
popovskym@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC, Barclays PLC and Barclays Capital Inc.*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Carmine D. Boccuzzi, Jr.
Rishi Zutshi
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
cboccuzzi@cgsh.com
rzutshi@cgsh.com

James Norris-Jones
2 London Wall Place
London EC2Y 5AU
England
jnorrisjones@cgsh.com

*Attorneys for Defendants The Goldman Sachs Group, Inc., Goldman Sachs & Co. LLC, Goldman Sachs International, Goldman Sachs International Bank, Goldman Sachs Group UK Limited, and Goldman Sachs Bank USA*

COVINGTON & BURLING LLP

By: _____

Andrew A. Ruffino
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 662-6000
alazerow@cov.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.*

KING & SPALDING LLP

By: /s/ *[signature]*
G. Patrick Montgomery
1700 Pennsylvania Ave., NW
Suite 900
Washington, DC 20006
Telephone: (202) 626-5444
pmontgomery@kslaw.com

*Attorney for Defendants Deutsche Bank AG and Deutsche Bank AG London*

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: *[signature]*<br>Boris Bershteyn<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>boris.bershteyn@skadden.com<br><br>Gretchen Wolf (admitted *pro hac vice*)<br>155 N. Wacker Dr., Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0956<br>gretchen.wolf@skadden.com<br><br>DONTZIN NAGY & FLEISSIG LLP<br><br>By: *[signature]*<br>Tibor L. Nagy, Jr.<br>Jason A. Kolbe<br>980 Madison Avenue<br>New York, NY 10075<br>212-717-2900<br>tibor@dnfllp.com<br>jkolbe@dnfllp.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*[2] | LINKLATERS LLP<br><br>By: _____<br>James R. Warnot, Jr.<br>Patrick C. Ashby<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 903-9000<br>james.warnot@linklaters.com<br>patrick.ashby@linklaters.com<br><br>Adam S. Lurie<br>601 13th St. NW<br>Suite 400<br>Washington, DC 20005<br>Telephone: (202) 654-9227<br>adam.lurie@linklaters.com<br><br>MAYER BROWN LLP<br><br>By: _____<br>Steven Wolowitz<br>Henninger S. Bullock<br>Andrew J. Calica<br>Victoria D. Whitney<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>swolowitz@mayerbrown.com<br>hbullock@mayerbrown.com<br>acalica@mayerbrown.com<br>vwhitney@mayerbrown.com<br><br>*Attorneys for Defendant Société Générale*[3] |

---

[2] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the Complaint.

[3] Linklaters LLP does not represent Société Générale with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: _____<br>Boris Bershteyn<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>boris.bershteyn@skadden.com<br><br>Gretchen Wolf (admitted *pro hac vice*)<br>155 N. Wacker Dr., Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0956<br>gretchen.wolf@skadden.com<br><br>DONTZIN NAGY & FLEISSIG LLP<br><br>By: _____<br>Tibor L. Nagy, Jr.<br>Jason A. Kolbe<br>980 Madison Avenue<br>New York, NY 10075<br>212-717-2900<br>tibor@dnfllp.com<br>jkolbe@dnfllp.com<br><br>*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC*[2] | LINKLATERS LLP<br><br>By: /s/ James R. Warnot, Jr.<br>James R. Warnot, Jr.<br>Patrick C. Ashby<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 903-9000<br>james.warnot@linklaters.com<br>patrick.ashby@linklaters.com<br><br>Adam S. Lurie<br>601 13th St. NW<br>Suite 400<br>Washington, DC 20005<br>Telephone: (202) 654-9227<br>adam.lurie@linklaters.com<br><br>MAYER BROWN LLP<br><br>By: /s/ Steven Wolowitz<br>Steven Wolowitz<br>Henninger S. Bullock<br>Andrew J. Calica<br>Victoria D. Whitney<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>swolowitz@mayerbrown.com<br>hbullock@mayerbrown.com<br>acalica@mayerbrown.com<br>vwhitney@mayerbrown.com<br><br>*Attorneys for Defendant Société Générale*[3] |

---

[2] Skadden, Arps, Slate, Meagher & Flom LLP does not represent JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC with respect to claims by BlackRock, Inc. or BlackRock-related entities listed in Appendix C of the Complaint.

[3] Linklaters LLP does not represent Société Générale with respect to claims by BlackRock, Inc. or the BlackRock-related entities listed in Appendix C of the Complaint.

5

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ<br><br>By: _____<br>Jonathan M. Moses<br>Andrew J.H. Cheung<br>Justin L. Brooke<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>AJHCheung@wlrk.com<br>JLBrooke@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International plc, and Morgan Stanley International Limited* | MOORE AND VAN ALLEN PLLC<br><br>By: _____<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant Royal Bank of Canada* |
| DAVIS POLK & WARDWELL LLP<br><br>By: _____<br>Paul S. Mishkin<br>Sheila R. Adams<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>sheila.adams@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets Plc) and NatWest Markets Securities Inc.* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: _____<br>Eric J. Stock<br>Philip O. Shapiro<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>pshapiro@gibsondunn.com<br><br>Melanie L. Katsur (admitted *pro hac vice*)<br>Amy W. Feagles (admitted *pro hac vice*)<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>mkatsur@gibsondunn.com<br>afeagles@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities LLC* |

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ<br><br>By: _____<br>Jonathan M. Moses<br>Andrew J.H. Cheung<br>Justin L. Brooke<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>AJHCheung@wlrk.com<br>JLBrooke@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International plc, and Morgan Stanley International Limited* | MOORE AND VAN ALLEN PLLC<br><br>By: _____<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant Royal Bank of Canada* |
| DAVIS POLK & WARDWELL LLP<br><br>By: /s/ Paul<br>Paul S. Mishkin<br>Sheila R. Adams<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>sheila.adams@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets Plc) and NatWest Markets Securities Inc.* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: _____<br>Eric J. Stock<br>Philip O. Shapiro<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>pshapiro@gibsondunn.com<br><br>Melanie L. Katsur (admitted *pro hac vice*)<br>Amy W. Feagles (admitted *pro hac vice*)<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>mkatsur@gibsondunn.com<br>afeagles@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities LLC* |

| | |
|---|---|
| WACHTELL, LIPTON, ROSEN & KATZ<br><br>By: _____<br>Jonathan M. Moses<br>Andrew J.H. Cheung<br>Justin L. Brooke<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>AJHCheung@wlrk.com<br>JLBrooke@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International plc, and Morgan Stanley International Limited* | MOORE AND VAN ALLEN PLLC<br><br>By: /s/ James P. McLoughlin, Jr.<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant Royal Bank of Canada* |
| DAVIS POLK & WARDWELL LLP<br><br>By: _____<br>Paul S. Mishkin<br>Sheila R. Adams<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>sheila.adams@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets Plc) and NatWest Markets Securities Inc.* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: _____<br>Eric J. Stock<br>Philip O. Shapiro<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>pshapiro@gibsondunn.com<br><br>Melanie L. Katsur (admitted *pro hac vice*)<br>Amy W. Feagles (admitted *pro hac vice*)<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>mkatsur@gibsondunn.com<br>afeagles@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities LLC* |

| WACHTELL, LIPTON, ROSEN & KATZ | MOORE AND VAN ALLEN PLLC |
|---|---|
| By: _____<br>Jonathan M. Moses<br>Andrew J.H. Cheung<br>Justin L. Brooke<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>JMMoses@wlrk.com<br>AJHCheung@wlrk.com<br>JLBrooke@wlrk.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co., LLC, Morgan Stanley & Co. International plc, and Morgan Stanley International Limited* | By: _____<br>James P. McLoughlin, Jr.<br>Mark A. Nebrig<br>Joshua D. Lanning<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 331-1000<br>jimmcloughlin@mvalaw.com<br>marknebrig@mvalaw.com<br>joshlanning@mvalaw.com<br><br>*Attorneys for Defendant Royal Bank of Canada* |
| DAVIS POLK & WARDWELL LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: _____<br>Paul S. Mishkin<br>Sheila R. Adams<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>paul.mishkin@davispolk.com<br>sheila.adams@davispolk.com<br><br>*Attorneys for Defendants The Royal Bank of Scotland plc (n/k/a NatWest Markets Plc) and NatWest Markets Securities Inc.* | By: /s/ Eric Stock<br>Eric J. Stock<br>Philip O. Shapiro<br>200 Park Avenue, 48th Floor<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>estock@gibsondunn.com<br>pshapiro@gibsondunn.com<br><br>Melanie L. Katsur (admitted *pro hac vice*)<br>Amy W. Feagles (admitted *pro hac vice*)<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>mkatsur@gibsondunn.com<br>afeagles@gibsondunn.com<br><br>*Attorneys for Defendants UBS AG and UBS Securities LLC* |

EVERSHEDS SUTHERLAND LLP

By: _____
Lewis S. Wiener
Ronald W. Zdrojeski
Meghana D. Shah
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
lewiswiener@eversheds-sutherland.com
ronzdrojeski@eversheds-sutherland.com
meghanashah@eversheds-sutherland.com

HERBERT SMITH FREEHILLS
NEW YORK LLP

By: _____
Marc Gottridge
Lisa Fried
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
marc.gottridge@hsf.com
lisa.fried@hsf.com

*Attorneys for Defendants Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Securities (North America), Inc.*[4]

LOCKE LORD LLP

By: _____
Roger B. Cowie
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC North America Holdings Inc., HSBC Securities (USA) Inc., HSBC Bank USA, N.A., and HSBC Bank plc*

---

[4] Eversheds Sutherland (US) LLP represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, the Brevan Howard Funds, CalSTRS, PIMCO, and the PIMCO Funds, all as defined in the TAC.

7

| EVERSHEDS SUTHERLAND LLP | LOCKE LORD LLP |
|---|---|
| By: _____<br>Lewis S. Wiener<br>Ronald W. Zdrojeski<br>Meghana D. Shah<br>1114 Avenue of the Americas, 40th Floor<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>lewiswiener@eversheds-sutherland.com<br>ronzdrojeski@eversheds-sutherland.com<br>meghanashah@eversheds-sutherland.com | By: _____<br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com |
| **HERBERT SMITH FREEHILLS NEW YORK LLP**<br><br>By: */s/ Lisa Fried*<br>Marc Gottridge<br>Lisa Fried<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (917) 542-7600<br>marc.gottridge@hsf.com<br>lisa.fried@hsf.com<br><br>*Attorneys for Defendants Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Securities (North America), Inc.*[4] | *Attorneys for Defendants HSBC North America Holdings Inc., HSBC Securities (USA) Inc., HSBC Bank USA, N.A., and HSBC Bank plc* |

---

[4] Eversheds Sutherland (US) LLP represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, the Brevan Howard Funds, CalSTRS, PIMCO, and the PIMCO Funds, all as defined in the TAC.

| | |
|---|---|
| EVERSHEDS SUTHERLAND LLP<br><br>By: _____<br>Lewis S. Wiener<br>Ronald W. Zdrojeski<br>Meghana D. Shah<br>1114 Avenue of the Americas, 40th Floor<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>lewiswiener@eversheds-sutherland.com<br>ronzdrojeski@eversheds-sutherland.com<br>meghanashah@eversheds-sutherland.com<br><br>HERBERT SMITH FREEHILLS<br>NEW YORK LLP<br><br>By: _____<br>Marc Gottridge<br>Lisa Fried<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (917) 542-7600<br>marc.gottridge@hsf.com<br>lisa.fried@hsf.com<br><br>*Attorneys for Defendants Standard Chartered Bank, Standard Chartered PLC, and Standard Chartered Securities (North America), Inc.*[4] | LOCKE LORD LLP<br><br>By: */s/ J. Matthew Goodin*<br>Roger B. Cowie<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 740-8000<br>rcowie@lockelord.com<br><br>J. Matthew Goodin<br>Julia C. Webb<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 443-0700<br>jmgoodin@lockelord.com<br>jwebb@lockelord.com<br><br>*Attorneys for Defendants HSBC North America Holdings Inc., HSBC Securities (USA) Inc., HSBC Bank USA, N.A., and HSBC Bank plc* |

---

[4] Eversheds Sutherland (US) LLP represents Standard Chartered Bank with respect to claims by AllianzGI GmbH, the Allianz Entities, the Brevan Howard Funds, CalSTRS, PIMCO, and the PIMCO Funds, all as defined in the TAC.